```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0031--CR (JWS)
                  "USA V ROBERT A. LONG"
                  DEF 1.1 LONG, ROBERT A.

          Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed:  03/22/02
            Closed:  09/27/02
No. of Defendants:  1
   MJ Case Number:  A02-0040--MJ
               AKA:
   Location status: U.S. Custody
        Trial date: 05/28/02
        Terminated: YES
Needs interpreter: NO
Counsel of record: Robert Allen Long Jr
                   Pro Per
                   POB 3526
                   Seward, AK 99664
                    -    -
                   Serve: YES
                    Type: Waived or Self
                    Role: 2255 Motion


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Daniel R. Cooper
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-2344
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 LONG, ROBERT A.
```

| Document  | Count | Citation and Description                                      | Disposition         |
|-----------|-------|---------------------------------------------------------------|---------------------|
| 1 -  1 IND | 1     | 18:115(a)(1)(B) THREATENING TO ASSAULT A FEDERAL JUDGE (F)   | Sentenced (128-1)   |
| 1 -  1 IND | 2     | 18:115(a)(1)(B) THREATENING TO ASSAULT A FEDERAL JUDGE (F)   | Sentenced (128-1)   |
| 1 -  1 IND | 3     | 18:115(a)(1)(B) THREATENING TO ASSAULT A FEDERAL JUDGE (F)   | Sentenced (128-1)   |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                                  "USA V ROBERT A. LONG"

                                      For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 03/22/02
            Closed: 09/27/02
 No. of Defendants: 1


 Document #   Filed      Docket text

 NOTE -   1   03/22/02   Issued: Proposed Trial Date Setting for arr to JKS CMC.

    1 -   1   03/22/02   [Re: DEF 1] PLF 1 Indictment.

    2 -   1   03/22/02   [Re: DEF 1] AHB Grand Jury Minutes; in fed custody; set for arr and
                         notify USM; det (per 18:3142).

    3 -   1   03/22/02   [Re: DEF 1] Documents 2-13 transferred from: A02-040 MJ (AHB) to A02-031
                         CR (JKS.

    3 -   2   03/22/02   [Re: DEF 1] PLF 1 motion for hearing to determine defendant's competency
                         (originally filed 3/7/02 in A02-040 MJ (AHB) at docket 9-1).

    3 -   3   03/22/02   [Re: DEF 1] PLF 1 motion for psychiatric examination (originally filed
                         3/7/02 in A02-040 MJ (AHB) at docket 9-2).

    4 -   1   03/22/02   [Re: DEF 1] AHB Minute Order that arr on Indt is set 3:00 p.m. 3/22/02.
                         cc: USA, FPD, USM, PO

    5 -   1   03/22/02   [Re: DEF 1] JKS Minute Order re: Judge Singleton recuses himself from
                         this case, and this case is reassigned to Judge Sedwick.  Parties shall
                         use case number A02-0031 CR (JWS) on all future filings.   cc: cnsl J.
                         Bottini, M. Dieni

    6 -   1   03/22/02   DEF 1 opposition to [Re: DEF 1] PLF 1 motion for hearing to determine
                         defendant's competency (originally filed 3/7/02 in A02-040 MJ (AHB) at
                         docket 9-1). (3-2), [Re: DEF 1] PLF 1 motion for psychiatric examination
                         (originally filed 3/7/02 in A02-040 MJ (AHB) at docket 9-2). (3-3)

    7 -   1   03/22/02   DEF 1 motion (request) for bail hearing on shortened time.

    8 -   1   03/22/02   [Re: DEF 1] AHB Minute Order granting motion (request) for bail hearing
                         on shortened time (7-1); bail hrg set 1:30 p.m., 3/26/02 before MJ
                         Jamin.  cc: USA, FPD, USM,PO

 NOTE -   2   03/25/02   Issued: Speedy Trial Notice to Judge Sedwick. cc: P. Richter

    9 -   1   03/25/02   [Re: DEF 1] AHB Court Minutes [ECR: Debby Willoughby-Lyons] re Arr on
                         INdt (held 3/22/02); def pled not guilty; PTM's due 4/8/02; def
                         detained. cc: USA, FPD, USM, USPO, Judge Sedwick

   10 -   1   03/25/02   [Re: DEF 1] AHB Order regarding preparation for trial re PTM's due
                         4/8/02; cnls to meet & confer by 3/27/02

   11 -   1   03/27/02   [Re: DEF 1] MDJ Court Minutes [ECR: Denali Elmore] re Bail Review hrg
                         (held 3/26/02); bail denied; detention continued; w/att witness &
                         exhibit list. cc: USA, FPD, USM, USPO

