FILED

DEC 13 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By ________ Deputy

Robert A. Long
Pro Se.
Po Box 3526
Seward, Ak.
99664.
Phon-Fax,
907-224-3036

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES,

Plaintiff,

V.

ROBERT A. LONG,

Defendant.

Case No. A02-0031-CR(JWS).
No. A04-0286-CV-(JWS)

MOTIONS FOR CHALLENGE OF REFUSAL OF THE GOVERNMENT TO PROVIDE THE REQUIRED AFFIRMATIVE SHOWING OF FEDERAL JURISDICTION, MOTION FOR DISMISSAL DO TO ABDICATION OF THE LAWFUL GOVERNMENTS DUTIES.

As in All Other Motions before this Court, this is not a Relief Petition under 2255, no Original Petition or Successive Relief Petition Exist by the Knowing Intent of this Defendant, any contention of any Original of Successive Relief Petition under 2255, Exist by the Intended Criminal Denial of Appointed Assistance of Counsel by this Court in Obstruction of Justice in Further Criminal Conspiracy to Cover Up Crimes Committed within this Court by Government Actors.

The Court's, Judge's, Prosecutor's and General Federal Government, have Legally and Constitutionally been Challenged by Defendant on the Lack of Federal Jurisdiction in this Case and in the Sovereign State of Alaska, and Over the Defendant in General, the Defendant having been Denied Common Remedies under Law in this Matter has been Forced by Necessity to Moved under a Common Law, Writ of Demand, for a Writ of Mandamus, to the Prosecutor's, to Compel under Official Duties, the Governments Duty to Provide a Constitutional Affirmative Showing by Documents of Federal Jurisdiction, this Writ Ignored by the Court, it's Judge's and the US. Prosecutors in Abdication of Law and Official Duties.

226

Do to the Above Fact and Abdications of Duties the US. Prosecution, this Court or any other US. Government Party is Foreclosed to Further Argument on this Issue, [by the established Legal Doctrine of "Estoppel by Acquiescence"], this Maxim of Common Law dates back 3400 Years to Numbers Chapter 30 in Mosaic Law, as well in Modern US. Court Citing's, this Fact Requiring this Judge to Act at this Time in a Ruling against Federal Jurisdiction.

The Defendant does not believe, that there is, or will be, an Objection to the below Facts again being Entered by Defendant on the Court Record at this time, that a Lawful Challenge to Federal Jurisdiction has been made before this Court, by the Defendant to Federal Jurisdiction within the Sovereign State of Alaska, or over this Sovereign Domiciled Citizen of the State of Alaska, Direct Challenge to Federal Jurisdiction under Title 18 USC. 115, or any other Federal Title 18 USC. Common Statute, (Common Statute being other than those under USC. Art. 1, Sec. 8, Sub. 10, and under Art. 4, Sec. 3,Sub. 2, authorizing Congress to Out Law Piracy, Treason and Counterfeiting US. Securities), or to the Refilling of Further Documented Support of the Defendants Position.

As Repeated Direct Lawful Challenge's to the US. Federal Government has been, and is made, to the US. Congressional Legislative Powers and Authorities of the US. Congress to Impose Controls Up On and Over State, Sovereign Domiciled Citizens in Actions within the Sovereign State, Challenge to the Authority of Congress to Punish Actions within the Sovereign States, for Violations of Federal Statutes having no Authority within the State, Direct Challenge to Federal General Police Powers within Sovereign States, and Direct Challenge to the Federal Court's to Hear Cases under Common Federal Title 18 USC. Criminal Statutes, Defendant, has and does, Contend that the US, Supreme Court has in Subject Rulings Established that, Up On Such a Lawful Challenge, as Defendants to Federal Jurisdiction, the Federal Government is Mandated under Law, and its Actors under Official Duties to File an Affirmative Showing of Constitutional Jurisdiction by Documentation, this Abdicated of Duties is Contended in Criminal Obstruction of Justice.

The Defendant having made the Required Jurisdictional Challenges before this Court, in Repeatedly Filed Court Common Motions, the Defendant having Filed Motions for a Writ of Mandamus against the Government for Abdication of its Official Duties in this Issue, (as Government Prosecutor Bottini, is now replaced by Cooper, the Writ of Mandamus now exist against Cooper), the Writ of Mandamus Filed under the Common Law Necessity of a Writ of Demand, do to the Abject Refusal of the Government to Comply with its Requirement of Affirmative Jurisdiction Showing being Ignored, the Court Must Act at this Time.

