**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>   v.   <u>ROBERT A. LONG</u>

THE HONORABLE JAMES V. SELNA

DEPUTY CLERK                                        CASE NO.  <u>3:02-cr-0031-JVS</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: January 4, 2006

    Defendant's Motion For Challenge of Refusal of the Government To Provide the Required Affirmative Showing and Motion to Dismiss at docket 226 is hereby STRICKEN.

[]{IA.WPD*Rev.12/96}