RECEIVED
JAN 04 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

1  Robert A. Long
   Po Se.
2  Po Box 3526
   Seward, Ak.
3  99664.
   Phon-Fax,
4  907-224-3036

5       IN THE UNITED STATES DISTRICT COURT
6         FOR THE DISTRICT OF ALASKA

7  | UNITED STATES,            | Case No. A02-0031-CR(JWS).
8  |          Plaintiff,       | No. A04-0286-CV-(JWS)
9  | V.                        | MOTIONS FOR DECLARATORY RULING ON
   |                           | IF THE GOVERNMENT IS REQUIRED TO
   |                           | PROVIDE AN AFFIRMATIVE SHOWING OF
10 | ROBERT A. LONG,           | JURISDICTION UPON CHALLENGE/// MOTION
   |                           | TO COMPEL ANSWER OF COOPER, ON
11 |          Defendant.       | CONFLICT OF INTEREST QUESTION.
   |                           | NOT A PETITION UNDER 2255

12

13      Daniel Cooper, has entered another Opposition to his Requirement under Law, [as Stated by the US.

14  Supreme Court], to Provide an Affirmative Showing of Federal Jurisdiction upon Challenge.

15      Cooper, contends that, [if I understand him correctly], that I have Failed to Provide a Showing of how the

16  Federal Government could hold Jurisdiction in this case, (as a Lawful Citizen this would not be a Correct

17  Action, to attempt Circumvent the Law by some Torturous Subversion of Words, ie, by Barristry), [the

18  Court to note in this page 3, Arg. 4, A, Cooper, Claim, [that Defendant must show how the US. Government

19  could have gained Jurisdiction in this case, [Grounds Depend], to comply with Rules], Cooper, Ignores the

20  17, Pages of Defendants Last Issue Filing, [as with the Others Previous Issue Filings], Containing Every

21  Way the Federal Government could have had Jurisdiction, [by Commerce Clause], the end Result is still as

22  Stated by the US. Supreme Court, {No Federal Jurisdiction under Title 18 USC. Criminal Statutes in the

23  Sovereign State of Alaska, exist outside the Constitutionally Stated Federal Powers Granted in the

24  Constitution within any Sovereign State, Cooper, has an Oath to Protect and Defend the USC, Refused}.

25  P1 of 8

1  Cooper, states on page 3, 3. that the Defendant claims that the Government has Denied the Defendant
2  Documents and Proof that the Court has Subject Jurisdiction, [in Fact Subject-Personal and Place
3  Jurisdiction, [as well as Legislative Jurisdictions], are at Issue in Legal Challenge, and the Abject Denial of
4  Support by Cooper, is a Fact before the Court], this is in fact one of the Only True Statement Cooper makes,
5  the Words of the US. Supreme Court, Effectively are, {that upon Challenge of Federal Jurisdiction, the
6  Government Shall, (not May), provide on Demand, an Affirmative Showing of Federal Jurisdiction, further
7  that upon Challenge of Jurisdiction the Court Shall, (not May), Inquire into its Jurisdiction and if Found
8  Lacking Must Dismiss the Action at any Stage, Abdication of Requirement to Provide Affirmative Showing
9  of Jurisdiction meets the Test of Misconduct by Government, [an Bad Faith Refusal or Denial by a Court
10 does not end the Issue in the Case or before the Court, the Issue Remains Open Until Showing is made].
11
12 As to Coopers, Claim that Defendant does not set forth grounds to base his Motion, Defendant
13 believes he did so, [as well as can be expected in the Common Manner of a Pro Se, who is Denied Counsel],
14 and Defendant believes that Cooper, Acts in Bad Faith to Maintain a Malicious Prosecution that he is a
15 Personal Actor in, and is further acting to Avoid a Second Criminal Prosecution before the Courts, [his first
16 is his Conviction as a Violent State Criminal], this Second will, Defendant believes be for Criminal Actions
17 to Continue Obstruction of Justice in a RECO, Criminal Conspiracy with other Actors within this Court.
18
19 On Page 3, Cooper, states that, (1), a suit arises when a plaintiffs own statement of his cause of action
20 shows it to be based upon the constitution or those laws... (2), unsupported conclusions of law in a
21 complaint are not sufficient to support a finding of federal jurisdiction... (3), lack of actual, as well as stated,
22 federal jurisdiction is a basis of dismissal under Rule 12(b)(1).
23
24 Defendant is at a Clear Loss as to the Opposition of Cooper with the above, Coopers,
25 Support of the Defendants Position and Showing by Defendants Constitutional Documents
26 and Court Citing's, made by Defendant for more than 3, years.
27 P 2 of 8
28

As to the Cooper, above No (1), Defendant Supports this Cooper, Statement of Law. (2), Defendant Supports this Cooper, Statement of Law. (3). Defendant Supports this Cooper, Statement of Law.

