1  Robert A. Long
   Pro Se.
2  Po Box 3526
   Seward, Ak.
3  99664.
   Phon-Fax,
4  907-224-3036

RECEIVED
JAN 19 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

5           IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ALASKA
6

7  UNITED STATES,                    Case No. A02-0031-CR(JWS).
                                     No. A04-0286-CV-(JWS)
8        Plaintiff,
                                     MOTIONS FOR COURT ACTION ON
9  V.                                OUTSTANDING ISSUES UNDER
                                     COMMON LAW WRIT OF DEMAND///
10 ROBERT A. LONG,                   OPPOSITION TO COURT TENTATIVE
                                     COURT ORDER OF 1-10-06.
11       Defendant.

12     The Court has apparently issued, a Order, 1-10-06, (no Case Caption, no Signature, no Validity),
13 called apparently, a Tentative Order, this action 3, days before the Hearing to Grant or Not, Subpoenas of the
14 Trial Jury, (on the matter of Ex-party Trial Jury-Trial Judge Sedwick, Proceedings, Jury Tampering, [one or
15 more events], a Prejudicial-Criminal Felony Action that Mandates Automatic Reversal of the Trial), and on
16 the Successive Petition Issue; (the Court Denying needed Counsel to the Defendant, then taking Advantage
17 of Common, Real or Pretended, Pro Se, Errors to Deny Justice to the Defendant in order to Protect
18 Anchorage, Federal Judges from Criminal Prosecution for their On Record Felony Crimes).

19

20     This Judge, (Selina), was sent to Alaska, to Address and Adjudicate the Issue of the Alleged
21 Criminal Trial Jury Ex-Party Tampering of US. District Judge Sedwick, this Judge is Avoiding this Issue
22 like the Plage, (in the Common Manner of one Federal Judge Criminally Covering up the Crimes of
23 another Federal Judge).

24 P 1 of 9

1   Even if this Judges uses Clear Pro Se, Errors in Filings, or even a Valid Lawful Excuse to Deny Justice to
2   the Defendant, (to Maintain this Roberts-Singleton, False Prosecution, created only to stop the 9th. Circuit
3   Judicial Complaint for their Crimes Supported on the Court Records), this Judge still has Stand Alone Issues
4   before him that Never Disappear Until Adjudicated and Resolved.

7   <u>The Issue of the Lack of Federal Jurisdiction,</u> in this Case, is a Stand Alone
8   Constitutional Issue, that can not be Dissolved by any Errors in Court Form by the Defendant, or by
9   Valid Lawful Dismissal of the Complaint-Petition-Motion-or Other, that Created it, it is a Stand Alone,
10  Constitutional Issue the Judge is Directly Required to Settled when Raised and Can Not Be Avoided by any
11  Scam of Legal Subversion of Definitions, Facts or Other, [by any Judge who is in Inherent Clear Conflict of
12  Interest in the Loss of the Ability to Prosecute Citizens under Title 18, Criminal Statutes in States, resulting
13  in his, or other Federal Judges possible Unemployment do to Lack of Need.

15  <u>As Stated by the US. Supreme Court</u>, when Federal Jurisdiction is Challenged, the Court
16  Shall, Resolve the Issue, Resolution Shall, be Only with an Affirmative Showing by Constitutional
17  Documents, Judge Selina, and the Prosecutors are Required by Law to Affirmatively Support Federal
18  Jurisdiction or Dismiss. [The Dismissal by Beistline, being Intended Fraud by Statute Misreading, is Void].

20  As Judge Selina, States on the Record, the Issue-Challenge of Jurisdiction was Raised by
21  Defendant, before any In-Valid Sedwick, Dismissal, as the US. Supreme Court states, a Jurisdiction
22  Challenge can be Raised at any Time in Proceedings, as again the US. Supreme Court, states, Challenge to
23  Jurisdiction can be made in Habeas Corpus Proceedings, and Once Again, as the US. Supreme Court states,
24  Up On a Challenge to Federal Jurisdiction, the Government Must Support the Claim of Jurisdiction by
25  Constitutional Documented Affirmative Showing, (not Done-Refused by the Government).
26  P 2 of 9

1  Judge Selina, is Directed under Mandatory Judicial Notice.

2  (1). That do to the Fact that the Challenge to Federal Jurisdiction is a Standing Issue, that as all actions to
3  Compel Address of this Issue have by the Government been Ignored-Refused, the Government is Clearly
4  Estoped to Further Argument against Dismissal of this Fundamental Issue.

