```
                    UNITED STATES DISTRICT COURT

                         DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    ) Case No. A02-0031-CR (JWS)
                             )
            Plaintiff,       ) Anchorage, Alaska
                             ) Tuesday, May 28, 2002
       vs.                   ) 8:43 o'clock a.m.
                             )
ROBERT A. LONG,              ) TRIAL BY JURY - DAY 1
                             )
            Defendant.       )
                             )
```

## VOLUME I
### PARTIAL TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE, and a jury

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | DANIEL COOPER, ESQ.<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>222 West 7th Avenue, Room 253<br>Anchorage, Alaska   99513<br>(907) 271-5071 |
| For the Defendant: | MICHAEL DIENI, ESQ.<br>Assistant Federal Public<br>  Defender<br>550 West 7th Avenue, Suite 1600<br>Anchorage, Alaska   99501<br>(907) 646-3400 |
| Court Recorder: | DEBBY LYONS<br>U.S. District Court<br>222 West 7th Avenue, #4<br>Anchorage, Alaska   99513<br>(907) 677-6151 |
| Transcription Service: | NODAK ROSE TRANSCRIPTS<br>P.O. Box 1752<br>Bismarck, North Dakota   58502<br>(701) 223-2096 |

Proceedings recorded by electronic sound recording. Transcript produced by transcription service.

1  United States District Court for the District of Alaska is
2  again in session.
3           THE COURT: Please be seated. Mr. Dieni, we'll re-
4  sume with your cross-exam.
5           MR. DIENI: Thank you, Your Honor.
6                    **CROSS-EXAMINATION CONTINUED**
7  BY MR. DIENI:
8  Q    You had testified, Mr. Terrell, that Judge Robert -- Mag-
9  istrate ju -- Judge Roberts had set a trial date, but it was
10 revocable?
11 A    Well, it's -- yeah, he had set a trial date, but these
12 things are subject to change due to various sub -- subsequent
13 elements in a case.
14 Q    When did he do that?
15 A    I think that would have been the August 2000 scheduling
16 hearing.
17 Q    Okay. And that's the August 4, 2000?
18 A    Right.
19 Q    You have the transcript in front of you of the hearing,
20 is that correct?
21 A    Yes.
22 Q    Can you show me where in the transcript of the hearing
23 Judge Roberts set the trial date?
24                              (Pause)
25 A    Well, he addresses it at page ten of the transcript -- at

1   least he begins to address the setting of time to file
2   dispositive motions -- oh, wait, that's just motions, sorry,
3   that's not a trial date.
4                              (Pause)
5   I don't find a date for that. That may have been in a minute
6   order or something that was sent out after. I think he pri-
7   marily focused on a date for dispositive motions.
8   Q    There's nothing in the -- in the -- in the transcript of
9   the hearing from August 4, 2000, that says he set a trial
10  date, is that right?
11  A    I -- yeah, I don't think so.
12  Q    You have your file with you?
13  A    Yes, I do.
14  Q    Could you find a minute order that -- that --
15  A    That follows up on this?
16  Q    Right. That -- that sets a trial date?
17  A    Yes, I can. You'd like me to do that?
18  Q    Please.
19                              (Pause)
20          THE COURT: Mr. Dieni, do you know the docket number
21  of the minute order?
22          MR. DIENI: Sixty-seven is the -- Docket 67 is the
23  fa --
24  A    I -- I -- I have that right here.
25  BY MR. DIENI:

<u>Terrell - Cross</u>                                                   2-69

1   Q   Yep.

2   A   It just sets a deadline for filing dispositive motions,
3   it doesn't set a deadline for fi -- for conducting a trial.

4   Q   'Kay. Well, can you find a minute order that does that?

5   A   I'm not sure if there is or is not one, and it would take
6   a substantial amount of time to comb through the file to -- to
7   see if there is one.

8   Q   <u>Well, wouldn't that have followed the August 4, 2000,</u>
9   <u>hearing</u>?

10  A   <u>It -- it would.</u>

11  Q   And -- and we don't -- I mean, you -- can you look at all
12  the minute orders from August of 2000?

13  A   I can if -- with your indulgence.

14  Q   Please do.

15          THE COURT: Mr. Dieni, what's the relevance of this?
16  It does sound as if he's going to have to look at from Docket
17  67 through Docket I don't know how many hundreds are in there.

18          MR. DIENI: I think there's not anything else,
19  Judge. I mean it's going to take two minutes.

20          THE COURT: Well, what's the relevance of it?

21          MR. DIENI: Well, it's a little bit complicated, but
22  I believe the Government's presentation so far has been that
23  Mr. Long went --

24          THE COURT: Just -- I just want to know whether it's
25  worth spending the time it'll take him to read the file.