**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  ROBERT A. LONG  </u>

THE HONORABLE JAMES V. SELNA

Deputy Clerk                                              CASE NO. <u> 3:02-cr-00031-JVS </u>

<u> Pam Richter </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 23, 2006</u>

      The Court has reviewed Robert Long's ("Long") Motion for Court Action on Outstanding Issues Under Common Law Writ of Demand///Opposition to Court Tentative Court Order of 1-10-06, Docket No. 232 ("Motion"). It is apparent from the Motion that Long did not appreciate the nature of the Tentative Minute Order which the Court directed be distributed on January 10, 2006.

      First, the Tentative Minute Order was not a formal ruling, but rather a draft distributed to the parties in advance of the January 13, 2006, hearing to allow them to prepare their arguments light of the Court's <u>tentative</u> thinking. To this extent, Long's characterization of the Tentative Minute Order as an "Un-Signed, Un-Captioned, In-Valid Order" is accurate. The Tentative Minute Order has no force by itself.

      Second, the Court did not deny, and did not intend to deny, Long a hearing on his Motions at Docket Nos. 193 and 194. Long's statement that "In your Un-Signed, Un-Captioned, In-Valid Order, Judge Selina [sic], Intended Only to Deny the Defendant and Open Recorded Hearing, Without the Lawfully Required Opportunity to Respond an Object by the Defendant, Just before the Hearing Date . . . ." is not accurate. (Motion, p. 7; <u>accord id.</u> at p. 8 ("Your Not Captioned-Signed, Order Denying me the Hearing is done . . . .").) In fact, the Court traveled to Anchorage for the January 13, 2006, hearing, and an open recorded hearing was held after a delay of approximately 45 minute in anticipation that Long would appear.

      Third, Long did not appear for the hearing. The Court does not know whether Long believed that the hearing had been cancelled when the Tentative Minute Order was issued, or whether the potential hazards from the eruption of Mount Augustine caused him to stay in Seward on January 13, 2006. The Court was prepared to conduct a public hearing and did so, and as noted below will consider a further hearing.

      The Court extends the time for Long to provide any additional

[]{IA.WPD*Rev.12/96}

comments on its Tentative Minute Order until January 31, 2006. Long may make a request for a hearing, but if he does so, he should explain his reason for not attending the hearing on January 13, 2006. Upon review of Long's submission, the Court will consider setting a further hearing. The Government need not file any further pleading on the Motions at Docket Nos. 193 and 194 unless so ordered by the Court.

[]{IA.WPD*Rev.12/96}