RECEIVED

JAN 3 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

1  Robert A. Long
   Pro Se.
2  Po Box 3526
   Seward, Ak.
3  99664.
   Phon-Fax,
4  907-224-3036

5              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF ALASKA
6

7  UNITED STATES,                    Case No. A02-0031-CR(JWS).
                                        No. A04-0286-CV-(JWS)
8              Plaintiff,
                                     MOTIONS UNDER MANDATORY
9  V.                                JUDICIAL NOTICE FOR DISMISSAL
                                     FOR LACK OF FEDERAL JURISDICTION
10 ROBERT A. LONG,                   AS A STAND ALONE ISSUE TIMELY
                                     FILED.        IN SHORTENED TIME
11             Defendant.

12
        Defendant having Challenge Federal Jurisdiction, in a Timely Manner before this
13
   Court, in 2255, Moves the Court for Dismissal of all Actions against the Defendant and Full
14
   Total Relief, the Lack of Federal Jurisdiction Question Must Survive any Dismissal.
15

16
        Defendant having Briefed, repeatedly this Issue with the Subject Citing's of the Courts
17
   for some 200, Years, has Fully Supported that no Federal Constitutional Jurisdiction has ever
18
   Existed in the Actions Against the Defendant without Qualification.
19
     Jurisdiction by Constitutional Direct Granting of Jurisdiction to the Federal Government
20
   within the Sovereign State of Alaska, or Federal Jurisdiction Gained under the Interstate
21
   Commerce Clause of the US. Constitution, or Federal Jurisdiction by Federal Statute Enacted by
22
   the US. Congress under a stated Constitutional Authority Granting of Legislative Jurisdiction to
23
   Create Such Federal Jurisdiction effective in Alaska.
24
   P 1 of 3
25

26

27

28

1    The Defendant has Acted, by Common Motions to the Court and by Common Law

2    Writs of Demands, for Writs of Mandamus, against Court Federal Official Actors, "US.

3    Attorneys," to Provide the Mandated by Law and US. Supreme Court Directions in their Rulings,

4    in Support of any Claim of Federal Jurisdiction in these Actions against the Defendant, by

5    Constitutional Documented Affirmative Showing, the Federal Attorneys have Refused Official

6    Stated Duties in this Issue.

7

8    The United States of America, and US. Attorneys, have Abdicated their

9    Responsibility to Support that Federal Jurisdiction has ever existed in this action, by the

10    Requirements of Affirmative Constitutional Documentation, and are Foreclosed in any further

11    Arguments or Objections to Dismissal for Lack of Federal Jurisdiction.

12

13    This District Court of the United States of America, in the Official Persons of its

14    District Court Judges, have Refused to Provide Affirmative Constitutional Documental Showing

15    of Federal Jurisdiction in this Action and by Abdications of Official Duties are Foreclosed to

16    Objection against Dismissal for Lack of Federal Jurisdiction.

17

18    The Bad Faith Dismissal, of this Issue by District Court Judge Beistline, is Void

19    before this Court, for the Intended Fraudulent Reading of Title 18 USC. 3231, by Intended

20    Misreading of 3231, in Pretense of Federal Jurisdiction where no Federal Jurisdiction Exist.

21

22    As the Involved Federal Official Actors, in this Case have Refused and/or been

23    Unable to Support that Federal Jurisdiction has ever Existed in this Case and Action, as the US.

24    Federal Government has not been able to Support Federal Jurisdiction in any Case with the Fact

25    p 2 of 3

26

27

28

1   of this Case before them, as the Supreme Court of the United States of America, has Ruled and

2   Affirmed beyond any Doubt that no Federal Jurisdiction Exist is a Case with the Facts of this

3   Case before it, the Defendant is Clearly Entitled to Relief and Defendant makes the Below

4   Motions for Relief.

5

6   Defendant for the Above Reasons, the Defendant being Fully Supported by the Case

7   Issue Citing's of the US. Courts on this Issue, Moves the Court to at this Time, "(as Lack of

8   Federal Jurisdiction is a Stand Alone Issue," ",as the Lack of Federal Jurisdiction Challenge

9   Survives any Dismissal," ",as this Issue under 2255, was Timely Filed by the Defendant)," to

10  Reverse and Set Aside all Acts and Actions against the Defendant from 2002, to Date for the

11  Clear Supported Lack of Federal Jurisdiction, for the, on Face Fact that no Federal Law was or

12  Could have been Violated under Federal Statue in Seward, and Anchorage, under 18 USC. 115,

13  as the US. Federal Government holds no Criminal Jurisdiction in those Sovereign Places Within

14  the Sovereign Boundaries of the State of Alaska, where no Jurisdiction has ever been Gained

15  under Article 1, Section 8, Sub-Section 17, of the US. Federal Constitution as Required for the

16  Federal Government over these Places the US. Government Granted to the New State of the

17  Union of Sovereign States, the Sovereign State of Alaska.

18

19  Defendant Moves the Court for Full and Total Relief to the Defendant, in

20  Utter Dismissal of all Federal Government actions taken against the Defendant, and for other

21  Required Relief to be stated at a latter time by the Defendant.

22

23  I certif the above to be true and correct to the best knowledge of the defendant under penalty of

24  perjury.

25  I certify a copy was mailed to Prosecutor Cooper, in Anchorage Ak.

26

27  Dated  1 - 2 6 - 0 6  .

28  P3 of 3                                          Robert A. Long,            Pro Se.