DEBORAH M. SMITH
Acting United States Attorney

THOMAS C. BRADLEY
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071 - phone
(907) 271-1500 - fax
thomas.bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-31-JVS |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE TO DISCONTINUE |
| vs. | ) | ELECTRONIC SERVICE |
| | ) | |
| ROBERT A. LONG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Deborah M. Smith, Acting United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serve pleadings in the above-captioned

case on Thomas C. Bradley, Asst. U.S. Attorney. Assistant U.S. Attorney Daniel R. Cooper, Jr., is the lead attorney in this matter.

RESPECTFULLY submitted this 1st day of February, 2006, at Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Thomas C. Bradley
> Assistant U. S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2006,
a copy of the foregoing Notice to Discontinue
Electronic Service was served
by U. S. Mail on:

Robert A. Long
PO Box 3526
Seward, AK 99664

s/ Thomas C. Bradley