# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA       v.       ROBERT A. LONG

THE HONORABLE JAMES V. SELNA         CASE NO.   3:02-cr-00031-JVS
                                                3:04-cv-00286-JVS

Deputy Clerk

Pam Richter

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

Minute Order re Appointment of Counsel

     Pursuant to the Criminal Justice Act of 1964, 18 U.S.C. § 3006A, the Court makes the following appointment of counsel for Robert A. Long ("Long"):

     Roman E. Darmer II, Esq.
     Howrey LLP
     2020 Main Street, Suite 1000
     Irvine, CA 92614
     Telephone: 949-721-6900

Mr. Darmer is a member of the Criminal Justice Act Panel for the United States District Court for the Central District of California. The Court grants Mr. Darmer status to appear in this matter pro hac vice without further application or payment of fees.

     Mr. Darmer is appointed for all purposes allowed under the Criminal Justice Act, including without limitation appeal from the Court's Order on Long's Motion to Set Aside Trial and Motion for Subpoenas of the Trial Jury on the Matter of a Possible Ex-Parte Trial Jury Communication (Docket No. 237) and petition to the United States Court of Appeals for the Ninth Circuit for certification of any motion or claim which constitutes a second or successive petition under 28 U.S.C. § 2255, ¶ 8.

DATE:  February 10, 2006                        INITIALS:  prr
                                                           Deputy Clerk

[FORMS*IA*]