# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | v. | ROBERT A. LONG |

THE HONORABLE JAMES V. SELNA   CASE NO.   3:02-cr-00031-JVS
                                          3:04-cv-00286-JVS

Deputy Clerk

Pam Richter

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

Minute Order re Order to Show Cause

There are eleven pending motions, summarized in Exhibit A to this Order. The Court believes that each of the motions raises issues previously resolved in the Court's ruling on Robert A. Long's petition for a writ of habeas corpus under 18 U.S.C. § 2255 (Docket Nos. 191 and 192); or raises new issues which are tantamount to a second or successive petition which requires prior certification to proceed from the United States Court of Appeals for the Ninth Circuit under 28 U.S.C. § 2255, ¶ 8; or seeks relief, such as discovery, which is ancillary to a claim which must first be certified by the Circuit.

Accordingly, the Court directs Robert A. Long to show cause in writing within 30 days why the Court should not deny each of the motions summarized in Exhibit A without prejudice, subject to being re-noticed upon certification by the Ninth Circuit. **Should Long's newly-appointed counsel require additional time, the Court would look favorably upon an ex parte application for such relief.**

DATE:  February 10, 2006                    INITIALS:  prr
                                                       Deputy Clerk

[FORMS*IA*]