# EXHIBIT A

## PENDING MOTIONS

| Docket | Date | Title | Subject |
|---|---|---|---|
| 202 | 08/17/05 | Writ to Mandate Prosecutor to, Under Sworn Oath, Deny that a Phone Tap Existed, that Defendant was Denied Counsel at Sentencing; to Deny that a Mail Interception was Used | Motion to order the prosecutor to give sworn affidavit that no wiretap was used |
| 203 | 08/17/2005 | Common Law Writ of Mandate for Correction of the Erroneous and Bad Faith Ruling of Judge Beistline, on the Subject of Jurisdiction | Judge Beistline wrote an order finding that the U.S. courts have jurisdiction over violations of 18 USC 3231. Defendant moved to mandate that Judge Beistline provide a foundation for the finding of jurisdiction |
| 206 | 09/26/05 | Motions for Subpoenas of Trial Jury | Motion to subpoena trial jury regarding ex parte communication |
| 207 | 09/26/05 | Motion for a Ruling on the Denial of the Requirement of the Government to Bring the Defendant Before the Court within the Set Time by Law | Defendant claims he was not brought before the court within 72 hours. |
| 210 | 10/05/05 | Motion for Order to Trial Counsel Dieni for an Affidavit Regarding Phone Tap, Witness Tampering of Defense Witnesses | Motion to order defense counsel to give sworn affidavit regarding his knowledge of the use of a wiretap, whether defense witnesses were interfered with |
| 211 | 10/05/05 | Motion for Order to Appeals Counsel Eugene B. Cyrus for All Defendants Letters to Counsel | Defendant moves for all letters and documents relating to his appeal, including the appeal itself |
| 212 | 10/05/05 | Motion to Order Clerk of Court to Correct Docket Sheets | Motion to correct docket sheets to show lack of appearances by appointed counsel and bad faith of Public Defender's Office |
| 217 | 10/24/05 | Writ of Demand to Compel | Motion to compel |

| Docket | Date | Title | Subject |
|---|---|---|---|
| | | Official Duties Refused | Prosecutor to give sworn affidavit regarding a wiretap. |
| 218 | 10/24/05 | Writ of Demand to Compel Official Duties Refused | Defendant moves the Court to order Appeals Counsel Eugene Cyrus to provide to Defendant all attorney-client correspondence that Defendant wrote in relation to his appeal. |
| 219 | 10/24/05 | Write of Demand to Compel Official Duties Refused in Discovery | Motion to compel a deposition of Trial Defense Attorney Michael D. Dieni regarding wiretap, missing testimony, refusal to act in Defendant's interest, witness tampering |
| 235 | 01/30/06 | Motions Under Mandatory Judicial Notice for Dismissal for Lack of Federal Jurisdiction as a Stand Alone Issue Filed Timely | |