# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

|     UNITED STATES OF AMERICA     | v. |     ROBERT A. LONG     |

THE HONORABLE JAMES V. SELNA     CASE NO.     3:02-cr-00031-JVS
                                              3:04-cv-00286-JWS

Deputy Clerk

 Pam Richter

PROCEEDINGS:     **ORDER FROM CHAMBERS**

---

Further Minute Order re Appointment of Counsel

By previous Minute Order, the Court appointed Roman E. Darmer II, Esq., Howrey LLP, 2020 Main Street, Suite 1000, Irvine, CA 92614 (Telephone: 949-721-6900), as counsel for Robert A. Long ("Long").

With representation, Mr. Long may no longer file motions or other documents with the Court. All such activities should be undertaken by his counsel, Mr. Darmer. Because Mr. Darmer is now counsel of record for Mr. Long, service of all documents on Mr. Long should be made by service on his counsel.

Mr. Long is directed to contact Mr. Darmer at his earliest convenience and to provide him with information concerning the best way to communicate with Mr. Long, including his address, telephone number, and e-mail address.

cc: Robert A. Long

DATE:  February 10, 2006                     INITIALS:  prr
                                                        Deputy Clerk

[FORMS*IA*]