1 | Roman E. Darmer II (Bar No. 212578)
HOWREY LLP
2 | 2020 Main Street, Suite 1000
Irvine, California 92614
3 | Telephone: (949) 721-6900
Facsimile: (949) 721-6910
4 | Email: darmerr@howrey.com

5 | Attorneys for Plaintiff
Robert A. Long

COPY FILED

FEB ~~ 2006

CLERK, U.S.
[illegible]

3:42

UNITED STATES DISTRICT COURT

~~CENTRAL~~ DISTRICT OF ~~CALIFORNIA~~ Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos.<br>3:02 CR-00031-JVS;<br>3:04 CV-00286-JWS |
| Plaintiff, | |
| vs. | NOTICE OF DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |
| ROBERT A. LONG, | |
| Defendant. | |
| | Judge: Hon. James V. Selna |
| | Date:  None<br>Time:  None<br>Ctrm:  None |

HOWREY LLP

---

Case No. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
NOTICE OF DEF.'S *EX PARTE* APPLIC. FOR EXTENSION OF TIME TO RESPOND TO OSC

1  **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

2  PLEASE TAKE NOTICE that the defendant Robert A. Long, through counsel,
3  hereby seeks an Order of this Court extending by 30 days his time to respond to this
4  Court's Order to Show Cause issued on February 10, 2006.
5  This application is based on this Notice, the accompanying Declaration of
6  Roman E. Darmer II, Esq., appointed counsel for Mr. Long, and the memorandum of
7  points and authorities submitted herewith.

8  Respectfully submitted,
9  Dated: February 24, 2006    HOWREY LLP

Roman E. Darmer II
Attorney for Defendant
Robert A. Long

HOWREY LLP

-1-

Case No. 3:02 CR-00031-JVS; 3:04 CV-00286-JVS
NOTICE OF DEF.'S *EX PARTE* APPLIC. FOR EXTENSION OF TIME TO RESPOND TO OSC
DM_US\8316451.v1