Roman E. Darmer II (Cal. Bar No. 212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 759-3950
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorney for Defendant
Robert A. Long

UNITED STATES DISTRICT COURT

~~CENTRAL~~ DISTRICT OF ~~CALIFORNIA~~ Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos.: 3:02-CR-00031-JVS; 3:04-CV-00286-JWS |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| ROBERT A. LONG, | Judge: Hon. James V. Selna |
| Defendant. | |



HOWREY LLP

DM US\8317453.v1

Case Nos. 3:02-CR-00031-JVS; 3:04-CV-00286-JWS
PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss.: 
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2020 Main Street, Suite 1000, Irvine, CA 92614:

On **February 27, 2006**, I caused to be serve on the interested parties in said action the within:

1. NOTICE OF DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE;
2. DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE;
3. DECLARATION OF ROMAN E. DARMER IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE;
4. [PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE

by causing said document to be sent by Electronic Mail on February 27, 2006 to the email addresses indicated for the parties listed below and by placing a true copy thereof in a sealed envelope(s) addressed as follows:

| VIA ELECTRONIC & U.S. MAIL | VIA ELECTRONIC EMAIL |
|---|---|
| Daniel Cooper, Esq. | Joy McCulloch, Esq. |
| Daniel.cooper@usdoj.gov | Joy.mcculloch@usdoj.gov |
| U.S. Central District Court of California | U.S. Central District Court of California |
| Ronald Reagan Federal Bldg. & | Ronald Reagan Federal Bldg. & |
| U.S. Courthouse | U.S. Courthouse |
| 411 West Fourth Street, 8th Floor | 411 West Fourth Street, 8th Floor |
| Santa Ana, CA 92701 | Santa Ana, CA 92701 |
| **U.S. MAIL** | |
| Mr. Robert A. Long | |
| P.O. Box 5526 | |
| Seward, AK 99664 | |

☐ (PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the offices of each interested party.

☒ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on **February 27, 2006**, at Irvine, California.

GENEVIEVE C. RAMIREZ
(Type or print name)                                    (Signature)

HOWREY LLP

-1-

Case Nos. 3:02-CR-00031-JVS; 3:04-CV-00286-JWS
PROOF OF SERVICE

DM US\8317453.v1