```
 1  Roman E. Darmer II (Bar No. 212578)
    HOWREY LLP
 2  2020 Main Street, Suite 1000
    Irvine, California 92614
 3  Telephone: (949) 721-6900
    Facsimile: (949) 721-6910
 4  Email: darmerr@howrey.com

 5  Attorneys for Plaintiff
    Robert A. Long
```

COPY

3.42

UNITED STATES DISTRICT COURT

~~CENTRAL~~ DISTRICT OF ~~CALIFORNIA~~ Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>ROBERT A. LONG,<br><br>             Defendant. | Case Nos.<br>02 CR-00031-JVS;<br>:04 CV-00286-JWS<br><br>**DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>Judge: Hon. James V. Selna<br><br>Date:  None<br>Time:  None<br>Ctrm:  None |

HOWREY LLP

Case No. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
DEFENDANT'S MEMO. OF PS & AS ISO *EX PARTE* APPLICATION FOR EXTENSION OF TIME, ETC.

1  Defendant Robert E. Long, through counsel, respectfully submits this
2  memorandum of points and authorities in support of his *ex parte* application for an order
3  extending the time for an additional 30 days for Defendant to respond to the Order to
4  Show Cause why the pending motions should not be dismissed without prejudice dated
5  February 10, 2006.
6  As set forth in the accompanying declaration of Roman E. Darmer ("Darmer
7  Decl."), the Court only recently appointed counsel for Mr. Long. Even if newly
8  appointed counsel moves with all deliberate speed, it will be necessary to obtain and
9  review a number of documents, including the pending motions, as well as the
10 underlying motions pursuant to 28 U.S.C. §2255 in order to formulate an appropriate
11 response. In addition, counsel will need to communicate with Mr. Long regarding the
12 pending motions, the Order to Show Cause and the other orders of February 10, 2006, in
13 order to develop an appropriate response. In light of all the foregoing, Mr. Long,
14 through counsel, respectfully submits that an additional 30 days to respond to the Order
15 to Show Cause is both necessary and reasonable, and no prejudice will result.

## CONCLUSION

17 For all these reasons, Mr. Long respectfully requests that the Court issue an order
18 in the form submitted herewith extending defendant's time to respond to the Order to
19 Show Cause by an additional 30 days.

20                                              Respectfully submitted,
21 Dated: February 25, 2006                     HOWREY LLP

                                                _____
                                                Roman E. Darmer II
                                                Attorney for Defendant
                                                Robert A. Long

HOWREY LLP

-1-
Case No. 3:02 CR-00031-JVS; 3:04 CV-00286-JVS
DEFENDANT'S MEMO. OF PS & AS ISO *EX PARTE* APPLICATION FOR EXTENSION OF TIME, ETC.