UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA   v.   ROBERT A. LONG  

THE HONORABLE JAMES V. SELNA

DEPUTY CLERK                                       CASE NO.   3:02-cr-00031-JVS  

 Pam Richter 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: March 2, 2006

      Robert A. Long ("Long") applies *ex parte* for additional time to permit his new counsel to respond to the order to show cause issued on February 10, 2006.

      Good cause appearing therefor, the Court grants Long an additional 30 days to respond to the order to show cause.

[]{IA.WPD*Rev.12/96}