1  Roman E. Darmer II (Bar No. 212578)
   HOWREY LLP
2  2020 Main Street, Suite 1000
   Irvine, California 92614
3  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
4  Email: darmerr@howrey.com

5  Attorneys for Plaintiff
   Robert A. Long

6

7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF ALASKA

10

11 UNITED STATES OF AMERICA,      ) Case Nos.
                                  ) 3:02 CR-00031-JVS;
12         Plaintiff,             ) 3:04 CV-00286-JVS
                                  )
13    vs.                         ) **DEFENDANT'S MEMORANDUM OF**
                                  ) **POINTS AND AUTHORITIES IN**
14 ROBERT A. LONG,                ) **SUPPORT OF *EX PARTE***
                                  ) **APPLICATION FOR EXTENSION**
15         Defendant.             ) **OF TIME TO RESPOND TO ORDER**
                                  ) **TO SHOW CAUSE**
16                                )
                                  ) Judge: Hon. James V. Selna
17                                )
                                  ) Date:   None
18 ―――――――――――――――――――――――        ) Time:   None
                                    Ctrm:   None
19

20

21

22

23

24

25

26

27

28

HOWREY LLP

1     Defendant Robert E. Long, through counsel, respectfully submits this memorandum of points and authorities in support of his *ex parte* application for an order extending the time for an additional 30 days for Defendant to respond to the Order to Show Cause why the pending motions should not be dismissed without prejudice dated February 10, 2006.

    As set forth in the accompanying declaration of Roman E. Darmer ("Darmer Decl."), counsel requires additional time to obtain and review a number of documents, and to communication with Mr. Long regarding development of an appropriate response to the Order to Show Cause and the other orders of February 10, 2006. In light of all the foregoing, Mr. Long, through counsel, respectfully submits that an additional 30 days to respond to the Order to Show Cause is necessary and reasonable, and no prejudice will result.

## CONCLUSION

    For all these reasons, Mr. Long respectfully requests that the Court issue an order substantially in the form submitted herewith extending defendant's time to respond to the Order to Show Cause by an additional 30 days.

Dated: April 11, 2006

Respectfully submitted,

HOWREY LLP

_____
Roman E. Darmer II
Attorney for Defendant
Robert A. Long

DM#8333878v1

HOWREY LLP

-1-
Case No. 3:02 CR-00031-JVS; 3:04 CV-00286-JVS
DEFENDANT'S MEMO. OF PS & AS ISO *EX PARTE* APPLICATION FOR EXTENSION OF TIME, ETC.