Roman E. Darmer II (Bar No. 212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Plaintiff
Robert A. Long

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT A. LONG,<br><br>　　　　Defendant. | Case Nos.<br>3:02 CR-00031-JVS;<br>3:04 CV-00286-JVS<br><br>**NOTICE OF DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>Judge: Hon. James V. Selna<br><br>Date:　　None<br>Time:　　None<br>Ctrm:　　None |

HOWREY LLP

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that the defendant Robert A. Long, through counsel, hereby seeks an Order of this Court extending by an additional 30 days his time to respond to this Court's Order to Show Cause dated February 10, 2006.

This application is based on this Notice, the accompanying Declaration of Roman E. Darmer II, Esq., appointed counsel for Mr. Long, and the memorandum of points and authorities submitted herewith.

Dated: April 11, 2006

Respectfully submitted,

HOWREY LLP

_____
Roman E. Darmer II
Attorney for Defendant
Robert A. Long

DM#8333929v1