1  Roman E. Darmer II (212578)
   HOWREY LLP
2  2020 Main Street, Suite 1000
   Irvine, California 92614
3  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
4  Email: darmerr@howrey.com

5  Attorneys for Defendant
   Robert A. Long

6

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF ALASKA

10

11 | UNITED STATES OF AMERICA,    ) Case Nos.:
                                  ) 3:02 CR-00031-JVS
12 |          Plaintiff,          ) 3:04 CV-00286-JVS
                                  )
13 |     vs.                      ) **[PROPOSED] ORDER GRANTING
                                  ) DEFENDANT'S *EX PARTE*
14 | ROBERT A. LONG,              ) APPLICATION FOR EXTENSION
                                  ) OF TIME TO RESPOND TO ORDER
15 |          Defendant.          ) TO SHOW CAUSE**
                                  )
16                                ) Judge: Hon. James V. Selna
                                  )
17 |_____ ) Date:       NONE
                                    Time:       NONE
18                                  Est. time:  NONE

19

20

21

22

23

24

25

26

27

28

HOWREY LLP

---

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO
RESPOND TO ORDER TO SHOW CAUSE - Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JVS

1  GOOD CAUSE APPEARING,

2  IT IS HEREBY ORDERED that the time for defendant Robert E. Long to
3  respond to the Order to Show Cause why the pending motions should not be dismissed
4  without prejudice shall be extended for an additional thirty (30) days.

6  Dated: April _____, 2006

                                        _____
8                                       HONORABLE JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE

DM #8333917v1

HOWREY LLP

-1-
[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE - Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JVS