1 | Roman E. Darmer II (212578)
HOWREY LLP
2 | 2020 Main Street, Suite 1000
Irvine, California 92614
3 | Telephone: (949) 721-6900
Facsimile: (949) 721-6910
4 | Email: darmerr@howrey.com

5 | Attorneys for Defendant
Robert A. Long

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case Nos.: |
|---|---|
| Plaintiff, | ) 3:02 CR-00031-JVS<br>) 3:04 CV-00286-JVS |
| vs. | ) **ORDER GRANTING**<br>**DEFENDANT'S** *EX PARTE* |
| ROBERT A. LONG, | ) **APPLICATION FOR EXTENSION**<br>) **OF TIME TO RESPOND TO ORDER** |
| Defendant. | ) **TO SHOW CAUSE** |
|  | ) Judge: Hon. James V. Selna |
|  | ) Date:     NONE<br>) Time:     NONE<br>) Est. time: NONE |

HOWREY LLP

1  GOOD CAUSE APPEARING,
2  IT IS HEREBY ORDERED that the time for defendant Robert E. Long to
3  respond to the Order to Show Cause why the pending motions should not be dismissed
4  without prejudice shall be extended for an additional thirty (30) days.
5
6  Dated: April 14, 2006

REDACTED SIGNATURE

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

DM#8333917v1

-1-
ORDER GRANTING DEFENDANTS *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE - Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JVS