| | |
|---|---|
| 1 | Roman E. Darmer II (Cal. Bar No. 212578) |
| | HOWREY LLP |
| 2 | 2020 Main Street, Suite 1000 |
| | Irvine, California 92614 |
| 3 | Telephone: (949) 759-3950 |
| | Facsimile: (949) 721-6910 |
| 4 | Email: darmerr@howrey.com |
| 5 | Attorney for Defendant |
| | Robert A. Long |

RECEIVED
APR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ORIGINAL
FILED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case Nos.: |
| | ) | 3:02-CR-00031-JVS; |
| Plaintiff, | ) | 3:04-CV-00286-JWS |
| | ) | |
| v. | ) | **AMENDED PROOF OF SERVICE** |
| | ) | |
| ROBERT A. LONG, | ) | Judge: Hon. James V. Selna |
| | ) | |
| Defendant. | ) | |

HOWREY LLP

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                                            ) ss.:
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2020 Main Street, Suite 1000, Irvine, CA 92614:

On **February 27, 2006**, I caused to be serve on the interested parties in said action the within:

**AMENDED PROOF OF SERVICE**

by causing said document to be sent by Electronic Mail on February 27, 2006 to the email addresses indicated for the parties listed below and by placing a true copy thereof in a sealed envelope(s) addressed as follows:

| **VIA ELECTRONIC & U.S. MAIL**<br>Daniel Cooper, Esq.<br>Daniel.cooper@usdoj.gov<br>United States Attorney's Office<br>United States District Court of Alaska<br>222 W. 7th Ave., #9, Room 253<br>Anchorage, Alaska 99513-7567 | **VIA ELECTRONIC MAIL**<br>Joy McCulloch<br>Joy.mcculloch@usdoj.gov<br>United States Attorney's Office<br>United States District Court of Alaska<br>222 W. 7th Ave., #9, Room 253<br>Anchorage, Alaska 99513-7567 |
|---|---|
| **VIA U.S. MAIL**<br>Mr. Robert A. Long<br>P.O. Box 5526<br>Seward, AK 99664 | |

☐ (PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the offices of each interested party.

☒ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on **February 27, 2006**, at Irvine, California.

GENEVIEVE C. RAMIREZ                              *(signature)*
(Type or print name)                                      (Signature)

HOWREY LLP

-1-
Case Nos. 3:02-CR-00031-JVS; 3:04-CV-00286-JWS
PROOF OF SERVICE