Roman E. Darmer II (Bar No. 212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California  92614
Telephone:  (949) 721-6900
Facsimile:  (949) 721-6910
Email:  darmerr@howrey.com

Attorneys for Plaintiff
Robert A. Long

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT A. LONG,<br><br>　　　　Defendant. | Case Nos.<br>3:02 CR-00031-JVS;<br>3:04 CV-00286-JWS<br><br>**NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Judge:  Hon. James V. Selna<br><br>Date:　　None<br>Time:　　None<br>Ctrm:　　None |

HOWREY LLP

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that the defendant Robert A. Long, through counsel, hereby seeks an Order of this Court extending by an additional 30 days his time to respond to this Court's Order to Show Cause dated February 10, 2006.

This application is based on this Notice, the accompanying Declaration of Roman E. Darmer II, Esq., appointed counsel for Mr. Long, and the memorandum of points and authorities submitted herewith.

Respectfully submitted,

Dated: May 10, 2006                    HOWREY LLP

/s/
Roman E. Darmer II
Attorney for Defendant
Robert A. Long

HOWREY LLP

-1-
NOTICE OF MOTION & MOTION FOR EXTENSION OF TIME TO RESPOND TO OSC; MEMO OF POINTS AND AUTHORITIES IN SUPPORT THEREOF - Case No. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS.

## MOTION

Defendant Robert E. Long, through counsel, respectfully submits this memorandum of points and authorities in support of his Motion for an order extending the time for an additional 30 days for Defendant to respond to the Order to Show Cause why the pending motions should not be dismissed without prejudice dated February 10, 2006.

As set forth in the accompanying declaration of Roman E. Darmer ("Darmer Decl."), counsel requires additional time to obtain and review a number of documents, and to communication with Mr. Long regarding development of an appropriate response to the Order to Show Cause and the other orders of February 10, 2006. In light of all the foregoing, Mr. Long, through counsel, respectfully submits that an additional 30 days to respond to the Order to Show Cause is necessary and reasonable, and no prejudice will result.

## CONCLUSION

For all these reasons, Mr. Long respectfully requests that the Court issue an order substantially in the form submitted herewith extending defendant's time to respond to the Order to Show Cause by an additional 30 days.

Respectfully submitted,

Dated:  May 10, 2006                               HOWREY LLP

                                                                          /s/
                                                   Roman E. Darmer II
                                                   Attorney for Defendant
                                                   Robert A. Long

DM_US\8344085.v1

**HOWREY LLP**