Roman E. Darmer II (212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Defendant
Robert A. Long

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT A. LONG,<br><br>　　　　　Defendant. | Case Nos.:<br>3:02 CR-00031-JVS<br>3:04 CV-00286-JWS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>Judge: Hon. James V. Selna<br><br>Date:　　NONE<br>Time:　　NONE<br>Est. time:　NONE |

HOWREY LLP

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the time for defendant Robert E. Long to respond to the Order to Show Cause why the pending motions should not be dismissed without prejudice shall be extended for an additional thirty (30) days.

Dated: May ____, 2006

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

DM_US\8344114.v1

HOWREY LLP

-1-
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE - Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS