```
 1  Roman E. Darmer II (212578)
    HOWREY LLP
 2  2020 Main Street, Suite 1000
    Irvine, California 92614
 3  Telephone: (949) 721-6900
    Facsimile: (949) 721-6910
 4  Email: darmerr@howrey.com

 5  Attorneys for Defendant
    Robert A. Long
 6

 7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case Nos.: |
| --- | --- |
| Plaintiff, | ) 3:02 CR-00031-JVS<br>) 3:04 CV-00286-JWS |
| vs. | ) **ORDER GRANTING**<br>) **DEFENDANT'S MOTION FOR**<br>) **EXTENSION OF TIME TO**<br>) **RESPOND TO ORDER TO SHOW**<br>) **CAUSE** |
| ROBERT A. LONG, | |
| Defendant. | |
|  | ) Judge: Hon. James V. Selna |
|  | ) Date:      NONE<br>) Time:      NONE<br>) Est. time: NONE |

HOWREY LLP

1  GOOD CAUSE APPEARING,
2  IT IS HEREBY ORDERED that the time for defendant Robert E. Long to
3  respond to the Order to Show Cause why the pending motions should not be dismissed
4  without prejudice shall be extended for an additional thirty (30) days.
5
6  Dated: May 18, 2006
                                    REDACTED SIGNATURE
7
8                                   HONORABLE JAMES V. SELNA
9                                   UNITED STATES DISTRICT JUDGE

DM_US\8344134.v1

HOWREY LLP

-1-
ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
ORDER TO SHOW CAUSE - Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS