Roman E. Darmer II (Bar No. 212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Plaintiff
Robert A. Long

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. 3:02-CR-00031-JVS; 3:04-CV-00286-JWS |
| Plaintiff, | |
| vs. | **DECLARATION OF ROMAN E. DARMER IN SUPPORT OF DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE** |
| ROBERT A. LONG, | |
| Defendant. | |
| | Judge: Hon. James V. Selna |
| | Date: None<br>Time: None<br>Ctrm: None |

**HOWREY LLP**

Case No. 3:02-CR-00031-JVS; 3:04-CV-00286-JWS
DECL. OF R. DARMER ISO DEF.'S MOTION FOR EXTENSION OF TIME TO RESPOND ETC.

I, Roman E. Darmer II, declare as follows:

I am a partner of the law firm of Howrey LLP, and I am a member in good standing of the bar of the State of California and of this Court. I am a member of the Criminal Justice Act panel for the Southern Division of this District.

1. On February 10, 2006, the Court appointed me as counsel of record for defendant Robert A. Long in connection with all further proceedings arising from the Court's February 10, 2006 rulings denying Mr. Long's petition for writ of habeas corpus under 18 U.S.C. ¶ 2255 and related motions, including the Order to Show Cause ("OSC") issued on the same date why the other pending motions filed by Mr. Long set forth in Attachment A to that OSC should not be denied without prejudice subject to renotification upon certification by the Ninth Circuit ("Pending Motions"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of the order appointing the undersigned as counsel in the above captioned matter.

3. Attached here to as Exhibit B is a true and correct copy of the OSC why the motions summarized in Exhibit A to the OSC should not be dismissed without prejudice.

4. On April 10, 2006, the Court granted a 30-day extension of time to respond to the OSC.

5. I am in the process of obtaining copies of all the relevant motions summarized on Exhibit A, as well as related briefing, transcripts, and other documents from the underlying case file in the District of Alaska.

6. Pursuant to the Court's order of February 10, 2006, I have initiated communications with Mr. Long, who resides in Alaska, to formulate an appropriate response to the Court's various rulings of February 10, 2006.

7. Additional time is necessary for me to obtain and review the relevant pleadings, documents, and transcripts in order to advise Mr. Long as to the appropriate

HOWREY LLP

-1-
Case No. 3:02-CR-00031-JVS; 3:04-CV-00286-JWS
DECL. OF R. DARMER ISO DEF.'S MOTION FOR EXTENSION OF TIME TO RESPOND ETC.

1  response to the Order to Show Cause.  Accordingly, I believe that an additional thirty
2  (30) days are necessary to prepare a response to the OSC to show cause.
3      8.   No prejudice will result from an additional extension of time.
4  I declare under penalty of perjury under the laws of United States that the
5  foregoing is true and correct.
6  Executed this 10th day of May 2006, at Irvine, California.

/s/
ROMAN E. DARMER II

28  DM_US\8344097.v1

**HOWREY LLP**

-2-
Case No.  3:02-CR-00031-JVS; 3:04-CV-00286-JWS
DECL. OF ROMAN DARMER ISO DEF.'S MOTION FOR EXTENSION OF TIME TO RESPOND ETC.