**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>     v.     <u>ROBERT A. LONG</u>

THE HONORABLE JAMES V. SELNA     CASE NO.  <u>3:02-cr-00031-JVS</u>
                                          <u>3:04-cv-00286-JVS</u>

<u>Deputy Clerk</u>

<u>Pam Richter</u>

PROCEEDINGS:     **ORDER FROM CHAMBERS**

<u>Minute Order re Appointment of Counsel</u>

Pursuant to the Criminal Justice Act of 1964, 18 U.S.C. § 3006A, the Court makes the following appointment of counsel for Robert A. Long ("Long"):

> Roman E. Darmer II, Esq.
> Howrey LLP
> 2020 Main Street, Suite 1000
> Irvine, CA 92614
> Telephone: 949-721-6900

Mr. Darmer is a member of the Criminal Justice Act Panel for the United States District Court for the Central District of California. The Court grants Mr. Darmer status to appear in this matter pro hac vice without further application or payment of fees.

Mr. Darmer is appointed for all purposes allowed under the Criminal Justice Act, including without limitation appeal from the Court's Order on Long's Motion to Set Aside Trial and Motion for Subpoenas of the Trial Jury on the Matter of a Possible Ex-Parte Trial Jury Communication (Docket No. 237) and petition to the United States Court of Appeals for the Ninth Circuit for certification of any motion or claim which constitutes a second or successive petition under 28 U.S.C. § 2255, ¶ 8.

DATE:  <u>February 10, 2006</u>                    INITIALS:  <u>prr</u>
                                                          Deputy Clerk

[FORMS*IA*]

EXHIBIT <u>A</u>

3