MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA     v.     ROBERT A. LONG

THE HONORABLE JAMES V. SELNA     CASE NO.    3:02-cr-00031-JVS
                                              3:04-cv-00286-JVS

Deputy Clerk

Pam Richter

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

Minute Order re Order to Show Cause

There are eleven pending motions, summarized in Exhibit A to this Order. The Court believes that each of the motions raises issues previously resolved in the Court's ruling on Robert A. Long's petition for a writ of habeas corpus under 18 U.S.C. § 2255 (Docket Nos. 191 and 192); or raises new issues which are tantamount to a second or successive petition which requires prior certification to proceed from the United States Court of Appeals for the Ninth Circuit under 28 U.S.C. § 2255, ¶ 8; or seeks relief, such as discovery, which is ancillary to a claim which must first be certified by the Circuit.

Accordingly, the Court directs Robert A. Long to show cause in writing within 30 days why the Court should not deny each of the motions summarized in Exhibit A without prejudice, subject to being re-noticed upon certification by the Ninth Circuit. **Should Long's newly-appointed counsel require additional time, the Court would look favorably upon an ex parte application for such relief.**

DATE:  February 10, 2006                    INITIALS:  prr
                                                       Deputy Clerk

[FORMS*IA*]

EXHIBIT  B   1 of 3

4

# EXHIBIT A

## PENDING MOTIONS

| Docket # | Date | Title | Summary |
|---|---|---|---|
| 202 | 08/17/05 | Writ to Mandate Prosecutor to, Under Sworn Oath, Deny that a Phone Tap Existed, that Defendant was Denied Counsel at Sentencing; to Deny that a Mail Interception was Used | Motion to order the prosecutor to give sworn affidavit that no wiretap was used |
| 203 | 08/17/2005 | Common Law Writ of Mandate for Correction of the Erroneous and Bad Faith Ruling of Judge Beistline, on the Subject of Jurisdiction | Judge Beistline wrote an order finding that the U.S. courts have jurisdiction over violations of 18 USC 3231. Defendant moved to mandate that Judge Beistline provide a foundation for the finding of jurisdiction |
| 206 | 09/26/05 | Motions for Subpoenas of Trial Jury | Motion to subpoena trial jury regarding ex parte communication |
| 207 | 09/26/05 | Motion for a Ruling on the Denial of the Requirement of the Government to Bring the Defendant Before the Court within the Set Time by Law | Defendant claims he was not brought before the court within 72 hours. |
| 210 | 10/05/05 | Motion for Order to Trial Counsel Dieni for an Affidavit Regarding Phone Tap, Witness Tampering of Defense Witnesses | Motion to order defense counsel to give sworn affidavit regarding his knowledge of the use of a wiretap, whether defense witnesses were interfered with |
| 211 | 10/05/05 | Motion for Order to Appeals Counsel Eugene B. Cyrus for All Defendants Letters to Counsel | Defendant moves for all letters and documents relating to his appeal, including the appeal itself |
| 212 | 10/05/05 | Motion to Order Clerk of Court to Correct Docket Sheets | Motion to correct docket sheets to show lack of appearances by appointed counsel and bad faith of Public Defender's Office |
| 217 | 10/24/05 | Writ of Demand to Compel | Motion to compel |

EXHIBIT B 243

5

| Docket | Date | Title | Notes |
|---|---|---|---|
| | | Official Duties Refused | Prosecutor to give sworn affidavit regarding a wiretap. |
| 218 | 10/24/05 | Writ of Demand to Compel Official Duties Refused | Defendant moves the Court to order Appeals Counsel Eugene Cyrus to provide to Defendant all attorney-client correspondence that Defendant wrote in relation to his appeal. |
| 219 | 10/24/05 | Write of Demand to Compel Official Duties Refused in Discovery | Motion to compel a deposition of Trial Defense Attorney Michael D. Dieni regarding wiretap, missing testimony, refusal to act in Defendant's interest, witness tampering |
| 235 | 01/30/06 | Motions Under Mandatory Judicial Notice for Dismissal for Lack of Federal Jurisdiction as a Stand Alone Issue Filed Timely | |

EXHIBIT B 3 of 3

6