Roman E. Darmer II (212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Defendant
Robert A. Long

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT A. LONG,<br><br>Defendant. | Case Nos.:<br>3:02 CR-00031-JVS<br>3:04 CV-00286-JWS<br><br>**ERRATA RE [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>Judge: Hon. James V. Selna<br><br>Date:     NONE<br>Time:     NONE<br>Est. time: NONE |

HOWREY LLP

ERRATA RE [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO ORDER TO SHOW CAUSE - Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
DM_US\8354612.v1

| | |
|---|---|
| 1 | The undersigned inadvertently omitted filing the attached [PROPOSED] ORDER |
| 2 | GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME as an |
| 3 | attachment to the Notice of Motion and Motion for Extension of Time to Respond to |
| 4 | Order to Show Cause; and Memorandum of Point and Authorities in Support Thereof |
| 5 | (Docket Number 259) and hereby files the [PROPOSED] Order as a separate document. |

Dated: June 9, 2006          HOWREY LLP

    s/   Roman E. Darmer II
Howrey LLP
2020 Main Street, Suite 1000
Irvine, CA  92614
Phone:  (949) 759-3950
Fax:  (949) 721-6910
E-mail:  darmerr@howrey.com
CA State Bar No. 212578

HOWREY LLP

-1-
ERRATA RE [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE - Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
**Error! Unknown document property name..vError! Unknown document property name.**

# CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, a copy of the foregoing document **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE** was served electronically and by regular U.S. mail upon the following:

**ELECTRONIC & U.S. MAIL**
Mr. Robert A. Long
xtrapper@msn.com
The Anchorage, Federal Court Tar Baby
P. O. Box 3526
Seward, Alaska  99664

**U.S. MAIL**
Honorable James V. Selna, Judge
U.S. Central District Court of California
Ronald Reagan Federal Bldg. and U.S. Courthouse
411 West Fourth Street, 8th Floor
Santa Ana, CA  92701

  s/ Roman E. Darmer II
Roman E. Darmer II

HOWREY LLP

-2-
ERRATA RE ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO OSC -- Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
DM_US\8354612.v1