Roman E. Darmer II (212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Defendant
Robert A. Long

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT A. LONG,<br><br>　　　　Defendant. | Case Nos.:<br>3:02 CR-00031-JVS<br>3:04 CV-00286-JWS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>Judge: Hon. James V. Selna<br><br>Date:　　　NONE<br>Time:　　　NONE<br>Est. time:　NONE |

HOWREY LLP

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE - Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
DM_US\8354260.v1

1  GOOD CAUSE APPEARING,

2  IT IS HEREBY ORDERED that the time for defendant Robert E. Long to
3  respond to the Order to Show Cause why the pending motions should not be dismissed
4  without prejudice shall be extended for an additional sixty (60) days.

6  Dated: June ____, 2006

8  HONORABLE JAMES V. SELNA
   UNITED STATES DISTRICT JUDGE

**HOWREY LLP**

-1-
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
ORDER TO SHOW CAUSE - Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
**Error! Unknown document property name..vError! Unknown document property name.**

# CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, a copy of the foregoing document **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE** was served electronically and by regular U.S. mail upon the following:

**ELECTRONIC & U.S. MAIL**
Mr. Robert A. Long
xtrapper@msn.com
The Anchorage, Federal Court Tar Baby
P. O. Box 3526
Seward, Alaska  99664

**U.S. MAIL**
Honorable James V. Selna, Judge
U.S. Central District Court of California
Ronald Reagan Federal Bldg. and U.S. Courthouse
411 West Fourth Street, 8th Floor
Santa Ana, CA  92701

    s/ Roman E. Darmer II
Roman E. Darmer II

HOWREY LLP

-2-
ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO OSC -- Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US\8354260.v1