1  Roman E. Darmer II (212578)
   HOWREY LLP
2  2020 Main Street, Suite 1000
   Irvine, California 92614
3  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
4  Email: darmerr@howrey.com

5  Attorneys for Defendant
   Robert A. Long
6

7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF ALASKA

10

11 UNITED STATES OF AMERICA,        ) Case Nos.:
                                    ) 3:02 CR-00031-JVS
12         Plaintiff,               ) 3:04 CV-00286-JWS
                                    )
13    vs.                           ) [~~PROPOSED~~] ORDER GRANTING
                                    ) DEFENDANT'S MOTION FOR
14 ROBERT A. LONG,                  ) EXTENSION OF TIME TO
                                    ) RESPOND TO ORDER TO SHOW
15         Defendant.               ) CAUSE
                                    )
16                                  ) Judge: Hon. James V. Selna
                                    )
17 _____ ) Date:        NONE
                                      Time:        NONE
18                                    Est. time:   NONE

19

20

21

22

23

24

25

26

27

28

HOWREY LLP

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
ORDER TO SHOW CAUSE - Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US\8354260.v1

1    GOOD CAUSE APPEARING,

2        IT IS HEREBY ORDERED that the time for defendant Robert E. Long to

3    respond to the Order to Show Cause why the pending motions should not be dismissed

4    without prejudice shall be extended for an additional sixty (60) days.

5

6    Dated:  June 13 , 2006

7                                    REDACTED SIGNATURE

8                                    HONORABLE JAMES V. SELNA

9                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY LLP

-1-

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
ORDER TO SHOW CAUSE - Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
Error! Unknown document property name. vError! Unknown document property name.

# CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, a copy of the foregoing document **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE** was served electronically and by regular U.S. mail upon the following:

**ELECTRONIC & U.S. MAIL**
Mr. Robert A. Long
xtrapper@msn.com
The Anchorage, Federal Court Tar Baby
P. O. Box 3526
Seward, Alaska 99664

**U.S. MAIL**
Honorable James V. Selna, Judge
U.S. Central District Court of
California
Ronald Reagan Federal Bldg.
  and U.S. Courthouse
411 West Fourth Street, 8th Floor
Santa Ana, CA 92701

_____s/ Roman E. Darmer II_____
Roman E. Darmer II

ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO OSC -- Case
Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US\8354260.v1

JUN-13-2006 11:21AM    FAX:7143382826              ID:                    PAGE:004   R=96%