1  Roman E. Darmer II (Bar No. 212578)
   HOWREY LLP
2  2020 Main Street, Suite 1000
   Irvine, California  92614
3  Telephone:  (949) 721-6900
   Facsimile:  (949) 721-6910
4  Email:  darmerr@howrey.com

5  Attorneys for Plaintiff
   Robert A. Long

6

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF ALASKA

10

11  UNITED STATES OF AMERICA,           )  Case Nos.
                                        )  3:02 CR-00031-JVS;
12            Plaintiff,                )  3:04 CV-00286-JWS
                                        )
13       vs.                            )  **NOTICE OF MOTION AND MOTION
                                        )  FOR EXTENSION OF TIME TO
14  ROBERT A. LONG,                     )  RESPOND TO ORDER TO SHOW
                                        )  CAUSE; AND MEMORANDUM OF
15            Defendant.                )  POINTS AND AUTHORITIES IN
                                        )  SUPPORT THEREOF**
16                                      )
                                        )  Judge:  Hon. James V. Selna
17                                      )
                                        )  Date:      None
18  _____  )  Time:      None
                                           Ctrm:      None
19

20

21

22

23

24

25

26

27

28

HOWREY LLP

NOTICE OF MOTION & MOTION FOR EXTENSION OF TIME TO RESPOND TO OSC; MEMO OF POINTS
AND AUTHORITIES IN SUPPORT THEREOF - Case No.  3:02 CR-00031-JVS; 3:04 CV-00286-JWS.
DM_US\8373813.v1

1    **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

2        PLEASE TAKE NOTICE that the defendant Robert A. Long, through counsel,

3    hereby seeks an Order of this Court extending by an additional 60 days his time to

4    respond to this Court's Order to Show Cause dated February 10, 2006.

5        This application is based on this Notice, the accompanying Declaration of

6    Roman E. Darmer II, Esq., appointed counsel for Mr. Long, and the memorandum of

7    points and authorities submitted herewith.

8    Dated:  August 7, 2006                                    HOWREY LLP

9

10                                          s/   Roman E. Darmer II

11                                          Howrey LLP
                                            2020 Main Street, Suite 1000

12                                          Irvine, CA  92614
                                            Phone:  (949) 759-3950

13                                          Fax:  (949) 721-6910

14                                          E-mail:  darmerr@howrey.com
                                            CA State Bar No. 212578

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

NOTICE OF MOTION & MOTION FOR EXTENSION OF TIME TO RESPOND TO OSC; MEMO OF POINTS
AND AUTHORITIES IN SUPPORT THEREOF - Case No.  3:02 CR-00031-JVS; 3:04 CV-00286-JWS.
**Error! Unknown document property name..vError! Unknown document property name.**

1

## **MOTION**

2    Defendant Robert E. Long, through counsel, respectfully submits this

3 memorandum of points and authorities in support of his Motion for an order extending

4 the time for an additional 60 days for Defendant to respond to the Order to Show Cause

5 why the pending motions should not be dismissed without prejudice dated February 10,

6 2006.

7    As set forth in the accompanying declaration of Roman E. Darmer ("Darmer

8 Decl."), counsel requires additional time to obtain and review a number of documents,

9 and to communication with Mr. Long regarding development of an appropriate response

10 to the Order to Show Cause and the other orders of February 10, 2006.  In light of all the

11 foregoing, Mr. Long, through counsel, respectfully submits that an additional 60 days to

12 respond to the Order to Show Cause is necessary and reasonable, and no prejudice will

13 result.

14

## **CONCLUSION**

15    For all these reasons, Mr. Long respectfully requests that the Court issue an order

16 substantially in the form submitted herewith extending defendant's time to respond to

17 the Order to Show Cause by an additional 60 days.

18                          Respectfully submitted,

19 Dated:  August 7, 2006           HOWREY LLP

20

21                            s/   Roman E. Darmer II
                              Howrey LLP
22                            2020 Main Street, Suite 1000
23                            Irvine, CA  92614
                              Phone:  (949) 759-3950
24                            Fax:  (949) 721-6910
25                            E-mail:  darmerr@howrey.com
                              CA State Bar No. 212578
26

27

28

**HOWREY LLP**

-2-
NOTICE OF MOTION & MOTION FOR EXTENSION OF TIME TO RESPOND TO OSC; MEMO OF POINTS &
AUTHORITIES IN SUPPORT THEREOF - Case No.  3:02 CR-00031-JVS; 3:04 CV-00286 JWS
**Error! Unknown document property name..vError! Unknown document property name.**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOWREY LLP**

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2006, a copy of the foregoing document **NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** was served electronically and by regular U.S. mail upon the following:

**ELECTRONIC & U.S. MAIL**
Mr. Robert A. Long
xtrapper@msn.com
P. O. Box 3526
Seward, Alaska  99664

**U.S. MAIL**
Honorable James V. Selna, Judge
U.S. Central District Court of California
Ronald Reagan Federal Bldg.
 and U.S. Courthouse
411 West Fourth Street, 8th Floor
Santa Ana, CA  92701


By:   s/ Roman E. Darmer II

-3-
NOTICE OF MOTION & MOTION FOR EXTENSION OF TIME TO RESPOND TO OSC; MEMO OF POINTS &
AUTHORITIES IN SUPPORT THEREOF - Case No.  3:02 CR-00031-JVS; 3:04 CV-00286 JWS
Error! Unknown document property name..vError! Unknown document property name.