Roman E. Darmer II (Bar No. 212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California  92614
Telephone:  (949) 721-6900
Facsimile:  (949) 721-6910
Email:  darmerr@howrey.com

Attorneys for Plaintiff
Robert A. Long

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ROBERT A. LONG,<br><br>  Defendant. | Case Nos.<br>3:02-CR-00031-JVS;<br>3:04-CV-00286-JWS<br><br>**DECLARATION OF ROMAN E. DARMER IN SUPPORT OF DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>Judge:  Hon. James V. Selna<br><br>Date:  None<br>Time:  None<br>Ctrm:  None |

HOWREY LLP

Case No.  3:02-CR-00031-JVS; 3:04-CV-00286-JWS
DECL. OF R. DARMER ISO DEF.'S MOTION FOR EXTENSION OF TIME TO RESPOND ETC.
DM_US\8373811.v1

I, Roman E. Darmer II, declare as follows:

I am a partner of the law firm of Howrey LLP, and I am a member in good standing of the bar of the State of California and of this Court. I am a member of the Criminal Justice Act panel for the Southern Division of this District.

1. On February 10, 2006, the Court appointed me as counsel of record for defendant Robert A. Long in connection with all further proceedings arising from the Court's February 10, 2006 rulings denying Mr. Long's petition for writ of habeas corpus under 18 U.S.C. ¶ 2255 and related motions, including the Order to Show Cause ("OSC") issued on the same date why the other pending motions filed by Mr. Long set forth in Attachment A to that OSC should not be denied without prejudice subject to renotification upon certification by the Ninth Circuit ("Pending Motions"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. A true and correct copy of the order appointing the undersigned as counsel in the above captioned matter was attached as Exhibit A to the Declaration of Roman E. Darmer dated June 9, 2006.

3. A true and correct copy of the OSC why the motions summarized in Exhibit A to the OSC should not be dismissed without prejudice was attached as Exhibit B to the Declaration of Roman E. Darmer dated June 9, 2006.

4. On June 13, 2006, the Court granted a 60-day extension of time to respond to the OSC.

5. I have received the transcripts of the trial and am in the process of reviewing them.

6. Pursuant to the Court's order of February 10, 2006, I have initiated communications with Mr. Long, who resides in Alaska, to formulate an appropriate response to the Court's various rulings of February 10, 2006.

HOWREY LLP

-1-
Case No.  3:02-CR-00031-JVS; 3:04-CV-00286-JWS
DECL. OF R. DARMER ISO DEF.'S MOTION FOR EXTENSION OF TIME TO RESPOND ETC.
Error! Unknown document property name..vError! Unknown document property name.

7. Additional time is necessary for me to review the relevant pleadings, documents, and transcripts in order to advise Mr. Long as to the appropriate response to the Order to Show Cause and to prepare such response.

8. I believe an additional sixty (60) days will be necessary.

9. No prejudice will result from an additional extension of time.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

Executed this 10th day of August 2006, at Irvine, California.

/s/   Roman E. Darmer II
Howrey LLP
2020 Main Street, Suite 1000
Irvine, CA  92614
Phone:  (949) 759-3950
Fax:  (949) 721-6910
E-mail:  darmerr@howrey.com
CA State Bar No. 212578

-2-
Case No.  3:02-CR-00031-JVS; 3:04-CV-00286-JWS
DECL. OF ROMAN DARMER ISO DEF.'S MOTION FOR EXTENSION OF TIME TO RESPOND ETC.
Error! Unknown document property name..vError! Unknown document property name.

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2006, a copy of the foregoing document **DECLARATION OF ROMAN E. DARMER IN SUPPORT OF DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE;** was served electronically and by regular U.S. mail upon the following:

**ELECTRONIC & U.S. MAIL**
Mr. Robert A. Long
xtrapper@msn.com
P. O. Box 3526
Seward, Alaska  99664

**U.S. MAIL**
Honorable James V. Selna, Judge
U.S. Central District Court of California
Ronald Reagan Federal Bldg. and U.S. Courthouse
411 West Fourth Street, 8th Floor
Santa Ana, CA  92701

By:  s/ Roman E. Darmer II

HOWREY LLP

-3-
Case No.  3:02-CR-00031-JVS; 3:04-CV-00286-JWS
DECL. OF ROMAN DARMER ISO DEF.'S MOTION FOR EXTENSION OF TIME TO RESPOND ETC.
**Error! Unknown document property name..v**Error! Unknown document property name.**