1  Roman E. Darmer II (212578)
   HOWREY LLP
2  2020 Main Street, Suite 1000
   Irvine, California 92614
3  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
4  Email: darmerr@howrey.com

5  Attorneys for Defendant
   Robert A. Long

6

7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF ALASKA

10

11 UNITED STATES OF AMERICA,        ) Case Nos.:
                                    ) 3:02 CR-00031-JVS
12           Plaintiff,             ) 3:04 CV-00286-JWS
                                    )
13      vs.                         ) [PROPOSED] ORDER GRANTING
                                    ) DEFENDANT'S MOTION FOR
14 ROBERT A. LONG,                  ) EXTENSION OF TIME TO
                                    ) RESPOND TO ORDER TO SHOW
15           Defendant.             ) CAUSE
                                    )
16                                  ) Judge: Hon. James V. Selna
                                    )
17 _____) Date:     NONE
                                      Time:     NONE
18                                    Est. time: NONE

19

20

21                                          **NOTE CHANGES MADE BY THE COURT.**

22

23

24

25

26

27

28

ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
ORDER TO SHOW CAUSE - Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US\8373814.v1

1  GOOD CAUSE APPEARING,

2  IT IS HEREBY ORDERED that the time for defendant Robert E. Long to
3  respond to the Order to Show Cause why the pending motions should not be dismissed
4  without prejudice shall be extended for an additional sixty (60) days.
5  The Court is unlikely to grant further extensions.
6  Dated: August 8, 2006

    REDACTED SIGNATURE
    _____
    HONORABLE JAMES V. SELNA
    UNITED STATES DISTRICT JUDGE

-1-
ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
ORDER TO SHOW CAUSE - Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
Error! Unknown document property name.vError! Unknown document property name.

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2006, a copy of the foregoing document [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE was served electronically and by regular U.S. mail upon the following:

**ELECTRONIC & U.S. MAIL**
Mr. Robert A. Long
xtrapper@msn.com
P. O. Box 3526
Seward, Alaska 99664

**U.S. MAIL**
Honorable James V. Selna, Judge
U.S. Central District Court of California
Ronald Reagan Federal Bldg. and U.S. Courthouse
411 West Fourth Street, 8th Floor
Santa Ana, CA 92701

s/ Roman E. Darmer II
Roman E. Darmer II

-2-
ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO OSC -- Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US\8373814.v1