NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00031-JVS |
| | ) | |
| Plaintiff, | ) | **UNITED STATES' MOTION** |
| | ) | **FOR A THIRTY DAY** |
| vs. | ) | **EXTENSION OF TIME TO** |
| | ) | **REPLY TO LONG'S** |
| ROBERT A. LONG, | ) | **RESPONSE TO ORDER TO** |
| | ) | **SHOW CAUSE** |
| Defendant. | ) | **(Response at Docket 267)** |
| | ) | |

  The United States moves for a thirty day extension of time in which to file its Reply or other appropriate pleading to Mr. Long's Response to Order to Show Cause (Docket 267).  As set forth in the affidavit of counsel filed herewith, the additional time is requested due to other work load and a scheduled surgery.

The court's order at Docket 239 does not set a time for the United States to reply to Mr. Long's response. The United States requests until November 6, 2006 to file an appropriate pleading.

The request for an extension is not made for the purposes of harassment or delay. Undersigned counsel attempted to reach Mr. Long's counsel to discuss this request for an extension, but Mr. Darmer is out of the office.

RESPECTFULLY SUBMITTED on October 6, 2006.

NELSON P. COHEN
United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2006,
a copy of the foregoing UNITED STATES'
MOTION FOR A THIRTY DAY EXTENSION
OF TIME TO REPLY TO LONG'S RESPONSE
TO ORDER TO SHOW CAUSE
(Response at Docket 267) was served
electronically on Roman E. Darmer II.

s/ Daniel R. Cooper, Jr.