IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00031-JVS |
| | ) | |
| Plaintiff, | ) | |
| | ) | (Proposed) ORDER GRANTING |
| vs. | ) | EXTENSION OF TIME TO FILE |
| | ) | OPPOSITION TO RESPONSE |
| ROBERT A. LONG, | ) | TO ORDER TO SHOW CAUSE |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court having considered the United States' Motion for Extension of Time to File Its Reply to Response to Order to Show Cause, and good cause being found therein, it is hereby

ORDERED:

The United States shall file its Reply or other responsive pleading, if any, to Mr. Long's Response to Order to Show Cause no later than close of business on _____ .

Dated this \_\_ day of October, 2006.

_____
Honorable James V. Selna
United States District Court Judge