NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00031-JVS |
|---|---|---|
| Plaintiff, | ) ) ) | **AFFIDAVIT OF COUNSEL IN SUPPORT OF UNITED** |
| vs. | ) ) | **STATES' MOTION FOR A THIRTY DAY EXTENSION** |
| ROBERT A. LONG, | ) ) | **OF TIME TO REPLY TO LONG'S RESPONSE TO** |
| Defendant. | ) ) ) | **ORDER TO SHOW CAUSE** (Response at Docket 267) |

DANIEL R. COOPER, JR., being first duly sworn, deposes and states:

1. I am an Assistant U.S. Attorney in the District of Alaska. I have

    responsibility for the captioned case.

2. The United States moved for a thirty day extension of time in which to file its Reply or other appropriate pleading to Mr. Long's Response to Order to Show Cause (Docket 267). The additional time is requested for the following reasons.

3. I have significant additional work commitments that also require immediate attention, including, among others, <u>City and Bureau of Juneau dba Bartlett Regional Hospital vs. Centers for Medicare and Medicaid Services, Region 10, et. al.</u>, 3:04-cv-00152 JWS, an Administrative Procedures Act case in which I have been informed a non-party is preparing to intervene after the court has entered an order granting summary judgment. It is anticipated that the motion to intervene will be filed today.

4. I have a previously unexpected but now scheduled surgery on October 12, 2006, which will keep me out of the office until at least October 18th, and perhaps a few days longer.

5. The request for an extension is not made for the purposes of harassment or delay.

6. I was unable to contact counsel for Mr. Long by telephone or e-mail to discuss this motion. I was informed by Mr. Darmer's staff that he is out of the office this week.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Daniel R. Cooper, Jr.

SUBSCRIBED AND SWORN TO before me this 6th day of October, 2006, at Anchorage, Alaska.

_____
Notary Public
My commission expires: 5/16/08



**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2006, a copy of the foregoing AFFIDAVIT OF COUNSEL IN SUPPORT OF UNITED STATES' MOTION FOR A THIRTY DAY EXTENSION OF TIME TO REPLY TO LONG'S RESPONSE TO ORDER TO SHOW CAUSE (Response at Docket 267) was served electronically on Roman E. Darmer II.

s/ Daniel R. Cooper, Jr.