Daniel R. Cooper, Jr.
Assistant U.S. Attorney
District of Alaska
222 W. 7th Ave., #9, Room 253
Anchorage, Alaska 99513-7567
Phone: 907-271-3376
Fax: 907-271-2344
Email: Daniel.cooper@usdoj.gov

Attorneys for Plaintiff UNITED STATES OF AMERICA

Roman E. Darmer II (SBN 212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner ROBERT A. LONG

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT A. LONG,<br><br>    Petitioner. | Case Nos.:<br><br>3:02 CR-00031-JVS<br>3:04 CV-00286-JWS<br><br>**JOINT REPORT OF PARTIES PURSUANT TO MINUTE ORDER DATED JANUARY 26, 2007**<br><br>Judge: Hon. James V. Selna<br><br>Hearing Date:  NONE<br>Time:  NONE<br>Est. time:  NONE |

The United States of America, through its counsel Assistant United States Attorney Daniel R. Cooper, and Petitioner Robert A. Long, through his appointed counsel Roman E. Darmer, having conferred telephonically, respectfully submit this joint report of the parties as required by the Court's Minute Order dated January 26, 2007.

### A.  DISCOVERY TO BE ALLOWED

The United States believes that limited discovery should be allowed prior to the evidentiary hearing.  It is the position of the United States that depositions should be limited to the Tina Crump and Debbie Lyons.  The United States believes that Plaintiff should be allowed to interview Court Security Officers and the Deputy Marshals and FBI Special Agents identified by Mr. Long, but that deposition of these individuals prior to the evidentiary hearing are wasteful of valuable resources.  All of the CSOs were previously interviewed by Deputy Otte, and all indicated they remember Mr. Long but nothing about the trial. The FBI's report of their interview of Ms. Crump has been provided to Mr. Long, so the testimony of the agent is known.  Any additional information can be obtained through interview.

The Petitioner believes that discovery should be allowed in the form of testimony taken from any witness who may have knowledge of the facts described in the affidavit of Tina Crump accompanying Petitioner's motion at Docket 193, including:  Ms. Crump; any Court Security Officer ("CSO") who can be identified as being present in the courtroom during the trial and/or Marc Otte, Deputy U.S Marshal in the District of Alaska, who interviewed all CSO's in the Anchorage Courthouse; James Caudill, Deputy U.S. Marshal in the District of Alaska, who interviewed Ms. Crump; Special Agent Steven Payne of the FBI, who interviewed Ms. Crump; the Court's former Electronic Court Reporter, Debbie Lyons; and each of the trial jurors.

The parties agree that given his prior statement denying the conduct alleged by Ms. Crump, no further discovery of Judge Sedwick is warranted at this juncture.

HOWREY LLP

-1-
JOINT REPORT OF PARTIES PURSUANT TO MINUTE ORDER DATED JANUARY 26, 2007
Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

To the extent that the Court determines that any discovery is warranted, the parties have agreed that the following procedure should be applied:

   **1.     Ms. Crump.**  The parties will take the deposition of Ms. Crump before a court reporter at a mutually convenient time and place within 30 days prior to the hearing.  If Ms. Crump does not voluntarily agree to appear, the parties will request the Court issue a subpoena.

   **2.     Ms. Lyons.**  The parties will take the deposition of Ms. Lyons, who is no longer an employee of the Court, at a mutually convenient time and place within 30 days prior to the hearing.  If Ms. Lyons does not voluntarily agree to appear, Petitioner will request that the Court issue a subpoena.

   **3.     Court Security Officers and Law Enforcement Officials.**  If permitted by the Court, the parties will take the deposition of any CSOs and/or Deputy Marshals Otte and Caudill and/or Special Agent Payne at a mutually convenient time and place within 30 days prior to the hearing.

   **4.     The Trial Jurors**.  Pursuant to Local Rule 83.1(h), contact with trial jurors is prohibited without prior approval of the Court.  If the Court permits discovery from the trial jurors, the parties will submit proposed subpoenas.  The parties agree that the trial jurors should be questioned separately and to the extent possible, without an opportunity to discuss the matter among themselves.  Given the short duration of their expected testimony the parties submit that the jurors should be questioned at the hearing in this matter.  The parties will submit proposed subpoenas for all of the trial jurors and alternates in advance of the hearing.

## B.     PROPOSED SCHEDULE OF EVENTS

The parties agree that all witnesses should be identified and contacted to determine whether they will voluntarily appear for the deposition.  If any party declines to appear voluntarily, the Petitioner will promptly request the issuance of subpoenas by

-2-
JOINT REPORT OF PARTIES PURSUANT TO MINUTE ORDER DATED JANUARY 26, 2007
Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

HOWREY LLP

DM_US:20216498_2

the Court and the Marshal shall be ordered to serve said subpoena. All discovery shall be completed within 30 days of the hearing.

### C. THE PROPOSED HEARING DATE

To permit the completion of any necessary discovery and to accommodate the schedule of the parties, the parties propose that a hearing be conducted in this matter on a date convenient to the Court in June, 2007. The parties propose that the Court should reserve 3 hours to complete the hearing. Mr. Long requests an opportunity to file a post-hearing memoranda no later than 15 days following the hearing. The United States opposes any additional briefing unless explicitly requested by the Court at the close of the proceedings.

Respectfully submitted,

Dated: February 12, 2007        HOWREY LLP

   s/ Roman E. Darmer II

Howrey LLP
2020 Main Street, Suite 1000
Irvine, CA  92614
Phone:  (949) 759-3950
Fax:  (949) 721-6910
E-mail:  darmerr@howrey.com
CA State Bar No. 212578

Dated: February 12, 2007

   s/ Daniel R. Cooper, Jr.

Assistant U.S. Attorney
United States District Court of Alaska
United States Attorney's Office
222 W. 7th Ave., #9, Room 253
Anchorage, Alaska 99513-7567
Phone:  907-271-3376
Fax:  907-271-2344
Email:  Daniel.cooper@usdoj.gov

-3-
JOINT REPORT OF PARTIES PURSUANT TO MINUTE ORDER DATED JANUARY 26, 2007
Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

HOWREY LLP

DM_US:20216498_2

# CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2007, a copy of the foregoing document **JOINT REPORT OF PARTIES PURSUANT TO MINUTE ORDER DATED JANUARY 26, 2007** was served electronically and by regular U.S. mail upon the following:

**ELECTRONIC & U.S. MAIL**

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
United States District Court of Alaska
United States Attorney's Office
222 W. 7th Ave., #9, Room 253
Anchorage, Alaska 99513-7567
907-271-3376 (direct line)
907-271-2344 (fax line)
Daniel.cooper@usdoj.gov

**U.S. MAIL**

Honorable James V. Selna, Judge
U.S. Central District Court of California
Ronald Reagan Federal Bldg.
 and U.S. Courthouse
411 West Fourth Street, 8th Floor
Santa Ana, CA  92701

**ELECTRONIC & U.S. MAIL**

Mr. Robert A. Long
P. O. Box 3526
Seward, Alaska  99664
xtrapper@msn.com

    s/ Roman E. Darmer II
Roman E. Darmer II

-4-
JOINT REPORT OF PARTIES PURSUANT TO MINUTE ORDER DATED JANUARY 26, 2007
Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

HOWREY LLP

DM_US:20216498_2