**MINUTES OF THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

  United States of America      vs.   Robert Long

BEFORE THE HONORABLE **JAMES V. SELNA**   CASE NO 3:04-cv-0286-JVS
                                                 3:02-cr-0031-JVS

DEPUTY CLERK: Karla J. Tunis       COURT REPORTER: Sharon Seffens

APPEARANCES:   PETITIONER:    Roman Darmer, Appointed

               DEFENDANT:     Daniel Cooper, AUSA

PROCEEDINGS: Telephonic Status Conference
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Cause called and counsel make their appearances via telephone.  The Court and counsel confer.

    The Court sets the Evidentiary Hearing in this matter for Friday, June 1, 2007 at 9:00 a.m. at the United States Courthouse in Anchorage, Alaska.

    The Court sets a further Telephonic Status Conference for May 7, 2007 at 9:00 a.m. Alaska Time (10:00 a.m. Pacific Standard Time).

DATE: March 16, 2007     DEPUTY CLERK'S INITIALS: kjt
(convened 10:00 a.m; adjourned 10:25 a.m.(25 min)