1  Roman E. Darmer II (SBN 212578)
   HOWREY LLP
2  2020 Main Street, Suite 1000
   Irvine, California 92614
3  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
4  Email: darmerr@howrey.com

5  Attorneys for Petitioner ROBERT A. LONG

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case Nos.: 3:02 CR-00031-JVS<br>) 3:04 CV-00286-JWS |
|---|---|
| Plaintiff, | ) |
| vs. | ) **PETITIONER LONG'S**<br>) **MEMORANDUM OF POINTS AND**<br>) **AUTHORITIES IN SUPPORT OF *EX***<br>) ***PARTE* APPLICATION FOR ORDER**<br>) **AUTHORIZING DISCLOSURE OF**<br>) **JUROR ADDRESSES** |
| ROBERT A. LONG, | |
| Petitioner. | |
|  | ) [NOTICE AND *EX PARTE* AND<br>) APPLICATION; DECLARATION OF<br>) ROMAN E. DARMER; AND<br>) [PROPOSED] ORDER ARE FILED<br>) CONCURRENTLY HEREWITH] |
|  | ) Judge: Hon. James V. Selna |
|  | ) Hearing Date: June 1, 2007<br>) Time: 9:00 a.m.<br>) Est. time: 3 hours |

**HOWREY LLP**

PETITIONER LONG'S MEMO. OF POINTS & AUTHORITIES IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER
AUTHORIZING DISCLOSURE OF JUROR ADDRESSES-- Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
DM_US:20401766_1

1  Petitioner Robert E. Long, through counsel, respectfully submits this
2  memorandum of points and authorities in support of his *ex parte* application for an order
3  authorizing disclosure of juror addresses.
4  As set forth in the accompanying Declaration of Roman E. Darmer ("Darmer
5  Decl."), disclosure of juror addresses is necessary in order for counsel to prepare and for
6  the U.S. Marshal for this District to serve the subpoenas on the witnesses is reasonable
7  and necessary to comply with the Court's Order of January 26, 2007 in this matter as
8  well as Local Rule 83.1(h).

## CONCLUSION

For all these reasons, Mr. Long respectfully requests that the Court issue an order in the form submitted herewith authorizing disclosure of the juror addresses in the underlying criminal trial of Mr. Long.

Respectfully submitted,

Dated:  April 24, 2007          HOWREY LLP


 /s/ Roman E. Darmer II

Attorney for Petitioner
Robert A. Long

Howrey LLP
2020 Main Street, Suite 1000
Irvine, CA  92614
Phone:  (949) 759-3950
Fax:  (949) 721-6910
E-mail:  darmerr@howrey.com
CA State Bar No. 212578

HOWREY LLP

-1-
PETITIONER LONG'S MEMO. OF POINTS & AUTHORITIES IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER AUTHORIZING DISCLOSURE OF JUROR ADDRESSES-- Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
DM_US:20401766_1