   12 -   1   03/27/02   [Re: DEF 1] JWS Minute Order setting TBJ for 5/20/02 at 9:00 a.m. and
                         FPTC for 5/20/02 at 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Branson, JC
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                              "USA V ROBERT A. LONG"
```

| | | For all filing dates |
|---|---|---|

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 03/27/02 | DEF 1 motion (notice of dispute) for evidentiary hearing re pltf's mot for psychiatric examination. |
| 14 - 1 | 03/28/02 | [Re: DEF 1] AHB Minute Order setting a hrg re def's mot for evident hrg (13-1) for 4/2/02 at 2:30 p.m. cc: USA, FPD, USM, USPO |
| 15 - 1 | 03/29/02 | DEF 1 Notice of aff in opp re: [Re: DEF 1] PLF 1 motion for hearing to determine defendant's competency (originally filed 3/7/02 in A02-040 MJ (AHB) at docket 9-1). (3-2), [Re: DEF 1] PLF 1 motion for psychiatric examination (originally filed 3/7/02 in A02-040 MJ (AHB) at docket 9-2). (3-3). |
| 16 - 1 | 03/29/02 | [Re: DEF 1] PLF 1 reply to opposition to [Re: DEF 1] PLF 1 motion for hearing to determine defendant's competency (originally filed 3/7/02 in A02-040 MJ (AHB) at docket 9-1). (3-2), [Re: DEF 1] PLF 1 motion for psychiatric examination (originally filed 3/7/02 in A02-040 MJ (AHB) at docket 9-2). (3-3). |
| 17 - 1 | 04/03/02 | [Re: DEF 1] AHB Court Minutes [ECR: Bonnie Boyer] of hrg on def's mot for evid hrg (dkt 13) (held 4/2/02): granting motion (notice of dispute) for evidentiary hearing re pltf's mot for psychiatric examination (13-1); cnsl to advise crt as to acceptable time for Dr. Rothrock to appear for hrg either in person/telephonically.  cc: USA, FPD |
| 18 - 1 | 04/08/02 | DEF 1 motion for bill of particulars. |
| 19 - 1 | 04/08/02 | DEF 1 Unopposed motion for one week continuance of motions deadline w/att aff. |
| 20 - 1 | 04/09/02 | [Re: DEF 1] AHB Minute Order granting motion Unopposed motion for one week continuance of motions deadline (19-1); ptms now due COB 4/15/02; oppo(s) due NOON 4/26/02; entire a.m. of 4/30/02 beginning at 9:00 a.m. for any necessary hrg evid or otherwise; parties to mark their calendars accordingly and will be advised by further MO re: crt's determination re: necessity of scheduled hrg.  cc: USA, FPD, USM, PO |
| 21 - 1 | 04/09/02 | [Re: DEF 1] PLF 1 Notice of w/drawal of mot for hrg to determine def's competency and for psychiatric exam. |
| 21 - 2 | 04/09/02 | [Re: DEF 1] Clerk's Notice withdrawing motion for hearing to determine defendant's competency (3-2), motion for psychiatric examination (3-3). |
| 22 - 1 | 04/09/02 | [Re: DEF 1] PLF 1 Discovery certification. |
| 23 - 1 | 04/09/02 | DEF 1 motion for bail hearing (on shortened time) w/att aff. |
| 24 - 1 | 04/10/02 | [Re: DEF 1] AHB Minute Order granting motion for bail hearing (on shortened time) (23-1); Bail Review hrg set for 5/15/02 at 3:30 p.m. cc: USA, FPD, USM, USPO |
| 25 - 1 | 04/15/02 | [Re: DEF 1] Motion (request) to allow appearance telephonically at bail hearing. |
| 26 - 1 | 04/15/02 | DEF 1 Notice of letters in support of bail release w/att letters. |
| 27 - 1 | 04/15/02 | DEF 1 motion to suppress police statement and evidence from search of property seized at time of arrest w/att aff/memo/exhs. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                                 "USA V ROBERT A. LONG"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 28 - 1 | 04/15/02 | DEF 1 motion to dismiss w/att aff/memo/exhs. |
| 29 - 1 | 04/16/02 | [Re: DEF 1] AHB Court Minutes [ECR: Debby Willoughby-Lyons] of bail review hrg (held 4/15/02); granting motion (request) to allow appearance telephonically at bail hearing (25-1); def detained w/att wit/exh list. |
| 30 - 1 | 04/19/02 | DEF 1 Appeal from Magistrate Judge's Order re: detention order w/att aff. |
| 30 - 2 | 04/19/02 | DEF 1 motion (brief) re: request for review of detention order w/att aff. |
| 31 - 1 | 04/22/02 | [Re: DEF 1] JWS Minute Order re: appeal of pre-trial detention ord by MJ Branson; plf oppo to appeal due 4/24/02 at noon; bail review hrg set 4/25/02 at 9:30 a.m.. cc: USA, FPD, USM, USPO, MJ Branson |
| 32 - 1 | 04/22/02 | [Re: DEF 1] PLF 1 opposition (response) to DEF 1 motion for bill of particulars (18-1) w/att exhs. |
| 33 - 1 | 04/24/02 | DEF 1 Supplemental memo re: DEF 1 motion (brief) re: request for review of detention order (30-2). |
| 34 - 1 | 04/24/02 | [Re: DEF 1] PLF 1 opposition to DEF 1 (brief) re: request for review of detention order (30-2) w/att exhs. |
| 35 - 1 | 04/25/02 | [Re: DEF 1] JWS Minute Order that parties views on recusal of Judge Sedwick due w/i 10 days. cc: USA, FPD |
| 36 - 1 | 04/25/02 | [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons] re: hrg on appeal of MJ ord of det/bail review hrg held 4/25/02; granting brief re: req for review of det ord (30-2); T. Crump approved as 3rd pty custodian; K. Eliason approved as alternative 3rd pty custodian; def to be rlsd pending stat rpt from PO; USM to provide transp to Seward, AK. cc: USA, FPD, USM, PO, MJ Branson |
| 37 - 1 | 04/26/02 | [Re: DEF 1] Order setting conditions of release; def rlsd to 3rd pty custodian T. Crump; def to remain in 24 hour/day custody of T. Crump at home and work; if T. Crump must leave, def to remain in custody of K. Eliason; USM to provide custodial transport of def to Seward at Spring Creek Correctional Facility to be rlsd to T. Crump. cc: USA, FPD, USM, PO, MJ Branson |
| 38 - 1 | 04/26/02 | [Re: DEF 1] Cy JWS Order of Release to T. Crump at Seward, AK Spring Creek Facility following custodial transport to that location. cc: USA, FPD, USM, PO |
| 39 - 1 | 04/26/02 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress police statement and evidence from search of property seized at time of arrest (27-1) w/att exhs. |
| 40 - 1 | 04/26/02 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss (28-1) w/att exhs. |
| 41 - 1 | 04/29/02 | [Re: DEF 1] AHB Minute Order that parties are advised that crt will address mot to suppress (27-1) at the 4/30/02 hrg.  cc: USA, FPD |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                  "USA V ROBERT A. LONG"

                      For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 42 - 1 | 04/30/02 | [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of evid hrg on def's mot to suppress police stmt and evidence from search of property seized at time of arrest (27-1); granting as moot motion for bill of particulars (18-1); taking under advisement motion to suppress police statement and evidence from search of property seiz (27-1); crt indicated R&R to issue 5/6/02; cnsl to file obj to R&R 1 and 1/2 days after R&R issues; def cnsl to file reply to oppo to mot to dismiss by NOON 5/1/01; crt directed clerk to order transcript on daily basis; FPD to file mot for continuance of trial date w/att wit/exh list.  cc: USA, FPD, Judge Sedwick |
| 43 - 1 | 05/01/02 | [Re: DEF 1] Transcript re: evidentiary hrg on def's mot to suppress stateent & evidence (dkt #27) held 4/30/02. |
| 44 - 1 | 05/01/02 | DEF 1 reply to opposition to DEF 1 motion to dismiss (28-1) (filed on shortened time). |