The US. Federal Government, (in the Person of US. Government Trial Prosecutor Cooper, with the above being a Recorded Fact before this Court, in Refusals of Official Duties and the Court Assigned Federal Judges, (DJ. Sedwick, DJ. Selna, and Acting in this Case in Conflict of Interest, DJ. Beistline, Beistline, having Acted in Criminal Bad Faith), having Refused to act on the Needful Common Law Writ of Demand for the Writ of Mandamus to Compel the Government to Comply with its Requirements of Providing a Documented Affirmative Showing of Federal Jurisdictions in this Case, and/or, as the Government Respondents of this Issue, DJ. Sedwick, DJ. Selna, and DJ. Beistline, have Abdicated the Governments Official Duties in their Persons in this Issue, do these Fact Recorded before the Courts of the United State of America, the Federal Government has Defacto Abdicated any Claim of Jurisdiction in this Case at this time and Must in Fundamental Fairness and Justice Set Aside, Dismiss and Grant General and Direct Issue Relief to the Defendant for Past Harms, Present Harms and Further Harms done by the US. Federal Government, in the Actions against the Defendant where no Federal Law Existed and so no Crime was Ever Committed by the Defendant, all Acts, Actions, Harms against the Defendant, [by the US. Federal Government, were Criminal Acts and Civil Rights Violations against the Defendant Subject and Requiring Relief].

The US. Government Being Required to Provide an Affirmative Showing of Federal Jurisdiction, Proof Requirements in every Federal Criminal Prosecution Within any State, of the Union, Under Law and under Personal Official Duties of the Prosecutors and/or the Judges, was Required to Answer the Below Questions to Have Jurisdiction, and has Failed.

(1). Did the state, ever obtain jurisdiction over the areas upon which the defendant is contended to have committed the prohibited activities? If so, when and to what extent?

(2). Did the federal government ever after ceding title and jurisdiction over the areas in question, by act of statehood or other, ever purchase said location under Art. 1, Sec. 8, Sub. 17, USC. from the state in question? If so, when, and for what purpose?

(3). If the united states federal government, did purchase said site, under Art. 1, Sec. 8, Sub. 17, USC. is the site presently being used for the purpose for the which it was purchased?

(4). Did the "state" did cede legislative jurisdiction to the "united states," and so, when, and to what extent?

(5). If the state did cede legislative jurisdiction to the united states federal government, was such jurisdiction actually accepted by the united states federal government, and if so, when, and to what extent?

(6). Which governmental authority, "state or federal law enforcement official," made the purported arrest of the defendant in the so called criminal action? If the actual federal arrest in this action was made by a state officer, (police chief Chapman), does the federal deputation record exist in the official records? If the actual arrest was by a state officer, and so under law it was a state arrest, with the defendant then under the jurisdiction of the state, does the record establish the required Court, Due Process, jurisdictional, lawful transfer of jurisdiction over the defendant from state jurisdiction to federal jurisdiction exist?

Clearly, the above 6, questions are critical and of foundational importance in this case involving claims of the existence of federal jurisdiction's in Direct Open Opposition of Standing Law, the government's Prosecutors and Judges, set in abdication of official duty and obstruction of the lawful administration of justice and in intended violations of the Defendant Civil and Legal Rights to maintain this malicious prosecution in this Knowingly, in this Clearly False Un-Supported Claim of federal jurisdiction.

The Defendant states that the Subversion of Definition used by the government in this question must be addressed in the fact of Two United States Governments, one US. Government being the Federal US. Government of the united states, the Second is the Government of the United States of America, of the Combined Several Sovereign States, the US. federal government of the united states, of this Court, having only Jurisdiction with federal Sovereign Holdings, the Government of the United States of America, being that of the Combined Sovereign States, each being Sovereign on their own Soil having Direct Right and Authority Collectively to Order and Control the US, federal united states government a Subordinate Government, the Term State, and State, used in Legal Definitions is two Separate Entities, the States of the Union, and the US. Federal Government, Defined as the State, not with the Meaning of a State, of the Sister States of the Union.

This Claim of the absence of federal government jurisdiction must be addresses by this US. District Court Judge at this time without the Subversion of Terms.