In (1), Cooper, may in fact bring Civil or Criminal Actions against a Ham Sandwich, on his Un-Supported Claim of Jurisdiction.

In (2), when Challenged on Jurisdiction, Cooper, must bring before the Court, Supported Conclusions of Law to Support Federal Statute Legislative Jurisdiction, with Constitutional Documents that Grant the Authority of Legislative Jurisdiction within the Place, over the Subject and the Person.

In (3), when Cooper, is Un-Able to Support Federal Jurisdiction, Subject-Personal-Place-Legislative, under Rule 12(b)(1), the Court Must Dismiss.   This is where we are at!

Defendant will Admit that Cooper, states Defendants Points better than Defendant, [cooper, gets pat on head by defendant], but the point is before the Court, that Bottini, Indited the Defendant, the Defendant has Challenges Jurisdiction from the First time Defendant could Act before the Court without a Public Defender Interfering, Defendant has Supported Repeatedly his Position by Constitutional Documents and Court Citing's, Cooper, Ignores Defendants Stack of Supporting Documents, Cooper, Supports Defendants Position in his Opposition Clearly, Defendant Agrees with Cooper, on Cooper's Points, Cooper, Admits Refusal to Support his Position by Required Constitutional Showing, [one part of all this seems to be missing...I remember now, the Part where the Judge Reads the Law, Rules and Words of the US. Constitution and US. Supreme Court, then Rules in Defendants Favor], this Court was and is Required to now, upon Defendants Showing to Support the Lack of Jurisdiction, [well done repeatedly], Rule for Defendant, in the Past, and Now, Cooper, Refused his Supreme Court stated Duty, Under Law the Judge now Rules for Defendant under his Official Duties that no Jurisdiction Existed or Exist in this Case!!!

No Showing of Full Subject Jurisdiction an Honest Judge Must Rule Despite his Personal Conflict of Interest that no Jurisdiction exist of Common Legislative Statutes with in Alaska, Defendant Win's, we go home, is possible at that point Judge Grants Total Relief to Defendant, Cooper, and Judges miss out on Prison Stay with Very Happy Room Mates. (Maybe)?

P 3 of 8

1   As to the Worn out Argument of Cooper, that Sedwick, Ruled against Defendant in Jurisdiction, [first
2   it was in fact Beistline, acting in a Forbidden Conflict of Interest, between a Civil Case, as Case Judge, and a
3   Criminal Matter, with the Same Party, as a Intercedet in Obstruction of Justice and Criminal Bad Faith and
4   by an Intended Criminal Misreading of a Federal Statute, 3231], the Defendant, (One), Argues, that upon
5   Challenge to Federal Jurisdiction until the Jurisdiction Matter is Settled by Affirmatively Showing by
6   Constitutional Documents the Issue Remains Open Under the Common Law Rules of Necessity, no Matter
7   the Actions of any Judge or Judges, (Two), that, unless Sedwick, or Beistline, Provided the Required
8   Affirmativly Showing of Jurisdiction, no Denial can be Issued, (Three), that, do to the Criminal Misconduct
9   alone, Recorded on the Denied to Defendant Sentencing Transcript by Sedwick, Sedwick, was not under the
10  US. Constitution a Lawful Setting US, District Court Judge and so Unable to Issue Lawful Rulings, [this
11  aside from other Illegal Sedwick, actions as those coming before the Court on 1-12-06], as Beistline, can be
12  shown to have Committed Removable Criminal Offences under the US. Constitution, in Several of
13  Defendant Related Cases, and so could not Issue Lawful Rulings in USA. V. Long, [aside from this
14  Criminal Subversion of Statute in his reading of 3231].
15  This Issue of the Lack of Jurisdiction does not Expire for any Action-Error-Inaction or Other of the
16  Defendant, it ends with a Lawful Affirmativly Showing of Jurisdiction or by Dismissal by the Judge for the
17  Lack of Jurisdiction, all Federal Judges are under Independent Judicial-Official Duty to Address this Issue
18  by the Clear Effective Order of the US. Supreme Courts for some 200, years, only by Abdication of Official
19  Duties, Violations of Sworn Oaths, Obstruction of Justice can a Judge Pass on this Issue, [Jurisdiction
20  that never, was never can be]!!!  No Particular Motion or Support is Required as Dismissal is the Duty
21  of the Judge when a Failure to Provide Jurisdiction Exist, the Judge must Inquire him self and Acts when in
22  Bad Faith the Government Refuses its Official Duty.
23  Their can be no Excuse by the Government on this Subject and the US. Supreme Court Clearly holds
24  Prosecutors Personally Responsible for Knowing this Subject and for Intended Violations.
25  P 4 of 8