5  (2). That do to the Fact that the Trial Judge Sedwick, Trial Jury Ex-Party Actions are Standing Issues that,
6  can not be Dismissed by any Sedwick, action do to Conflict of Interest and Inherent Obstruction of Justice,
7  as this is a New Issue, that the Defendant, Could Not Have Discovered Before, [if True], this is an Issue that
8  Requires Automatic Dismissal of the Trial without Qualification, by this Judge, Selina, at this Time,.

9  (3). That do to the on the Sentencing Audio Record, {Criminally Denied by Judge Sedwick, to the
10 Defendant), Supporting by Per Se, Evidence, that the Defendant was Denied Requested Defense Counsel at
11 Sentencing 9-27-02, Doc. No. 124, (Request for Defense Counsel by Defendant Supported by the Sealed
12 Proceedings to Remove the Defective Counsel Fleischer, on 9-13-02, Doc. No. 113, also Criminally Denied
13 by Sedwick, to the Defendant), that this is an Automatic Sentencing Reversal Issue is on its Face and a
14 Strong Showing of Criminal Misconduct by Judge Sedwick,.

15 (4), That do to the Fact that the Defendant has been Criminally Denied Discovery of Trial Transcripts and
16 other Discovery, Post-Trial, in 9th. Circuit Appeal, and in Habeas Corpus, [in Post-Trial, and this Habeas
17 Corpus, these Criminal Denials of Discovery being by Judge Sedwick, Foreclosed's Judge Sedwick, in
18 Dismissing the Defendants Relief do to the Civil and Legal Violations against the Defendant in Actions by
19 Judge Sedwick, in Criminal Conspiracy to Obstruct Justice in Cover Up of Crimes Committed within this
20 Court].

21 (5). That do to the Abject Criminal Denials of Trial Transcripts, Recordings and other Documents by Judge
22 Sedwick, (as no Defendants Actions can be Dismissed in any Case or Action for any Reason,
23 do to the Constitutional Violations of the Rights of the Defendant to the Discovery), [and in
24 this Case the Open Intended Criminal Misconduct in the Denials], and the Violations of Common Law,
25 Court Rules and Other's that state that no Action by any Party can be Dismissed before Discovery do to
26 P 3 of 9

27
28

1. Inherent Denials of Fair Play and Inherent Prejudice against the Party), the Court Record's, Post-Trial, Appeal, and Habeas Corpus Denials of Discovery in 2255, some 70, or more Defendants Discovery Actions Supports that Discovery has been Criminally Denied to the Defendant, and No Dismissal of Habeas Corpus 2255, can be Made by Judge Sedwick, or any Other Judge, and if made, as is the case, Must be Reversed by any other Judge that this Denial of Fundamental Rights may Come Before, in any Form, in Any Action under any Situation!! [This Judge has all the Records of the Clear, Unlawful, Criminal Denial of Discovery, the Defendant has Provided the Appeals Record Docket Sheet to this Judge and before this Original District Court, any Reasonable Person would Note the Utter Denial of Discovery, with the Constant-Repeated Lawful Attempts of the Defendant to Remove a Defective Counsel and Act Pro Se, that all Civil and Legal Rights have been Denied to this Defendant], this Judge Must Dismiss the Judge Sedwick, Malicious and Criminal Dismissal of this 2255, Action.