| 45 - 1 | 05/02/02 | Initial R&R recommends DENYING re: DEF 1 motion to suppress police statement and evidence from search of property seized at time of arrest (27-1);  Objections due 3:00 p.m. 05/07/02; Reply due 3:00 p.m. 05/09/02.  cc: USA, FPD, Judge Sedwick |
| 46 - 1 | 05/06/02 | DEF 1 motion on shortened time for schedule conference at which Mr. Long can appear by telephone. |
| 47 - 1 | 05/07/02 | DEF 1 motion to accept late-filed objections to Report and Recommendation. |
| 48 - 1 | 05/08/02 | Initial R&R recommends DENYING re: DEF 1 motion to dismiss (28-1). Objections due 3:00 p.m. 05/10/02. Reply due 3:00 p.m. 05/13/02. cc: USA, FPD, Judge Sedwick |
| 49 - 1 | 05/08/02 | [Re: DEF 1] AHB Minute Order granting motion to accept late-filed objections to Report and Recommendation (47-1).  cc: USA, FPD |
| 50 - 1 | 05/08/02 | DEF 1 objection to R&R re: DEF 1 motion to suppress police statement and evidence from search of property seized at time of arrest (27-1). |
| 51 - 1 | 05/09/02 | JWS Order granting mot on shortened time for schedule conf at which Mr. Long can appear telephonic (46-1); hrg set 5/10/02 at 8:00 a.m..  cc: USA, FPD, USM, USPO |
| 52 - 1 | 05/09/02 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to suppress police statement and evidence from search of property seized at time of arrest (27-1). |
| 53 - 1 | 05/10/02 | DEF 1 motion to compel specific compliance with Local Rule 2 (filed on short time) w/att aff. |
| 54 - 1 | 05/10/02 | DEF 1 objection to R&R re: DEF 1 motion to dismiss (28-1). |
| 55 - 1 | 05/10/02 | [Re: DEF 1] AHB Order granting motion to compel specific compliance with Local Rule 2 (filed on short time) (53-1).  cc: USA, FPD |
| 56 - 1 | 05/10/02 | [Re: DEF 1] JWS Court Minutes [ECR: Bonnie Boyer] re: pre-trial conf held 5/10/02; 5/20/02 FPTC and TBJ cont to 5/28/02 at 8:30 a.m. and 9:00 a.m., respectively. cc: USA, FPD, USM, USPO, MJ Branson, JC |

Case 3:02-cr-00031-JWS    Document 224    Filed 03/22/2002    Page 6 of 18

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
"USA V ROBERT A. LONG"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 57 - | 1 | 05/10/02 | Final R&R declines to modify Initial R&R re: DEF 1 motion to suppress police statement and evidence from search of property seized at time of arrest (27-1); matter forwarded to trial judge for determination.  cc: USA, FPD, Judge Sedwick |
| 58 - | 1 | 05/13/02 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to dismiss (28-1). |
| 59 - | 1 | 05/13/02 | Final R&R declines to modify Initial R&R re: DEF 1 motion to dismiss (28-1); matter forwarded to trial judge for determination.  cc: USA, FPD, Judge Sedwick |
| 60 - | 1 | 05/14/02 | [Re: DEF 1] PLF 1 motion to use DEPS presentation system. |
| 60 - | 2 | 05/15/02 | [Re: DEF 1] JWS Order granting motion to use DEPS presentation system (60-1).  cc: USA, FPD |
| 61 - | 1 | 05/17/02 | [Re: DEF 1] JWS Minute Order denying motion to suppress police statement and evidence from search of property seized (27-1). cc: USA, FPD, MJ Branson |
| 62 - | 1 | 05/17/02 | [Re: DEF 1] JWS Minute Order denying motion to dismiss (28-1). cc: USA, FPD, MJ Branson |
| 63 - | 1 | 05/17/02 | [Re: DEF 1] PLF 1 Notice of compliance with court's order regarding local criminal rule 2 ntc w/att exhs. |
| 64 - | 1 | 05/21/02 | [Re: DEF 1] PLF 1 Attorney Appearance of Daniel R. Cooper. |
| 65 - | 1 | 05/21/02 | [Re: DEF 1] PLF 1  Proposed Voir Dire. |
| 66 - | 1 | 05/21/02 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 67 - | 1 | 05/21/02 | [Re: DEF 1] PLF 1 Trial Brief. |
| 68 - | 1 | 05/21/02 | DEF 1 Proposed Voir Dire. |
| 69 - | 1 | 05/21/02 | DEF 1 Proposed Jury Instructions. |
| 70 - | 1 | 05/21/02 | DEF 1 motion (application) to use digital evidence presentation system at trial . |
| 71 - | 1 | 05/22/02 | {SEALED} |
| 72 - | 1 | 05/22/02 | DEF 1 motion in limine (ntc of local rule 2 objections) w/att exhs. |
| 73 - | 1 | 05/23/02 | {SEALED} |
| 74 - | 1 | 05/23/02 | [Re: DEF 1] JWS Order granting motion (application) to use digital evidence presentation system at trial (70-1).  cc: D. Cooper, M. Dieni, SYSTEMS, ECR |
| 75 - | 1 | 05/28/02 | [Re: DEF 1] PLF 1 Notice to crt of early production of material pursuant to 18 USC 3500. |
| 76 - | 1 | 05/28/02 | [Re: DEF 1] PLF 1 Prop Witness List. |

Case 3:02-cr-00031-JVS    Document 224    Filed 03/22/2002    Page 7 of 18
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
"USA V ROBERT A. LONG"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 77 | 1 | 05/28/02 | [Re: DEF 1] PLF 1 Exhibit List. |
| 78 | 1 | 05/28/02 | [Re: DEF 1] JWS Prelim Order re: mot at dkt 72. cc: USA, FPD (cnsl served in court). |
| 79 | 1 | 05/29/02 | DEF 1 Brief re: relevance and admissibility of character evidence fld on shortened time. |
| 80 | 1 | 05/31/02 | [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons/Bonnie Boyer] of FPTC/TBJ - day 1 (held 5/28/02); granting/denying motion in limine (72-1); jury panel selected; crt to reconvene 9:30 a.m., 5/29/02; off record Notice to crt of early production of material pursuant to 18:3500 and govt's proposed wit list and exh list FILED w/att Jury Panel Record. cc: USA, FPD, USM, PO |
| 81 | 1 | 05/31/02 | [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons] of TBJ - day 2 (held 5/29/02); defense cnsl's oral mot for judgment of acquittal DENIED; to reconvene 5/30/02 at 9:30 a.m. w/att jury note. cc: USA, FPD, USM, PO |
| 82 | 1 | 05/31/02 | [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons] of TBJ - day 3 (held 5/30/02); closing arguments heard; jury to begin deliberations; deliberations to resume 9:00 a.m., 5/31/02; off record jury instructions, verdict forms, admitted exhs and jury note forms forwarded to jury panel. cc: USA, FPD, USM, PO |
| 83 | 1 | 05/31/02 | [Re: DEF 1] Jury Instructions. |
| 84 | 1 | 05/31/02 | [Re: DEF 1] Verdict of guilty on cts 1-3. |
| 85 | 1 | 05/31/02 | [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons] re: 4th day TBJ held 5/31/02; def guilty on cts 1-3 of Indt; plf oral mot for remand granted; IOS set 8/15/02 at 9:00 a.m. w/att wit and exh list and jury notes. cc: USA, FPD, USM, USPO, MJ Branson |
| 86 | 1 | 05/31/02 | [Re: DEF 1] Exhibit inventory and dispostion ntc. Def's exhs A-J returned to M. Dieni. |
| 87 | 1 | 06/05/02 | DEF 1 motion for order directing US Marshals to keep Mr. Long in Alaska pending sentencing filed on shortened time w/att aff. |
| 88 | 1 | 06/05/02 | [Re: DEF 1] JWS Minute Order denying motion for order directing US Marshals to keep Mr. Long in Alaska pending sentencing (87-1). cc: USA, FPD, USM, USPO |
| 89 | 1 | 06/18/02 | DEF 1 Notice of def's concerns re: Judge Sedwick's qualifications. |
| 89 | 2 | 06/18/02 | DEF 1 motion (conditional) to disqualify judge. |
| 90 | 1 | 07/25/02 | [Re: DEF 1] JWS Minute Order referring mot at dkt 89 is referred to Judge Holland for determination. cc: USA, M. Dieni, Judge Holland |
| 91 | 1 | 07/25/02 | [Re: DEF 1] Transcript re: bail review hearing held 3/26/02. (located in expando) |
| 92 | 1 | 07/25/02 | [Re: DEF 1] Transcript re: bail review hearing held 4/15/02. (located in expando file) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                                    "USA V ROBERT A. LONG"
```