In the History of this Lawful Challenge to Federal Jurisdiction by the Defendant and the Un-Lawful Refusal of all Government Parties to Effect their Official Duties, (1), Judge Sedwick, Refused to Compel the Government to Provide an Affirmative Showing of Federal Jurisdiction or to Provide this Government Requirement as the Direct representative of the Government in Abdications of his Personal and Official Duties, (2), the Government Prosecutors, Bottini, and Cooper, have Refused and Abdicated their Personal and Official Duties in this Issue, (3), DJ. Judge Selna, has Refused and Ignored his Official Duties on this Issue and as the Gate Keeper, (4), DJ. Judge Beistline, has acted in Conflict of Interest and Judicial Misconduct in this Case, and has Interred an Intended False and Fraudulent Claim of Federal Jurisdiction, in an action of Criminal Subversion of the Clear Written Words of a Federal Statute Purported to Grant Federal Jurisdiction in this Case, (DJ. Beistline, Citing Title 18, USC. 3231, as Affirmative Jurisdiction without the Required Showing of Congressional Jurisdiction to Impose Title 18 USC. 3231, within the Sovereign State, to start with), (DJ. Beistline, then continues in Intended Fraud in Citing in the Recorded Document of this Court that Title 18 USC. 3231, Reads as follows, "The district courts of the united states shall have original

jurisdiction of all offenses against the laws of the united states," (The Actual Words of Title 18 USC. 3231, read as follows), "The district courts of the united states shall have original jurisdiction Exclusive Of The Courts Of The States, of all offenses against the laws of the united states," (This not being the first Rodeo of DJ. Beistline, and DJ. Beistline, not believed to be Ignorant, this Beistline, Bad Faith and Criminal Subversion of Federal Statute to Maintain a Malicious Prosecution, shows that he Ether believed the Defendant Un-Able to Read the Full Words of a Federal Statute, or that DJ. Beistline, Holds Absolute Disregard and Contempt for the Laws and Constitution that he Swore a Oath to Serve and Protect, or believes that he can do as he wishes in Bad Faith and Criminality and that other Brother Federal Judges will Cover his Ass at the Risk of their Positions), (the Defendant is Un-Sure if he is more Pissed Off over the Contempt DJ. Beistline, Shows for the Law or for the Defendant).

As Shown by the Documented Records of this Court, now before DJ. Selna, Federal Jurisdiction is Clearly Under Lawful Challenge in this Case by Defendant, no Required Affirmative Showing of Federal Jurisdiction has been Provided by any Government Party in Abdication of the Governments Official Duties under Law, no Showing of Federal Jurisdiction by Direct Interstate Commerce Element has been Presented or Contended, with this the Case now before this Judge, DJ, Selna, this Federal Judge is under Official Duty to Attend and Act on this Matter and Issue and to Grant Full and Total Relief to the Defendant at this Time, the Government has had its time to Act in Accordance with Law and by Effective Inactive and Refusal of Official Duties has Abdicated any Further Right to Time to Act, or of any Right to Oppose or to Appeal any Lawful Relief Action by this Federal Judge to Relieve the Defendant.

As the Government, when the Defendant Presents Affirmative Showings of the Lack of Federal Jurisdiction by Constitutional Documental Showing, Ignores the Documented Showing and Motions in Total, and when Defendant Moves for Action on the Documented Motion, without Further Documentation in that Motion for Action on the Previous Motions, and the Government Contends that no Documented Showing has been made by the Defendant, do to this Bad Faith Subversion of the Government the

Defendant Presents the Below and Attacked Affirmative Documents of a Further Showing of the Lack of Federal, General Criminal Jurisdiction, within Sovereign States, and over the Sovereign Persons Domiciled Within the Several Sovereign States, of this Union of Free and Sovereign States, of the United States of America, by the Affirmative Judicial Citing's and Constitutional Documental Showing's.

The Defendant Under Judicial Notice, Expressly Retains the Right to Challenge, Litigate and Gain Relief for the long list of Other fundamental Civil and Criminal Legal Violations of Law Committed against the Defendant by all Other Government Parties involved and to Gain Just Relief.

Defendants Affirmative Documental Showing in Support of the Absence of Required Federal Jurisdiction's, Legislative, Judicial, Subject, Personal and Police Powers in this Case and in the Sovereign State of Alaska, "in General," (UNDER JUDICIAL NOTICE), to the Court, that without Valid Lawful Affinitive Government Supported Showing that the below is not the Law of the Land, this Judge must Rule in the Favor of the Defendant, and as the Government had Refused to make this Required Showing of Factual Federal Jurisdiction after Repeated Defendants Motions and Demands, no further time may be Granted to the Government for any Action to Oppose, this Court having Ignored the Defendants Writ of Mandamus to the Government on this Issue, has also Abandoned any Right to Oppose and Must Grant Relief.