1  Defendant Moves the Court to Dismiss this Case in Total and to Order Absolute
2  Relief to Defendant do to Lack of Federal Jurisdiction and Abdication of Governments
3  Official Duties. This on the Responsibility of this Court on its own initiative, not under 2255, when it has
4  not and can not support its own jurisdiction, all time has passed for action by the Government.
5
6  On the Second Issue of this Filing and Motion-Petition, [not under 2255], (of Cooper), the
7  Defendant would Support before the Court Clearly and Affirmatively, the Allegation of Cooper, acting in
8  Criminal Obstruction and Conspiracy to Obstruct before this Court, EXCEPT the Defendant is STILL in
9  Criminal Denial of Law and Civil Rights, Denied after 4, years any Form of Access to the Criminal Trial
10 Sentencing Transcripts of this Case USA. V. Long, [if Falsified now in a Third Falsification or not].
11
12 Contended is that aside from the Sentencing Transcripts Showing the Denial of Counsel to Defendant
13 at Sentencing by Judge Sedwick, [Requiring Dismissal], Counsel was Requested in the Sealed Proceedings
14 to Remove a Defective Counsel, [this Sentencing Transcript also showing Perjury in Prosecutor Bottini,
15 Filings in this Attorney, or not, Issue with on Denied Requested Counsel at Sentencing], this Denied
16 Sentencing Transcript also in Regard to Cooper, and this Motion, shows that Cooper, with Judge Sedwick,
17 with Clear Intent Acting by use of their Official Positions, Covering Up the Criminal Falsifications of the
18 Federal Government Documents, Written and Audio, from Aug. 2000. Long V. County, and from the Day
19 Two of Trial USA. V. Long, by or for MJ. Roberts, Personal Criminal Individual Actions, and Actions with
20 Other Parties to Cover Up and Continue On Going Criminal Acts and Actions under RECO.
21
22 This Outside Judge, is Requested to note no Civil or Criminal Charge, is or has been filed against me
23 in the 5, years of Criminal Complaints I have made on the Long V. County, Transcript Falsifications and the
24 USA. V. Long, Transcript Falsifications, apparently done by MJ. Roberts, with the apparent Cover Up by
25 Singleton, and the rest of the Actors, this Judge to note that no Denial by any Party to the Charges Exist,
26 P 5 of 8
27
28

1  [except by the USA. Prosecution Witness, Timothy W. Terrell, Testifying in USA. V. Long, MJ. Roberts,
2  made the Order, then in Long V. County, as Defense Counsel that MJ. Roberts, did not make the Order],
3  [this is Perjury in one case or the other, with the Supporting Court Documents, Sedwick, and Holland,
4  Refuses to Act on Sanction Motions against Terrell, or to Grant for Hearings on the Issue].
5
6  Now to the Second Point, Defendant Moves the Court to Order Cooper, to State under
7  Oath of Perjury in Affidavit, for the Court Written Record.
8  (1), If on Day Two of Trial, Timothy W. Terrell, did or did not, under the Prosecution Direct Questioning of
9  Cooper, Testify on the Audio Recorded Record, that MJ. Roberts, Ordered a Jury Trial Date for the Civil
10 Suit Long V. County, for between the Middle of Feb. end of March, [defendants memory is], of 2001.
11 (2). Cooper, to answer if Terrell, testified, if or not the MJ. Roberts, Trial Date still exist on the Audio
12 Recording or Written Transcripts of Long V. County.
13 (3), Cooper, to answer if the Timothy W. Terrell, Prosecution Testimony that he, Cooper, Elicited in USA.
14 V. Long, that MJ. Roberts, Ordered the Long V. County, Jury Trial Date still Exist on the Audio or Written
15 Day Two of USA. V. Long, Recording or Transcript.
16 (4), Cooper, to Answer if the Defense Cross of Terrell, in the Terrell, Testimony Regarding that MJ.
17 Roberts, Ordered a Jury Trial Date in Long V. County, in Prosecution Testimony, still exist on the Audio
18 and Written Transcripts in USA. V. Long, and if not what his action was in this Criminal Issue.
19 (5), Cooper to answer if on the Defendants Question to Cooper, and Sedwick, as Trial Sentencing began on
20 the Record in USA. V. Long, if they Remembered the Terrell, Prosecution Testimony that MJ. Roberts,
21 Ordered a Jury Trial Date in Long V. County, of the Middle of Feb. end of Mar. 2001, and that Cooper, and
22 Sedwick, Stated Aloud on the Record that they Clearly Remembered this Terrell, Prosecution Testimony.
23 (6), Did in Regard to the Question in No. 5, did then the Defendant Inform them or not that this Terrell,
24 Testimony was in a Second Criminal Falsification of the Transcripts of the Court Removed by of for MJ.
25 Roberts, Defendant Producing the Written Falsified Transcript, that Cooper and Sedwick, did not know the
26 Defendant had Gained.
27 P 6 of 8
28