(6). That do to the Clear Evidence in the Court Records before this Judge, (Selina), of the Criminal Falsifications of the Long V. County, Civil Transcripts, of the USA. V. Long, Instant Criminal Transcripts, and of the Criminal Felony Defense Witness Tampering by the Defacto Arresting Officer in USA. V. Long, now under Civil Suit for in Long V. City of Seward, (all before this Court), with the Ex-Party Jury Tampering by Judge Sedwick, the Judge Sedwick, Prosecutor Cooper, Criminal On Sentencing Recording Evidence of their Criminal Conspiracy to Cover Up the MJ. Roberts, Long V. County, USA. V. Long, Transcript Falsifications, with the Prosecutor Bottini, Announced Phone Tap use by Defendants Attorney to Move Defense Information to the Government and the Bottini, Perjury on Record that Defendant was Represented at Sentencing by Attorney Fleischer, (with no Effective Rebuttal to these Charges), this Judge, Selina, Must Take Judicial Notice, Under Official Duties and Address these Issues With or Without an Active 2255, Action.

Added is part of the day two Defense Cross Transcript, Supporting MJ. Roberts, Falsified the Long V. and USA. V. Transcripts, [the Subject Prosecution Testimony by the Witness, is Criminally Removed from the Record by MJ. Roberts, Criminal Falsification of a Federal Document, no Judicial Action Exist for Immunity].

p 4 of 9

1      Defendant has Acted for a Writ of Mandamus, Compelling the Government to Provide the
2  Required Affirmative Showing of Federal Jurisdiction, (With Several other Writs to Compel Official Duties
3  of Court Officers Openly Refused), the Government having Ignored Every Direct Request-Demand for a
4  Showing of Federal Jurisdiction, Court has Ignored the Mandamus Writ, the Court has Ignored Mandatory
5  Judicial Notice Motions by the Defendant on this Subject and Others, (this constitutes obstruction of
6  justice in violation of 18 USC. 1506), [The Defendant has a Legal Right to the Official Duties of these
7  Government Persons, under the Demand for Judicial Notice, and Writ of Mandamus, of the Prosecutor and
8  Judges], {this Right is a, Personal Private Property Right of the Defendant, to have the Judges and
9  Prosecutor Compelled to Act under their Sworn Official Duties in the Interest of Justice}.
10      No higher duty rest upon a court than to exert its full authority to prevent all violations of the
11  constitution, [Downes v Bidwell, 182 US. 244 (1901).
12      As to the Ignoring of the Defendants Actions on these Subjects, under US. V. Tweel, 550 F. 2d 297, 299
13  (1977), quoting US. V. Prudden, 424 F 2d 1921, 1032 (1970), Silence is a species of conduct, and
14  constitutes an implied representation of the existence of the state of facts in question, and the estoppel is
15  accordingly a species of estoppel by misrepresentation, [cite omitted] When silence is of such a character
16  and under such circumstances that is would become a fraud upon the other Party to permit the party who has
17  kept silent to deny what his silence has induced the other to believe and act upon, it will operate as an
18  estoppel, [Carmine v. Bowen, 64 A. 932 [1906].
19      A practice condemned by constitution can not be saved by historical acceptance and present convenience,
20  [US. V. Woodley, 726 F. 2d 1328, 1338 (1983), Ignoring Writs of Mandamus and Judicial Notice, as a
21  convenience in Maintaining a Pretense of Federal Jurisdiction where none Exist, does not Grant Jurisdiction
22  to the Federal Government, under Walz v. Tax Commission of New York, 397 US. 664, 678 (1970), Its is
23  obvious correct that no one acquires a vested or protected right in violations of the constitution, (or of a
24  Personal Constitutional Rights), by long use, even when that span of time covers our entire national
25  existence and indeed predates it.
26  P 5 of 9

1   The Defendant's Claim and Statement of Damages in Refusal of Official Duties.

2   The US. Federal Judges of this Court, and Prosecutors, owed a Duty to the Defendant on the Issues of the
3   Lack of Federal Criminal, Legislative, Judicial, Personal, and Subject, Jurisdictions in this Case to Provide
4   Affirmative an Showing of Jurisdiction, and To Address Lawfully the Criminal Felonies on the Court
5   Records by Court Officers, to Address the Denials of Legal and Civil Rights, these Duties were and are the
6   Property of the Defendant, and this Property was and is Un-Lawfully Withheld by the Government Parties.
7   The List of Actual Personal Harm and Damages, will be Presented and Supported before the Court in any
8   Open Hearing, [the Harm and Damage are Per Se, in the Civil Rights Denials].