|                    | For all filing dates |

| Document # | Filed    | Docket text |
|------------|----------|-------------|
| 93 - 1     | 07/25/02 | [Re: DEF 1] Transcript re: TBJ-Day 1 held 5/28/02. (located in expando file) |
| 94 - 1     | 07/25/02 | [Re: DEF 1] Transcript re: TBJ Day 2 held 5/29/02. (located in expando file) |
| 95 - 1     | 07/25/02 | [Re: DEF 1] Transcript re: TBJ Day 3 held 5/30/02. (located in expando file) |
| 96 - 1     | 07/25/02 | [Re: DEF 1] Transcript re: TBJ Day 4 held 5/31/02. (located in expando file) |
| 97 - 1     | 07/26/02 | DEF 1 motion on shortened time to withdraw and request for appointment of CJA atty w/att aff (SEALED). |
| 98 - 1     | 07/26/02 | [Re: DEF 1] HRH Order granting motion on shortened time to withdraw and request for appointment of CJA atty (97-1). cc: USA, FPD, FPD (CJA Clk), USM, USPO, Judge Sedwick |
| 99 - 1     | 07/31/02 | [Re: DEF 1] HRH Order denying motion (conditional) to disqualify judge (89-2) Sedwick. cc: USA, FPD, Judge Sedwick |
| 100 - 1    | 08/02/02 | [Re: DEF 1] CJA appointment of H. Fleischer. |
| 101 - 1    | 08/06/02 | DEF 1 motion on shortened time for continuance of 8/15/02 IOS. |
| 102 - 1    | 08/06/02 | DEF 1 motion on shortened time for bail hearing. |
| 103 - 1    | 08/07/02 | [Re: DEF 1] JWS Minute Order granting mot on shortened time for continuance of 8/15/02 IOS (101-1); IOS reset to 9/27/02 at 8:00 a.m.; plf's oppo to mot for release on bail due 8/14/02. cc: USA, H. Fleischer, USM, USPO |
| 104 - 1    | 08/08/02 | [Re: DEF 1] JWS Amended Minute Order granting mot to continue IOS; IOS reset for 9/27/02 at 8:00 a.m.; plf oppo to mot for release on bail due 8/14/02. cc: USA, H. Fleischer, USM, USPO |
| 105 - 1    | 08/13/02 | PLF 1 opposition to DEF 1 motion on shortened time for bail hearing (102-1). |
| 106 - 1    | 08/14/02 | [Re: DEF 1] JWS Minute Order denying motion on shortened time for bail hearing (102-1). cc: USA, H. Fleischer |
| 107 - 1    | 08/19/02 | DEF 1 motion for reconsideration of order denying motion to disqualify judge. |
| 108 - 1    | 08/19/02 | DEF 1 motion for recusal of Judge Holland from consideration of motion to disqualify Judge Sedwick. |
| 109 - 1    | 08/19/02 | DEF 1 motion on shortened time for reconsideration of order denying bail hearing. |
| 110 - 1    | 08/19/02 | [Re: DEF 1] JWS Minute Order denying mot for reconsideration of ord denying mot to disqualify judge (107-1), mot on shortened time for reconsideration of ord denying bail hrg (109-1); terminating in light of this ord: mot for recusal of Judge Holland from consideration of mot to disqualify (108-1). cc: USA, H. Fleischer, Judge Holland |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                              "USA V ROBERT A. LONG"
```

|                                        |
| -------------------------------------- |
| For all filing dates                   |

| Document # | Filed | Docket text |
| --- | --- | --- |
| 111 - 1 | 09/09/02 | DEF 1 motion on shortened time to withdraw as counsel w/att aff (filed under seal). |
| 112 - 1 | 09/10/02 | [Re: DEF 1] JWS Minute Order setting hrg on mot to w/drw as cnsl for 9/13/02 at 8:30 a.m.. cc: USA, H. Fleischer, USM, USPO |
| 113 - 1 | 09/13/02 | {SEALED} |
| 114 - 1 | 09/19/02 | DEF 1 Objections to second presentence rpt. |
| 115 - 1 | 09/23/02 | DEF 1 motion to toll time limit for challange to trial. |
| 115 - 2 | 09/23/02 | DEF 1 motion to challange and move for dismissal of indictment and conviction due to court errors. |
| 116 - 1 | 09/23/02 | DEF 1 motion to correct error and/or falsification of the court transcript and for explanation for this error and/or falsification. |
| 117 - 1 | 09/23/02 | DEF 1 motion for court audio tape's: 9/13/02; 3/20/02; 5/28/02; 5/31/02; with true written transcripts. |
| 118 - 1 | 09/23/02 | DEF 1 motion for hearing and oral arguments to disqualify judge. |
| 118 - 2 | 09/23/02 | DEF 1 motion for subpoenas for witnesses. |
| 119 - 1 | 09/24/02 | [Re: DEF 1] JWS Minute Order denying motion for hearing and oral arguments to disqualify judge (118-1), motion for subpoenas for witnesses (118-2). cc: USA, R. Long |
| 120 - 1 | 09/24/02 | [Re: DEF 1] JWS Minute Order denying motion to toll time limit for challange to trial (115-1), motion to challange and move for dismissal of indictment and conviction due (115-2). cc: USA, R. Long |
| 120A- 1 | 09/25/02 | DEF 1 motion for retroactive disqualification of judge under Canon 3 Judge's Duties. |
| 121 - 1 | 09/26/02 | [Re: DEF 1] JWS Minute Order denying motion to correct error and/or falsification of the court transcript and for (116-1). cc: USA, R. Long |
| 122 - 1 | 09/26/02 | [Re: DEF 1] JWS Minute Order denying motion for court audio tape's: 9/13/02; 3/20/02; 5/28/02; 5/31/02; with true (117-1). cc: USA, R. Long |
| 123 - 1 | 09/26/02 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 124 - 1 | 09/27/02 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: IOS held 9/27/02; def sentenced to 24 mos in prison on each of cts 1-3; terms to be served concur; 12 mos SR on each of cts 1-3; terms to be served concur; $300.00 SA; def remanded to USM; def's aff fld; def requested notice of appeal be fld by clk on his behalf. cc: Appeals Clerk |
| 125 - 1 | 09/27/02 | DEF 1 Affidavit in support of defs charges of insufficiency of appointed cnsl for dismissal of trial and conviction. |
| 126 - 1 | 09/27/02 | [Re: DEF 1] JWS Minute Order denying motion for retroactive disqualification of judge under Canon 3 Judge's Duties (120A-1). cc: USA, R. Long |

Case 3:02-cr-00031-JWS    Document 224    Filed 03/22/2002    Page 10 of 18

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
"USA V ROBERT A. LONG"

For all filing dates

```
 Document #   Filed       Docket text

   127 -  1   09/27/02    [Re: DEF 1] JWS Minute Order re: 2 letters dated 9/14/02 from def; clk
                          to send cy of letter requesting "copies of req and receipt of audio
                          transcripts by FPD" to M. Dieni; letter requesting permission to file by
                          fax denied. cc: USA, R. Long, M. Dieni w/cy of letter

   128 -  1   09/27/02    [Re: DEF 1] JWS Judgment found guilty on cts 1,2,3 of Indt (1-1); def
                          sentenced to 24 mos on each of cts 1-3; terms to be served concur; 12
                          mos SR on each of cts 1-3; terms to be serve concur; $300.00 SA. cc:
                          USA, R. Long, USM, USPO, MJ Branson, FLU

   129 -  1   09/30/02    [Re: DEF 1] FPD's Notice to court re: 9/27/02 order (dkt #127).