The Citizens of the now, United States of America, in 1776, Enacted the Declaration of Independence, to Clearly state for them Selves and the World, that the People of this then New Nation, were Free and Sovereign People Under the Authority-Rule, of no Government-Rulers, (the Right of the People of Original and Supreme Power Over Government, the Right and Civil Responsibility of the People to Remove Offensive Parts of Government, or the Government in Total when its Actions go Beyond Long Suffering Tolerance), Under Art. 2, Articles of Confederation, it is Expressly stated, "Each state retains its

sovereignty, freedom, and independence, and every Power, Jurisdiction and Right, which is not by this confederation expressly delegated to the United States, in Congress assembled."

The essence of the above is in retention of State, Total Jurisdiction, then embodied in the US. Constitution in Art. 1, Sec. 8, Sub. 17, the federal government, "to exercise exclusive jurisdiction...over such district...as may, by cession...by purchased by the consent of the legislature of the state..., as well as in the 9th. And 10th. Amendments of the US. Constitution, the Tool of the People to, in Required Need to Control the Government and those within it, is Preserved in the Rights of the People by the 2nd. Amendment.

The Absolute Right of Sovereignty of the State and its People from Federal Government Authority within State, Borders is found in Harcourt V. Gaillard, 25 US (12 Wheat.) 523 (1827), Each State, declared itself sovereign and independent, according to the limits of its territory, The soil and sovereignty within their acknowledged limits were as much theirs at the declaration of independence as at this hour. Thus unequivocally, in July of 1776, the new States, possessed all sovereign, power, and jurisdiction, over the soil and persons in their respected territorial limits. There was no territory within the united states that was claimed in any other right than that of some one of the confederated states, therefore, their could be no gaining of territory made by the united states distinct from, or independent of some one of the States.

Art. 1, Sec. 8, Sub. 17, USC. Gives jurisdiction to the federal government over its capital, and such other places wherein the State ceded jurisdiction to the federal government, except in those specific areas, this clause of the constitution does not operate to cede further jurisdiction to the federal government, with the result that jurisdiction over un-ceded areas remains in Total with the States, Exclusively, The Federalist No. 43, Restates this Fact.

Art. 1, Sec. 8, Sub. 17, provides the only mechanism for cession of jurisdiction from any State to the federal government, after a Statehood Act, the New State, Has Total and Equal Footing with the Original States, no Federal Disclaimers Act by the federal government Forced as a condition for Statehood has Legal Existence if that Disclaimers Clause Deprives Equal Footing of that New State, (see 1911, Cole v Smith), (1845, Pollard v Hagan), (1885, Fort Levenworth R. Co. v. Lowe).

From the abundance of Supreme Court Rulings, Historic Documents, its well recognized by lengthy and definitive government-authored treatise on the issue, that the jurisdiction of the federal government is carefully circumscribed and defined as a very precise portion of the united states in total, the united states federal government is only one of the sovereign jurisdictions existing in this nation, and is a foreign jurisdiction Without Jurisdiction or Authority within the Sovereign Territory of any Individual Sovereign State, of this Union of Sovereign of States, of the United States.

In the Instant Jurisdictional Challenge Issue in this 2255, Relief Action, in Bowen v. Jonson, 97 F 2d 860, in this 9th. Circuit 1938, the Appeals court Ruled jurisdiction could not be raised, this was Clearly Reversed in Bowen v Jonson, 306 US 19, 59 S, Ct. 442 (1939), it was concluded that federal jurisdiction challenges can be raised in Habeas Corpus, then the Court addressed the issue of jurisdiction, the Court found in that case that the federal government both owned the property where the crime was committed and has a State legislative grant ceding jurisdiction, the Court goes on to state, "However, if jurisdiction is not vested in the united states federal government Pursuant to statute, there is no federal jurisdiction as follows", (No jurisdiction exist in the united states to enforce federal criminal laws until consent to accept jurisdiction over acquired lands have been filed in behalf of the united states as provided in Title 40 USCS 255, and fact that state authorized government to take jurisdiction was immaterial), Adams v. United States 319 US 312, 63 S. Ct. 1122, 87 L Ed 1421 (1943), (Title 40 USCS 255, became absorbed in to new words of related Statute Requirement without Removing the Title 40 USCS 255 Requirements).