1  (7), Did in Regard to Question No. 6, Sedwick, Effectively Refuse from the Offered Hand of Defendant the
2  Falsified USA. V. Long Transcript into Defense Evidence.
3  (8), In Regard to this Production by the Defendant at Sentencing of the Clearly Criminally Falsified Court
4  Transcript, [the Second Supported Falsification to come before you, [Cooper], in USA. V. Long], what was
5  and has been your Official Action in these Two Actions of the Criminal Falsification of Government
6  Documents, [the Second Falsification of Testimony you Elicited from a Prosecution Witness
7  Personally].
8  (9), At this Sentencing Proceeding in your Prosecution of Defendant in USA. V. Long, you are to Answer as
9  to the Name of the Defense Attorney Representing the Defendant, with you as a Personal Witness and
10 Government Participant at this Sentencing Proceeding.
11 (10) If any form of Defendants Waver Exist to the Requirement of Defense Counsel at Sentencing in USA.
12 V. Long, (state that a Waver Exist), (and Produce a Copy of the Defendants Signed Waver to the Right to
13 Counsel at Sentencing with your answer).
14 (11), In your Knowledge of the Law and Civil Rights, has this Defendant ever been Denied Court Trial
15 Records Requested by Court Motion to this Court, or Requested from the 9th. Circuit Court of Appeals Court
16 in Appeal, or in this Action under 2255, that the Defendant is under Law Entitled to.
17 (12), Has this Defendant made Written Request to your Office for Lawful Discovery that is under Law
18 Required to be Produced by your Office to the Defendant that was Denied, Produce with the Answer all
19 Discovery Request to your Office by the Defendant.

21      As Prosecutor Cooper, is Under Shadow of Wrongful Actions, as Cooper, is under Shadow of
22 Obstruction of Justice in the Cover Up of Falsified Transcripts within this Court, Defendant Contends that
23 this Court is under a Grave Clear Duty to Examine Cooper, and his Actions more Closely in his Oppositions
24 and Other Actions to Oppose the Defendant, Cooper's, use of Federal Agents in Seward, to Chill-Terrify my
25 Witnesses in this Action and the Long V. City of Seward, Suit for the Federal Witness Tampering by the
26 P 7 of 8

1  Arresting Officer in this Case, [another Issue in this Case Cooper, has Obstructed Justice in], this action of
2  Cooper, should have Directed this Judge in Fair Play to Reel In Cooper, and to Inquire into the Charges of
3  the Defendant in these Cases Closely, but has not].

5  If not Killed in an Unfortunate Drug Related Act of Random Violence, by some Drug Head's, [by of
6  course the UN-RELATED CIRCUMSTANCE, that Cooper, had just dropped the Indictment on them, [on 1-
7  13-06, these Question will again be ask of Cooper and this Court, if the Court Refuses to Compel Cooper, to
8  Answer by Sworn Court Filed Affidavit], the Ex-Parte Sedwick, Jury Tampering being only the Latest
9  Crime Defendant has over the Years Discovered in these Case by the Court Actors, Defendant considers the
10 Jury Tampering to be the Least Offensive Sedwick, action, (in Lite of the Others), but will except it to Open
11 the Other to the Lite of Day on 1-13-06.

13 On 1-12-06, the Defendant will be in the Anchorage, Federal Court House, to Depose Mr. Dieni,
14 Defense Pretended in USA. V. Long, on the Issue of the Federal Defense Witness Tampering in this Case by
15 the Arresting Officer, and Other Issues, [Shit was to spend your Birth Day, but Shit Happens]!

17 Defendant Expressly Retains the Right to Prose the Rest of the Criminal and Civil Violations of Law
18 by Court and Government Parties taken against him, [if he wishes], despite the Required Dismissal, and to
19 find a Form of Jurisdiction for the US. Federal Court to Retry Defendant, in an Honest Court, before a Fully
20 Informed Trial Jury, the Defendant may gain a Jury Finding of Actual Innocence, as is do him, [nothing
21 other than this will Clear My Name]!

I certify the above to be true and correct to the best knowledge of the defendant under penalty of perjury.

I certify to have served the Federal Prosecutor Cooper, in Anchorage Alaska.

Dated on 1-3-06.

Robert A. Long,    Pro    Se.

p 8 of 8