10   Remedy Demanded.
11   Defendant Moves for an Equity or Other Ruling of the Court, for Relief to the Defendant, in Open Court
12   Hearings on the Denials of Protected Rights of the Defendant and on the Criminal Charges of Acts and
13   Actions by Federal Court Actors, with an Opening, [in Open Hearings], of all the Criminally Denied
14   Discovery from the Court Records to Support the Defendant in All Matters and Issues Raised by the
15   Defendant Over the Years, as all Matters and Issues are Directly Related to this Case and Action.

17   <u>The Issue of Ex-Party Trial Judge Sedwick-Trial Jury Proceedings</u>, once Raised before the
18   Court, Shall, be Resolved by the Court, and if found that this Event, (or Events), took Place, Judge
19   Sedwick, was then Setting in Trial, under the US. Constitution, as a Setting Judge, In Times of Bad
20   Behavior, and as this is a Criminal Felony Offense, (High Crime) and after that time was, <u>Un-Fit to Set</u>
21   <u>as a Federal Judge</u>, any Actions as a Judge, by this Judge, Sedwick, is Void after the time of that Action
22   and must be set Aside, this Judge, is under Official Duties to Attend to this Issue, in the Constitutional-
23   Criminal Judge Sedwick, Matter, any Refusals are Actions by this Judge, (Selina), is under RECO, in
24   Criminal Conspiracy to Continue an On Going Criminal Interpress, Obstruction of Justice).
25   P 6 of 9

The US. Supreme Court has Ruled Repeatedly, that a Criminal Defendant has an Absolute Right to all Court Records-Transcripts without Exception, that any Denial of Records-Transcripts is a Per Se, Prejudicial Automatic Reversal of all Actions against the Defendant), [to my Knowledge this Rule of Law has not written into it, Except for, Robert A. Long, and if it does, Robert A. Long, Challenges for the violation of Constitution in this Bill of Attainer]!

In your Un-Signed, Un-Captioned, In-Valid Order, Judge Selina, Intended Only to Deny the Defendant an Open Recorded Hearing, Without the Lawfully Required Opportunity to Respond and Object by the Defendant, Just before the Hearing Date, and to not have to Grant the Jury Subpoenas, that would Lead to Actions Against, [Judge Sedwick, and Others, an Action I can Only See as Obstruction of Justice], you repeatedly state as a Fact before the Court, that I did not Make Direct Appeal for Trial Defects, the Fact is I began Ordering Trial Counsel the day before Trial Ended to have the Filing for Direct Appeal when the Jury came in, Counsel agreed then did not, the Post-Trial Counsel was Ordered to Make Direct Appeal and Refused, then as Supported in the Defendant Filings, Acting Pro Se, the Defendant Repeatedly Attempted to make Late Filling for Cause in Direct Appeal to the Trial, Refused by Sedwick, in Self Protection in his Criminal Offences in the Case.

There is a Grave difference between not attempting to Make Direct Appeal and Having Appointed Counsels Repeatedly Refuse your Orders and the Judge Refusing your Motions, [all these Finding that the Defendant May not Raise Questions being Based on the False Idea that the Direct Appeal was Simply not made, when in Fact It Was Criminally Denied In Every Attempt Of The Defendant], the Denials of Action in the Present Matters, do to, no Direct Appeal to Trial, are Invalid, and the Issue also Run on the Ineffective Assistance of Counsel Claim's, Ignored by Judge Sedwick, who was working with the Counsels to Gain a Conviction, and with this Claim in Refusal to Act in the Present, by Judge Selina, as all Claims were Denied by Sedwick, wile Denying Discovery and Issue Hearings, Civil and Legal Rights, [Violations Stacked one on another to Cover Up the Crimes of that Judges, the Judge Sedwick, Dismissal must be Quashed and Dismissed].