   130 -  1   10/01/02    DEF 1 motion on shortened time on bail release and O.R. or third party.

   131 -  1   10/01/02    DEF 1 appeal to 9CCA of (128-1) filed 09/27/02. cc:USA, R. Long, Judge,
                          9CCA , USM

  NOTE -  3   10/02/02    Transmittal: Forwarded notice of appeal (131-1) to 9CCA.

   132 -  1   10/02/02    [Re: DEF 1] Cy 9CCA Time Schedule Order. (131-1) cc:R. Long, USA, Judge
                          Sedwick, 9CCA(original), ECR

   133 -  1   10/02/02    [Re: DEF 1] JWS Minute Order denying motion on shortened time on bail
                          release and O.R. or third party custodian (130-1). cc: USA, R. Long

   134 -  1   10/03/02    DEF 1 motion (renewal) for records and documents between Judge Sedwick,
                          the 9th Circuit misconduct council and/or any other judge regarding
                          misconduct of Judge Roberts.

   135 -  1   10/04/02    [Re: DEF 1] JWS Minute Order re: five hand-printed pages of reqs for
                          information; reqs are stricken. cc: USA, R. Long

   136 -  1   10/04/02    DEF 1 motion for order of compliance to Michael D. Dieni-Fed. Def.
                          Office.

   136 -  2   10/04/02    DEF 1 motion for sanctions against Michael D. Dieni.

   137 -  1   10/08/02    DEF 1 AMENDED appeal to 9CCA of (128-1) filed 09/27/02. cc: R. Long, D.
                          Cooper (AUSA), Judge Sedwick, USM, USPO, 9CCA

   138 -  1   10/08/02    Application to proceed without prepayment of fees re: amended appeal
                          (dkt 137-1) w/att exh.

   139 -  1   10/08/02    DEF 1 motion for hearing on insufficiency of counsel/bad faith of
                          council and fed def off.

   140 -  1   10/08/02    DEF 1 motion for apptd counsel independent of the fed government.

   141 -  1   10/09/02    JWS Minute Order denying mot (renewal) for records and docs between
                          Judge Sedwick, the 9th Cir (134-1), mot for ord of compliance to Michael
                          D. Dieni-Fed. Def. Office (136-1), mot for sanctions against Michael D.
                          Dieni (136-2), mot for hrg on insufficiency of cnsl/bad faith of cnsl
                          and fed (139-1), mot for apptd cnsl independent of the fed govt (140-1);
                          def may only file papers in this crt appropriate to his appeal; all
                          other reqs for relief are before the 9CCA. cc: USA, R. Long
```

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                            "USA V ROBERT A. LONG"

                              For all filing dates


 Document #   Filed      Docket text

   142 -  1  10/10/02   [Re: DEF 1] Order by USDC granting application to proceed in forma
                        pauperis (dkt #18) re: (137-1) cc:cnsl

  NOTE -  4  10/11/02   Transmittal: Forwarded notice of appeal (137-1) to 9CCA.

   143 -  1  10/11/02   [Re: DEF 1] Cy 9CCA Time Schedule Order. (137-1) cc: R. Long, D. Cooper
                        (AUSA), 9CCA (Original), ECR

   144 -  1  10/16/02   {SEALED}

   144 -  2  10/17/02   {SEALED}

   145 -  1  10/28/02   [Re: DEF 1] Copy of Order from 9CCA. W/in 28 days after filing date of
                        order, appellant shal (1) retain counsel who shall file a notice of
                        appearance; or (2) file a motion for appointment of counsel at
                        government expense; or (3) inform the court in writing of appellant's
                        clear and unequivocal intention to proceed without the assistance of
                        counsel.  A new briefing schedule shall be established upon compliance
                        with this order.  Failure to comply with this order may result in
                        dismissal of this appeal for failure to prosecute.  The Clerk shall
                        serve this order on AUSA Daniel R. Cooper, counsel for appellee.  W/in
                        14 days of the filing date of this order, AUSA Cooper shall serve this
                        order on appellant and provide proof of service to this court showing
                        appellant's registration number and current address.(137-1) cc: R. Long,
                        D. Cooper (AUSA), Judge Sedwick

   146 -  1  11/12/02   [Re: DEF 1] Partial Transcript re: IOS held 1a/27/02.

   147 -  1  11/22/02   USM Return of svc of judgment re: DEF 1 on 11/07/02 to BOP at FDC
                        SeaTac, WA.

   148 -  1  12/09/02   [Re: DEF 1] Copy of Order from 9CCA. Appellant's motion for appointment
                        of counsel GRANTED; counsel will be appointed by separate order.  Clerk
                        to serve cy of this order on R. Curtner, Federal Public Defender who
                        will locate appointed counsel. District court shall provide 9CCA Clerk
                        w/name and address of appoinited counsel by facsimile (FAX:
                        415/556/6228) w/in 14 days of locating counsel.  Court declines to
                        entertain appellant's pro se motion for bail as appellant is represented
                        by counsel.  Clerk shall forward motion for bail to FPD w/this order.
                        New cnsl shall designate reporter's transcript by 1/2/03.  Transcript is
                        due 2/3/03.  Appellant's opening brief and excerpts of record are due
                        3/17/03; appellee's answering brief due 4/16/03; optional reply brief
                        due w/in 14 days after svc of answering brief.  Clerk shall serve this
                        order on appellant individually at Reg. No. 14445-006, SeaTac FD, P.O.
                        Box 13900, SeaTac, WA  98198-1090.  cc: (131-1), (137-1) cc:cnsl

  NOTE -  5  12/11/02   Notation (re: Appeal): forwarded CJA appointment to 9CCA.

   149 -  1  12/11/02   [Re: DEF 1] JWS Minute Order forwarding def's mot for contempt charges &
                        mot for reconsideration, rec'd 12/9/02, to 9CCA & directing that all
                        further filings re appeal be sent to 9CCA. cc: USA, R. Long, Appeals
                        Clerk

   150 -  1  12/11/02   [Re: DEF 1] CJA appointment of E. Cyrus.

   151 -  1  01/14/03   [Re: DEF 1] Copy of Order from 9CCA (137-1) that this court declines to
                        entertain Mr. Long's motions as he is represented by counsel. W/in 14

 ACRS: R_RDSDX                   As of 12/01/05 at 2:54 PM by GARRY                    Page 10
```