There can be no "lawful" prosecution of a criminal charge in the federal courts absent "federal jurisdiction" see, Kelly v. United States, 27 F 616 )D. Me. 1885), United States v. Andem, 158 F 996 (D.N.J. 1908), United States v. Penn, 48 F 669 (E.D.Va. 1880), United States v. Watson, 80 F. Supp. 649 (E. D.Va. 1948), Brown v. United States, 257 F 46 (5th. Cir. 1919), Englen V. United States, 257 F 2d 466 (5th. Cir. 1955), United States v. Towsend, 474 F 2d 209 (5thy. Cir. 1973), in the United States v. Benson, 495 F 2d 475, 481 (5th. Cir. 1974), the Court States, "Its axiomatic that the prosecution must always

prove territorial jurisdiction over a crime in order to sustain a prosecution therefor" Id. At 481, the Prosecution has Refused this Burden, the Prosecution and Court have Ignored and Refused a Writ of Mandamus to Compel the Prosecution to Comply with its Legal Duty, this Stands a Bad Faith and Criminal Abdication of Duties in Criminal Obstruction of Justice at this Time, Lack of jurisdiction cannot be waved...conferred...A Court lacking jurisdiction cannot render judgement...Sweeton v. Brown, 27 F 2d 1245 (6th. Cir. 1977).

## Under Judicial Notice, to Judge Selena.

In John v. United States, 137 US 202, 11 S. Ct. 80 (1890), the Court Directed "You" Judge Selna, as well as all other Federal Judge's to the Following, (All Courts of Justice are Bound to take "Judicial Notice" of the territorial extent of jurisdiction exercised by government whose laws they administer, or of its recognition or denial of sovereignty of foreign power, as appearing from public acts of legislature and executive, although those acts are not formally put in evidence, nor in accord with pleadings).

Do to the above, as a Lawful Judge in Good Standing in this Case with the Supported Showing of the Lack of Federal Criminal Jurisdiction within the Sovereign State of Alaska, and/or, over this Sovereign Domiciled Citizen, (As the Government has Refused to Support Federal Jurisdiction in this Case and General Jurisdiction, as the Government has with the Court, Ignored in Bad Faith and Abdication of Duties, the Defendants Common Law Writ of Demand to the Court, for a Writ of Mandamus, to Compel the Government to Comply with its Lawful Requirement to Support Federal Jurisdiction by Affirmative Constitutional Showing, as no Showing of Federal Jurisdiction has been made or can in fact be made do to 200, years of Supreme Court Rulings against Federal Criminal Jurisdiction within States), this Judge under John v. United States, and a long list is Required Under Law and Judicial Notice to Act on this Fundamental Issue, in Hanford v. Davis, 163 US 273, 16 S. Ct. 1051 (1896), the Court States, "There is no presumption in favor of jurisdiction, and the basis for jurisdiction must be affirmative shown," (not done), in FW/PBS, Inc. V. Dallas, 493 215, 107 L Ed 2d 603 (1990), the Court Quoted the following, "The federal Courts are an

independent obligation to examine their own jurisdiction, and standing 'is perhaps the most important of [the jurisdictional] doctrines, Allen v. Wright, 466 US 737, 737, 82 L Ed 2d 556 (1984).

Summary of the Defendants Documental Showing of the Constitutional Lack of the Federal Governments, in Legislative, Criminal, Personal, Subject Matter and Court Judicial Powers in this Case, in the Sovereign State of Alaska, and over this Sovereign State, Domiciled Citizen, in this Federal Case, with no Showing or Contention of Interstate Element.

The Declaration of Independents of 1776, Declared the Sovereign Right of all Citizen over Government, the Articles of Confederation, Granted no Authority over States, or over State Citizens to the Federal Government, the US. Constitution, Granted some small Federal Government Concessions of Authority and Jurisdiction within States, and over State Citizens, in 17 specific and well defined powers which related only to strictly to the external affairs of the States, ANY single power, or even several powers combined, do not operate in a fashion so as to invade or divest any State, of its Jurisdiction, the remainder of the States, under the US. Constitution, have no right to Jurisdiction within any single State, without that States, specific consent.