P 7 of 9

There are some 70, Discovery Motions in this Case not one Granting, some 10, Pages of Discovery Actions in the Appeal Docket Sheet, not one Granting, no Judge may Make any Ruling-Dismissal in any Case wile Denying a Party Discovery, [in this Case most of the Discovery Denials are of the Trial Transcripts that CAN NOT BE DENIED FOR ANY REASON UNDER LAW, {except to Robert A. Long, do to the Criminal Evidence against US. Judges they Contain}!

If nothing else happens, you are Mandated to Attend to the Ex-Party Sedwick-Jury, Matter and the Lack of Jurisdiction Matter, no Dismissal by Sedwick, ends these Questions, you can not Ignore them, (((only by the Required Affirmative Showing or Dismissal does the Jurisdiction Question End, Only by the Testimony of the Trial Jury does the Ex-Parte Sedwick-Jury Matter End))), ((SEE YOUR OWN ADMISSION THAT THE GOVERNMENT HAS NOT REBUTTED THIS CHARGES IN ANY VALID FORM, relying on another Federal Judge to Join the Criminal Conspiracy to Continue the Cover Up of the Crimes of Court Officers))), this just one of the Ex-Party Civil and Legal Violations against the Defendant in Trial, the other Ex-Party Proceedings to Clear Third Parties for Bail, with the Prosecutor to Defense Counsels Announcement of Phone Tap Remains at Issue, with Defense Counsel Acting for the Government.

Your Not Captioned-Signed, Order Denying me the Hearing is done, you can take it back now for Error, but the Question is how much further will you go in the Risk of All you have Personally, [years ago before all this Shit, [that I did not cause], I owned a House and had a Life, I'm telling you it is not worth Risking all you have to cover these Anchorages, People, I will never Stop Attempting to Gain Justice].

Motion for the Court, to Issue Trial Jury Subpoenas/// in the Alterative for the Court, Judge Selina, to Produce a set of questions in the Sedwick-Jury Issue and by mail, by Subpoenas, Order the Jury to Product to the Court, Affidavits-Interrogatories on the Issue, this will gain what is required with the smallest cost and time expended.

P 8 of 9

Motion for the Court, to Attend the Constitutional Question of Federal Jurisdiction in this Case in an Honest Manner, and to the Loss of any Jurisdiction the Government could have had, by the Government in the Refusals to Attend the Issue, and others, in Abdication of Official Duties.

As you Know and Can Not Avoid, Judge Selina, these above Questions are Stand Alone Issues, and do not End with Criminal Actions of Judge Sedwick, in Dismissal, or even a Valid Dismissal, they Must be Attended to Under Law and US. Supreme Court Directions, this is Your Official Duty now.

As with 8, Years of Criminal Misconduct, by the Officers of the Anchorage Federal Court, the Present Action of this Judge, Selina, to ensure that the Evidence against Judge Sedwick, in the Ex-Party Criminal Jury Tampering, does not get Supported by Available Personal Witnesses, (the Trial Jury), with the Discovery Evidence in the Trial Records of the Other Crimes by Federal Court Officers, Including Prosecutor Cooper, Criminally Denied before this Judge, the Defendant has Little Hope of Valid-Lawful Honest Action by this Judge, who was Sent and Appointed to this Case to Attend to a Sedwick, Criminal Issue, so the Defendant is beginning to Prepare a New Suit for the Criminal Denials of Discoveries, for the Criminal Falsifications of Trial Recordings and Transcripts, Criminal Defense Witness Tampering and Other Clear Supported Crimes, this may be as Useless as the Other Actions before the Courts, but Resolution without Guns is Supposed to be why these Courts Exist, can't Prove it by Me!!!

RICO, and the Clayton Act, Exist to Create by Act of the US. Congress, Private Attorney Generals, Acting in Civil RECO, Actions, (see Rotella V. Wood, et al., 528 US. 549 (2000), to help, to, [eliminate racketeering activity, as in the Racketeering Actions Within the US. Federal Court in Anchorage Alaska.], I Expect to see you in Court as a Defendant and Defendants Actor.

I certify the above is true and correct to the best of my knowledge under penalty of perjury.

I certify to have served by mail US. Prosecutor Cooper in Anchorage, Ak.

Dated on /-/8-06 .

Robert A. Long,        Pro Se.

P 9 of 9