Case 3:02-cr-00031-JVS    Document 224    Filed 03/22/2002    Page 12 of 18

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
"USA V ROBERT A. LONG"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | days of filing date of this order, counsel Cyrus shall file a response to appellant's pro se motions. cc:cnsl |
| 152 - 1 | 02/12/03 | [Re: DEF 1] Copy of Order from 9CCA. (131-1), (137-1) Mot of def cnsl for ext of time to resp to this crt's order of 1/10/03 GRANTED. Response now due 02/24/03. Briefing schedule established previously shall remain in effect. cc: D. Cooper (AUSA), E. Cyrus, Judge Sedwick |
| 153 - 1 | 03/25/03 | [Re: DEF 1] JWS Minute Order denying req in att letter; def to file papers w/crt of appeals. cc: USA, R. Long, E. Cyrus |
| 154 - 1 | 03/26/03 | [Re: DEF 1] Copy of Order from 9CCA. (131-1), (137-1) On 1/10/03 E. Cyrus was ordered to respond to appellant's pro se filings. On 2/7/03, crt granted counsel Cyrus an ext of time to 2/24/03 to comply w/Jan 10 order. To date, counsel has neither filed a response nor req'd a further ext of time. Counsel shall have one final opportunity to comply w/crt's order. W/in 14 days of filing date of this order, cnsl shall file a response to appellant's pro se motions for reconsideration, for contempt charges, for clarification, and for protetive order. Failure to respond timely to this order may result in the imposition of sanctions. Subsequent to the pro se filings listed above, the crt has rec'd appellant's pro se motions to compel discovery, for evidence, and for an order of discovery. Because appellant is represented by cns, only cnsl may file mtns and this crt therefore declines to entertain the mtns. The clerk shall serve copies of the pro se mtns on counsel Cyrus. The Clerk shall serve this order on appellant individually at Reg No. 14445-006, SeaTac FDC, P.O. Box 13900, SeaTac, Wa 98198-1090. cc:cnsl |
| 155 - 1 | 04/04/03 | [Re: DEF 1] Copy of Order from 9CCA. (131-1), (137-1) Court has reviewed response of counsel E. Cyrus to 3/21/03 order; response is satisfactory. Appellant's req for new briefing schedule granted. Transcript to be designated by 4/2/03, transcript is due 5/2/03, appellant's opening brief & excerpts of record are due 6/11/03; appellee's answering brief is due 7/11/03; optional reply brief is due w/in 14 days ater svc of answering brief. Crt rec'd appellant's pro se ltr dtd 3/26/03. Because appellant is represented by cnsl, only cnsl may submit filings, and ths court therefore declines to entertain the letter. Clerk shall serve a copy of pro se ltr on counsel Cyrus. Clerk shall also serve this order on appellant individually at Reg No 14445-006, SeaTac, P.O. Box 13900, Seattle, WA 98198-1090 cc:cnsl, R.Long, Judge Sedwick |
| 156 - 1 | 05/01/03 | [Re: DEF 1] JWS Minute Order re: appeal and letter from DEF 1 requesting list of cases referred to MJ Branson and assigned to Judge Singleton between 3/22/02 and 11/11/02; case is on appeal and is represented by cnsl; clk to return any papers from DEF 1 unless fld by cnsl. cc: USA, E. Cyrus, R. Long |
| 157 - 1 | 05/16/03 | [Re: DEF 1] Copy of Order from 9CCA. (131-1), (137-1) Court has rec'd pro se filings from appellant. Because appellant is represented by cnsl, only cnsl may submit filings, and this court therefore declines to entertain the submissions. Clerk shall serve a copy of the pro se motion on appellant's cnsl of record Eugene B. Cyrus. Clerk Shall also serve this order on appellant individually at Reg. No. 14445-006, SeaTac FDC, P.O. Box 13900, SeaTac Washington 98198-1090. cc:R. Long, E. Cyrus, D. Cooper (USA), Judge Sedwick |
| 158 - 1 | 06/04/03 | [Re: DEF 1] Copy of Order from 9CCA that documents need to be filed by cnsl. (131-1), (137-1) cc:USA, E. Cyrus, R. Long, Judge Sedwick |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                              "USA V ROBERT A. LONG"

                               For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 159 - 1 | 06/24/03 | [Re: DEF 1] Copy of Order from 9CCA. (131-1), (137-1) Appellant's mot for ext of time to file opening brief GRANTED. Opening brief due 7/14/03. Answering brief due 8/13/03; optional reply brief is due 14 days after svc of answering brief. cc:cnsl |
| 160 - 1 | 07/30/03 | [Re: DEF 1] Copy of Order from 9CCA; crt rec'd appellant's pro se mot for injunction. Court declines to entertain the mot as def is represented by cnsl & only cnsl may fil mots. Clerk shall serve a copy of the pro se mot on appellant's cnsl of record, Eugene B. Cyrus. Clerk shall also serve order on appellant individually at Reg. No. 14445-006, Sea Tac FDC, P.O. Box 13900, Seattle, WA 98198-1090. (131-1), (137-1) cc: E. Cyrus, R. Long, D. Cooper (USA), Judge Sedwick |
| 161 - 1 | 07/30/03 | [Re: DEF 1] Copy of Order from 9CCA; appellant's mot for leave to file late brief is granted. Mot also construed as amended proof of svc to indicate opening brief was servec on 7/15/03. Opening brief has been filed. Answering brief now due 8/14/03 & optional reply brief is due 14 days after svc of answering brief. Court records do not currently reflect that the district has issued the certificate of record. Appellant shall monitor the issuance of the certificate. (131-1), (137-1) cc:E. Cyrus, D. Cooper (USA), Judge Sedwick |
| 162 - 1 | 08/13/03 | [Re: DEF 1] Copy of Order from 9CCA; court rec'd appellant's pro se mot for denied discovery required for appeal. Because appellant is represented by counsel, only counsel may file motions, and this court therefore declines to entertain the motion. The Clerk shall serve a copy of the pro se motion on appellant's counsel of record, Eugene B. Cyrus. The Clerk shall also serve this order on appellant individually at Reg. No. 14445-006, SeaTac FDC, P.O. Box 13900, Seattle, WA 98198-1090. (131-1), (137-1) cc:cnsl, R. Long, Judge Sedwick |
| 163 - 1 | 10/17/03 | [Re: DEF 1] Copy of Order from 9CCA. (131-1), (137-1) Court rec'd appellant's pro se mots served on 9/12, 9/18, 9/27, 9/29 and 10/2, 2003. Because appellant is represented by counsel, only counsel may file mots, and this court therefore declines to entertain the mots. Clerk shall serve copies of the pro se mots on appellant's counsel of record, Eugene B. Cyrus. The case is ready for calendaring. Clerk shall also serve this order on appellant individually at Reg.No. 14445-006, SeaTac FDC, P.O. Box 13900, Seattle, WA 98198-1090 cc:cnsl, R. Long |
| NOTE - 6 | 10/29/03 | Transmittal: Forwarded D.C. record to 9CCA consisting of 7 vols (1 under seal) and 1 expando w/dkt #s 91-96 (transcripts). |
| NOTE - 7 | 11/06/03 | Notation (re: Appeal): 9CCA confirmation of receipt of USDC record on 10/30/03. |
| 164 - 1 | 11/06/03 | [Re: DEF 1] Copy of Order from 9CCA. (131-1), (137-1) Court rec'd appellant's pro se mot 10/20/03. Because appellant is represented by counsel, only counsel can file mots therefore this court declines to entertain the mot. Court encourages appellant's counsel to discuss the rules and procedures of this court with his client. cc:E. Cyrus, D. Cooper, Judge Sedwick |
| 165 - 1 | 11/20/03 | [Re: DEF 1] Copy of Order from 9CCA that case ordered submitted w/o oral argument on Monday, 12/1/03, in Seattle,WA. (131-1), (137-1) cc:cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                                   "USA V ROBERT A. LONG"