The ONLY provision in the US. Constitution which permits Jurisdiction to be vested in the Federal US. Government within the Sovereign States, and over Sovereign Domiciled Citizens, is found in Art. 1, Sec. 8, Sub. 17, which provides the only mechanism for cession of Federal Government in, In-State, Jurisdiction, [the only mechanism in any form], Territorial Jurisdiction to the present day is found only in ceded areas of States, which encompass only Washington D.C. the Federal Ceded enclaves within Sovereign States, and such Territories and Possessions which may be owned today by the US, Federal Government gained by Lawful Means, [Equal Footings Violations against States, by the Federal Government, in Forced Disclaimers Clauses, as a Condition of Statehood in new States, to the Union, as in Alaska, are Void in Force and Effect before all Courts within the United State].

It is well Repeated, and well Established, in the Principals of US. Law, that the US. Federal Government, holds no Criminal, and/or, Regulatory Jurisdiction, or Authority, except within the Territories of the Federal Government, gained Directly from the US. Constitution, or by Direct Constitutional Means, unless a contrary intent appears in the US. Constitution, [not in the Common Congressional Language of Intent of the Legislation in Question, "the Words of Intent of Congress have no Authority if Congress has no Constitutional Authority to start with," but Intent must Appear in the Words of the US. Constitution, if the Words of Intent Exist Granting Authority to the US. Government, only then does the US. Government have Jurisdiction], no Criminal Jurisdiction exist by the US. Federal Government in Congressional Legislative Authority, by Common Congressional Act, to Place and Enforce Federal Government Statutorily Laws enacted by Congress within the Several States, until the consent of that State, under Art. 1, Sec. 8, Sub. 17, to Grant Jurisdiction and that Jurisdiction is Lawfully Excepted by the Federal Government under Title 40 USCS. 225, [the actual Words of Title 40 USCA. 255, Absorbed into the new Wordings of the Cession Statutes], there can be no Lawful Prosecution for Violations of Federal Law or in fact any Actual Criminal Act Committed within any State, Absent Federal Government Jurisdiction, the Lack of Federal Government Jurisdiction cannot be Waved, Conferred or by Inaction to the Federal Governments, [or to the Federal Courts], a Federal Court and any Federal Judge with a Showing of the Lack of Federal Government Jurisdiction, at any Stage of the Proceedings must Dismiss and Grant Total Effective Relief to the Victim of a Wrongful Prosecution without Jurisdiction, [no Criminal Act has been Committed]..

As Federal Government Prosecutors and Judges, have a Clear Standing Official Duty to Know the Laws of Jurisdiction, and a Sworn Oath to the Law, US. Constitution and as Gate Keepers of the Rights and Protections of Citizens, any Such Federal Government Court Actor Engaging in a Criminal Prosecution without having made a Clear Federal Government Supported Showing of Jurisdiction, or Continuing after a Challenge to Jurisdiction, without an Affirmative Showing by the Government, must be Sanctioned by the Court, as Clearly in this Case.

Subject Matter-Territorial Federal Government Jurisdiction, within a Sovereign State, is a Article 3, US. Constitutional Requirement as Well as a Federal Government Statutory Requirement in any Federal Prosecution, this by Intent functions as a restriction on federal power and over Every Federal Government Actor, [no presumption of Federal Government Jurisdiction can be presumed by this Federal Judge, Regardless of the Real Inerrant Conflict of Interest of this Federal Government Actor].

Upon the Open Repeated Failure of the US. Government, "Federal Prosecutors," "Federal Judges," to Forward or Provide, an affirmative Showing of Jurisdiction, upon the Defendants Repeated Challenges and Demand, and upon the Refusal of the Court to Attend to, or to Grant the Defendants, "Common Law," Writ of Demand, for a Writ of Mandamus, to the Government Prosecutor for the Affirmative Showing of Federal Jurisdiction, (the Established Legal Doctrine of, "Estoppel by Acquiescence," prevails against the US. Federal Government), and with respect to the facts, status and solvency, statements, claims, laws and conclusions any further Federal Government Claim of Federal Government Jurisdiction in any Form or Fashion in this Case and Action, that may after this date be made in Motions, Notice Claim, Affidavit, Affirmative Showing be Documentation, Mis-Readings of Law and Constitution, Void Rulings by Federal Judges Ruling of Federal Jurisdiction without Affirmative Showing by Constitutional Documents, in short do to the Abdication-Refusal of Official Duties and Lawful Requirements of all Government Parties the Defendant Prevails by the Acquiescence of the Government in the Lack of Federal Jurisdiction and further Claims and Arguments by Government are Foreclose by Estoppel, (this supported under Standing Court Subject Rulings as Sapp v. Warner, 105 Fla. 245, 141 So. 124, 127 (1932), and under 28 USC. Sec. 1746(1), as the Federal Government, by its Actors have answered the Challenge to Federal Jurisdiction by evasive, irrelevant, immaterial, scandalous, outrageous Claims not support by Constitutional Authority, by the intended Mis-Reading by intent of the Words of Federal Statute, Title 18 USC. 3231, in Clear Perjury in Dishonor and Intent to Obstruct Justice, the Government is Foreclose to Further Argument or Claims and as the Defendant has Clearly by Constitutional Documentaries, by Standing Court Subject Citing's, Given