                                     For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 166 - 1 | 01/08/04 | [Re: DEF 1] 9CCA Judgment re: notice of appeal (131-1), (137-1) that the district court's decision is AFFIRMED w/att memo. cc: USA, R. Long, Judge Sedwick, USM, PO |
| NOTE - 8 | 01/12/04 | Notation (re: Appeal): Rec'd from 9CCA USDC record consisting of 7 case file vols (1 under seal) and 1 expando w/dkt #s 91 thru 96. |
| 167 - 1 | 09/24/04 | DEF 1 motion to state intent to file writ of h/c petition, for pre-filing appointment of counsel at government expense, to move this action to the 9th Circuit. |
| 168 - 1 | 11/03/04 | [Re: DEF 1] RRB Order denying mot to state intent to file writ of h/c petition, for pre-filing appt of cnsl, mot to move action to 9CCA (167-1); clk to sent crt form for filing 2255 mot, USDCA 40, CJA 23 & notice of intent to proceed w/o cnsl. cc: USA, R. Long, PSLC, Redistributed to R. Long 11/10/04. |
| 169 - 1 | 11/29/04 | DEF 1 motion under judicial notice for answers on questions of the disqualifications of the trial judges, John W. Sedwick & H. Russel Holland w/att aff. |
| 170 - 1 | 11/29/04 | DEF 1 motion under judicial notice for recusal of Judge Sedwick. |
| 170 - 2 | 11/29/04 | DEF 1 motion for setting aside with prejudice the trial & conviction. |
| 170 - 3 | 11/29/04 | DEF 1 motion for hearing. |
| 170 - 4 | 11/29/04 | DEF 1 motion for a special Ninth Circuit Master on legal & constitutional issues if above is refused. |
| 171 - 1 | 11/30/04 | DEF 1 motion to vacate, set aside or correct sentence w/att exhs. |
| 172 - 1 | 11/30/04 | DEF 1 Notice of intent to proceed w/o cnsl. |
| 173 - 1 | 11/30/04 | DEF 1 motion for appointment of counsel w/att fin aff. |
| 174 - 1 | 12/29/04 | DEF 1 motion for an order of mandamus, to trial defense counsel, Michael D. Dieni, to comply with official duties refused to date with other needful motions for habeas corpus actions. |
| 175 - 1 | 01/03/05 | [Re: DEF 1] JWS Order directing svc & response of 2255 mot on USA; USA to ans 2255 mot by 3/2/05; case is referred to MJ Branson per D.Ak.LMR 4(5); denying mot under judicial notice for ans' on questions of the disqualification (169-1), mot under judicial notice for recusal of Judge Sedwick (170-1), mot for setting aside w/prej the trial & conviction (170-2), mot for hrg (170-3), mot for a special Ninth Circuit Master on legal & constitutional issues if (170-4), mot for appt of cnsl (173-1), mot for an ord of mandamus, to trial defense counsel, Michael D. Dieni, (174-1).  cc: USA w/cy 2255 mot, R. Long, MJ Branson w/cy 2255 mot, PSLC |
| 176 - 1 | 01/07/05 | [Re: DEF 1] JWS Order and report re: SR; def is discharged from SR & proceedings in this case are terminated. cc: USPO |
| 177 - 1 | 02/02/05 | DEF 1 motion for discovery, motion for affidavits in discovery under 28 USC 2255. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                              "USA V ROBERT A. LONG"

                                 For all filing dates


 Document #    Filed       Docket text

   178 -  1   02/14/05    [Re: DEF 1] PLF 1 opposition to DEF 1 motion for discovery, motion for
                          affidavits in discovery under 28 USC 2255 (177-1).

   179 -  1   02/16/05    DEF 1 motion for statement on the ex-parte jury communication by Judge
                          Sedwick on 5/31/02.

   179 -  2   02/16/05    DEF 1 motion for disqualification of Judge Sedwick.

   179 -  3   02/16/05    DEF 1 motion for setting aside trial.

   180 -  1   02/25/05    DEF 1 reply (oppo) to opposition to DEF 1 motion for discovery, motion
                          for affidavits in discovery under 28 USC 2255 (177-1).

   181 -  1   02/28/05    PLF 1 opposition to DEF 1 motion to vacate, set aside or correct
                          sentence (171-1).

   182 -  1   03/09/05    DEF 1 reply to opposition to DEF 1 motion to vacate, set aside or
                          correct sentence (171-1).

   183 -  1   03/18/05    [Re: DEF 1] JWS Minute Order denying mot for stmt on the ex-parte jury
                          communication by Judge Sedwick on (179-1), mot for disqualification of
                          Judge Sedwick (179-2), mot for setting aside trial (179-3). cc: cnsl

   184 -  1   03/24/05    DEF 1 motion for subpeonoas of jury, on the question of ex-parte Judge
                          Sedwick, trial jury communication, w/other needful motions.

   185 -  1   04/07/05    [Re: DEF 1] JWS Order and report re: def is discharged from SR &
                          proceedings in this case are terminated. cc: USPO

   186 -  1   04/08/05    Initial R&R re: recommendation to dismiss D1 motion to vacate, set aside
                          or correct sentence (171-1) and all related motions be denied as moot.
                          Objections due 04/14/05. Reply due 04/18/05. All objs & responses will
                          immediately be forwarded to the trial judg for review and final
                          determination. cc: cnsl, Judge Sedwick

   186 -  2   04/08/05    Initial R&R re: to deny as moot DEF 1 motion for discovery, motion for
                          affidavits in discovery under 28 USC 2255 (177-1).  All objs and
                          responses will immediately be forwarded to the trial judge for review
                          and final determination.  Objections due 04/14/05. Reply due 04/18/05.
                          cc: cnsl, Judge Sedwick

   187 -  1   04/14/05    DEF 1 motion to challenge Judge Branson acting in this proceeding & to
                          remove Judge Branson.

   188 -  1   04/15/05    DEF 1 objection to R&R re: DEF 1 motion to vacate, set aside or correct
                          sentence (171-1), DEF 1 motion for discovery, motion for affidavits in
                          discovery under 28 USC 2255 (177-1).

   189 -  1   04/28/05    [Re: DEF 1] JWS Minute Order denying mot for subpeonoas of jury, on the
                          question of ex-parte Judge Sedwick (184-1). cc: USA, R. Long

   190 -  1   04/28/05    [Re: DEF 1] JWS Minute Order withdrawing reference to a magistrate
                          judge; terminating in light of this ord: mot to challenge Judge Branson
                          acting in this proceeding & to remove Judge (187-1);  cc: USA, R. Long,
                          MJ Branson
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                  "USA V ROBERT A. LONG"
```

For all filing dates

```
Document #   Filed      Docket text

  191 -  1   05/06/05   [Re: DEF 1] JWS Order denying mot to vacate, set aside or correct
                        sentence (171-1); terminating in light of this ord: mot for disc, mot
                        for affs in disc under 28 USC 2255 (177-1). cc: USA, R. Long, MJ Branson

  192 -  1   05/09/05   [Re: DEF 1] JWS Judgment that def's appl for post-conviction relief
                        under 28 U.S.C. 2255 is dism. cc: USA, R. Long, MJ Branson

  193 -  1   05/24/05   DEF 1 motion (renewed) for subpoenas to the jury w/att affs.