before this Court, with the Defendants Required Un-Refuted Support to the Lack of Federal Jurisdiction, the Court Under Law Must without Question except the Defendants Claims as True before the Court and Grant Total Relief to the Defendant of all Direct Harms and Injustices, and to all Indirect Harms and Injustices Arising from the Arrest, Kidnaping, Trial, Conviction, Sentencing, False-Imprisonment, and Appeal, in the Matter of the Shown to be, Non-Federal Crime and Malicious-Criminal Persecution, Without Federal Jurisdiction, Case No. A02-0031-CR-(JWS), in the Wrongful Prosecution of this Sovereign Alaska, Citizen, (Never a Lawful Defendant, Robert A. Long, Kidnaped by the Federal Government in Interstate Transport across State Lines in 2002, in a US. Government Criminal Felony Action), this again and still Domiciled Alaska, Citizen of the Sovereign State of Alaska, not a Citizen of the US. Federal Government, holding its Capital within Washington, D. C. {the Washington, D. C. Government having held at no time Waved Jurisdiction over this Sovereign}, [Robert A. Long], who was and is still under the Direct Jurisdiction of the State of Alaska, [by and do to his Direct Arrest in 2002, in this matter, by an Un-Deputized Alaska, State, Seward, Police Chief, with no Lawful Transfer of Arrest or Jurisdiction after that Fact, to the US. Federal Government and no Release to Date from Arrest by the State of Alaska, in Civil Rights Violation and in an Alaska State, action of Aiding and Abetting the Washington, D. C. Federal Government in Interstate Kidnaping and False Imprisonment.

Judge Selina, under Judicial Notice, is Directed to Title 18 USC. 3241, in why Federal Court Jurisdictions are Different between, the federal district courts of the United States, and the US, Federal Courts of the United States of America, and the Restrictions of Venue between these Distinct Federal Courts.

The Federal District Court's under USC. Article 3, the Federal Courts, created under, USC. Article 4. Sec. 3, are of Un-Limited Jurisdiction within the Sovereign Territories of the Washington, D. C. Federal Government, holding Total Absolute Jurisdiction over all Violations of Federal Law under Title 18 USC.

3231, Committed within Federal Government Sovereign Holdings. (Note under Judicial Notice, 3231, states Clearly, "Federal Jurisdiction exist Only Exclusive of the Courts of the States, outside the Jurisdiction of any State, Court, Seward, and Anchorage, are Within the Jurisdiction of the Alaska, State Courts ."

This Federal Instant Federal Court, of Judge Selina, established under Article 1, Article 4, (USDC), this US, federal district court, is without Criminal Jurisdiction, Subject Matter Jurisdiction or Personal Jurisdiction, outside the US, Federal Government's Sovereign Territorial Jurisdiction under the Direct Authority of the Washington, D. C. Government.

In the 1995, Index to the Code of Federal Regulations, on page 779, the following is found, "There are no regulations published in the Federal Register which extends authority to the Federal Courts and Federal Government, for 18 USC. 1, through 12, or 3231, to the State Republics".

Under Judicial Note to Federal Judge Selna, is under California, Bankers Ass'n v. Suhultz, 416 US 26, 94 S. Ct. 1494, 1500 39 L Ed 2d 812 (1974), that Federal Judges are Directed to their Official Duty in the necessity for implementing regulations being published in the Federal Register is without question, Courts are Sworn to abide the Dictates of Existing Law and may not Deliberately Bypass Explicit Congressional Intent, Landano v. Rafferty, 670 F. Supp. 570, 582 (1987), and US. Constitution Art. 4. Clause 2, and in North Laramie Land Co. v. Hoffman, et al., 268 US 276, 283 69 L Ed (1925), stating that, All persons are charged with knowledge of provision of statutes and must take note of the procedures adopted by them and when that procedure is not unreasonable or arbitrary there is no constitutional limitation relieving them from conforming to it.