  194 -  1   05/24/05   DEF 1 motion for setting aside trial motion of callange of docket no.
                        191-192, dismissal of writ before petition filing, errors stated by
                        Sedwick, with denial of discovery to prejudice the defendant & to cover
                        up criminal actions, motion for dismissal doc no. 191-192.

  195 -  1   05/31/05   [Re: DEF 1] JWS Minute Order referring mots @ dkts 193 & 194 to Judge
                        Holland for determination. cc: USA, R. Long, Judge Holland

  196 -  1   07/15/05   DEF 1 re-motion of challenge of jurisdiction motion for delatory ruling
                        on the jurisdiction of the US government in this case within the State
                        of Alaska under judicial notice.

  197 -  1   07/26/05   DEF 1 motion under common law writ to compel exhibits or presentment of
                        foundational instrument.

  198 -  1   07/27/05   [Re: DEF 1] JWS Minute Order referring mot @ dkt 196 to Judge Holland
                        for determination. cc: USA, R. Long, Judge Holland

  199 -  1   08/01/05   [Re: DEF 1] JWS Minute Order recusing Judge Holland from referral of
                        mots @ dkts 193, 194 & 196; mots are referred to Judge Beistline for
                        determination. cc: USA, R. Long, Judge Beistline

  200 -  1   08/02/05   [Re: DEF 1] HRH Order re: notice of recusal of Judge Holland from
                        post-appeal mot practice; clk to reassign pending matters @ dkts 193,
                        194 & 196. cc: USA, R. Long, Judge Sedwick, Judge Beistline

  201 -  1   08/08/05   [Re: DEF 1] RRB Order denying motion (re) of challenge of jurisdiction
                        (196-1); Judge Beistline recuses himself w/regard to motions at 193-1 &
                        194-1. cc: USA, R. Long, Judge Sedwick

  202 -  1   08/17/05   DEF 1 motion (common law writ of mandate) for the prosecutor to under
                        sworn oath, deny that a phone tap existed on deendants phone, to deny
                        that defendant was denied counsel at sentencing, to deny that a mail
                        interception was used.

  203 -  1   08/17/05   DEF 1 motion (common law writ of mandate) for correction of the
                        erroneous and bad faith ruling of Judge Beistline, on the subject of the
                        jurisdiction of the US Government within state's and or for foundational
                        instruments.

  204 -  1   09/07/05   [Re: DEF 1] JWS Minute Order reassigning 2255 mot to Judge Selna
                        (District of CA-Central) for all further proceedings; all filings to be
                        made in A02-031 CR. cc: USA, R. Long, USM, USPO, Judge Selna

  205 -  1   09/19/05   DEF 1 motion for clarification of the actions before Judge Selna & for
                        action on discovery.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                                     "USA V ROBERT A. LONG"

                                         For all filing dates


 Document #      Filed      Docket text

   206 -    1   09/26/05   DEF 1 motion for subpoenas of the trial jury.

   207 -    1   09/26/05   DEF 1 motion for a ruling on the denial of the requirement of the
                           government to bring the defendant before the court within the set time
                           by law.

   208 -    1   10/05/05   [Re: DEF 1] JVS Minute Order re: mot @ dkt 193; DEF 1 to show cause why
                           relief shouldn't be barred by 10/31/05; govt may respond by 11/14/05 &
                           DEF 1 may file reply by 11/21/05; crt to determine whether o/a would be
                           helpful. cc: USA, R. Long

   209 -    1   10/05/05   [Re: DEF 1] JVS Minute Order re: mot @ dkt 194; by 10/17/05 DEF 1 to
                           file stmt w/views on procedural basis for crt to consider mot; govt
                           response due 10/31/05; DEF 1 reply due w/i 10 days of svc of govt's
                           response; crt to determine if o/a would be helpful. cc: USA, R. Long

   210 -    1   10/05/05   DEF 1 motion for order to trial counsel Dieni, Public Defenders office
                           for an affidavit by court order on if counsel became aware of a phone
                           tap, witness tampering in the case or testimony of a criminal action by
                           a victim.

   211 -    1   10/05/05   DEF 1 motion for order to appeals counsel Eugene B. Cyrus, for all
                           defendants letters to counsel from defendant from FDC SeaTac, FDC under
                           court rules 30 & 45 or other as the court sees fit.

   212 -    1   10/05/05   DEF 1 motion for order to the Anchorage Federal District Court, Clerk of
                           Court, to correct the docket sheets, in the removal of all records of
                           appointed defense counsel Mr. McCoy, assigned & acting in the case.

   213 -    1   10/11/05   [Re: DEF 1] JVS Minute Order granting/denying mot for clarification of
                           the actions before Judge Selna (205-1) w/att 9CCA designation ord. cc:
                           USA, R. Long

   214 -    1   10/18/05   DEF 1 Response to Order @ dkt 208 to show cause re: mot for denied crt
                           records required for effective action.

   215 -    1   10/18/05   DEF 1 Response to Order to show cause @ dkt 209 re: violations of
                           procedure as basis of summary relief.

   216 -    1   10/24/05   DEF 1 motion for writ of demand, writ of mandamus to order subpoenas of
                           trial jury for depositions on issue of the contended Judge Sedwick,
                           ex-party jury proceedings.

   217 -    1   10/24/05   DEF 1 motion for writ of mandamus to compel Judge Selina to order
                           government to produce the discovery by personal sworn written affidavit
                           of requested information related to trial.

   218 -    1   10/24/05   DEF 1 motion for a writ of mandamus for Judge Selina to order the public
                           defenders office, appeals defense counsel, to produce to court &
                           defendant all attorney client written letters from defendant to counsel.

   219 -    1   10/24/05   DEF 1 motion for a writ of mandamus to Judge Selina to compel refused
                           official duties as the assigned judge to this action.

   220 -    1   10/31/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion for setting aside trial
                           motion of callange of docket no. 191-192, dismissal of writ before
                           petition filing, errors stated by Sedwick, with denial of discovery to
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A02-0031--CR (JWS)
                                "USA V ROBERT A. LONG"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | prejudice the defendant & to cover up criminal actions, motion for dismissal doc no. 191-192 (194-1). |
| 221 - 1 | 11/04/05 | [Re: DEF 1] JVS Minute Order setting hrg on 1/13/06 @ 9:30 a.m. on mots @ dkts 193 & 194; 30 min allowed per side on each mot. cc: USA, R. Long, USM, Clerk |
| 222 - 1 | 11/07/05 | DEF 1 motion for a 30 day extension of time to answer the governments opposition and the governments motion to dismiss of 10/31/05. |
| 223 - 1 | 11/14/05 | [Re: DEF 1] JVS Minute Order granting mot for a 30 day ext of time to ans the govt's oppo (222-1); Long's reply due 12/12/05. cc: USA, R. Long |
| 224 - 1 | 11/14/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion (renewed) for subpoenas to the jury (193-1) w/att affs & exhs. |