State Citizens have the Clear Right to expect Federal Prosecutors, Federal Judges, and Federal Agents to know their Conduct Violates the Law and the Citizens Rights in Actions without Clear Jurisdiction,

In your Published Personal Background History, Judge Selna, (yes I have studies all the Personal Histories of the Involved Judges), I note that in these Documents Cited in my filings, [the Historic, Supreme Court and Appeals Courts Citing's], should be within your Instant Common Knowledge, [as this

seems a fact], the Defendant would Request that you Judge Selna, explain if you have been Personally Knowledgeable, of the Long History of the Foundations under Law that US. Federal Government, has no Legislative-Criminal Jurisdiction within States, except over those Places Jurisdiction was Gained under Art. 1, Sec. 8, Sub. 17, that no Federal Jurisdiction has been Gained or Exist in Alaska, Anchorage, or Seward.

If this is a fact that you are Knowledgeable of the Documents and Citing's, then to Admit and Declare this Fact.

Then to Admit and Declare, "if in this Judges Personal History", this Federal Judge has been Instructed by any US. Government Party, by any Means, of how to Ignore Challenges to Federal Jurisdiction, how to Subvert the Issue to Contend Federal Jurisdiction Exist when it clearly does not, or by any means Directed or Instructed, act to Continue a Criminal Prosecution or Deny Aromatic Relief in Contended Federal Criminal Actions taken within a Sovereign State, in a Contended Federal Violation of Law, [again taking Place Within the Sovereign Holdings of a Sovereign State], against a State Domiciled Person, out side the Constitutionally stated Exclusive Jurisdiction of the US. Federal Government, [as in this Instant Contended Criminal Action, Committed within the Sovereign Jurisdiction of Alaska, Outside Federal Sovereign Holdings with no Contention of Interstate Commerce Element, of a State Domiciled Citizen Arrested by an Alaska State, City Police Chief, not under Federal Depu].

The People of this Nation and this Defendant, are Clearly Dependant on the Honesty of Judges without Question, for this Judge sent to Alaska, to Address Possible Misconduct by another Judge, to Refuse to Answer these Questions on the Base Issue of Federal Jurisdiction, Questions the Entire Honesty of the Federal System, (a System that is under Question in the Press Daily and under Direct Question in Anchorage, do to the Criminal Falsification of Court Documents, Ex-Parte Proceedings, Att-Client Phone Taps, Criminal Denials of Transcripts, Felony Defense Witness Tampering, and on and on).

It is Clearly Understood that all Judges, to Include this Judge, (Judge Selna), have an Inerrant Conflict of Interest in the Question of the Lack of Criminal Jurisdiction of the Federal Government within States, but it

is the Duty of all Judges to Rise above this Conflict and to act under Law and Constitution in Justice and Honesty.

At this point, its Requested that Judge Selna, Rule that no Federal Jurisdiction Exist, or to Provide the Required Documented Constitutional Affirmative Showing of US. Federal Jurisdiction, (the Government has Abdicated any Right to Further Argument on this Question, but as the Defendant has a Great Interest in this apparently well settled Constitutional Question, and as even with the Great Long List of Supreme Court Rulings against Federal Jurisdiction within States, the Federal Government Continues to Ignore the Lack of Jurisdiction, the Defendant wishes to Hear any Pretense by Affirmative Constitutional Documented Showing of Federal Legislative and Criminal Jurisdiction Within the Sovereign States of the Union, from this Judge, as he the Defendant has an Absolute Right to have presented, [Defendant Remembering that he has a Right to Counsel, (Denied) to Trial Transcripts, (Denied), and meany other Rights Deprived for years, but still Request an Attempt of Supported Federal Jurisdiction be Provided and the Defendant for this action by Judge Selna, the Defendant Waves the Barring by the Federal Government of Further Argument on this Issue by the Standing "Estoppel by Acquiescence" existing by the Abdication of the US. Government Actors by Abdication of Official Duties.

The Defendant has added Documents in Support to his position which is the Law as Stated by the US. Supreme Court of the United States.

I certify the above to be true and correct to the best knowledge of the defendant under penalty of perjury.

I certify to have served the Federal Prosecutor Bottini, in Anchorage Alaska.

Dated on ______________.

______________________________

Robert A. Long, Pro Se.