```
 1  Roman E. Darmer II (SBN 212578)
    HOWREY LLP
 2  2020 Main Street, Suite 1000
    Irvine, California 92614
 3  Telephone: (949) 721-6900
    Facsimile: (949) 721-6910
 4  Email: darmerr@howrey.com

 5  Attorneys for Petitioner ROBERT A. LONG
```

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT A. LONG,<br><br>Petitioner. | Case Nos.: 3:02 CR-00031-JVS<br>3:04 CV-00286-JWS<br><br>**PETITIONER LONG'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER AUTHORIZING UNITED STATES MARSHAL TO SERVE SUBPOENAS AND PAYMENT OF WITNESS FEES FOR DEPOSITIONS AND EVIDENTIARY HEARING**<br><br>[NOTICE AND MOTION; DECLARATION OF ROMAN E. DARMER; AND [PROPOSED] ORDER ARE FILED CONCURRENTLY HEREWITH]<br><br>Judge: Hon. James V. Selna<br><br>Hearing Date: June 1, 2007<br>Time: 9:00 a.m.<br>Est. time: 3 hours |

HOWREY LLP

PETITIONER'S MEMO OF Ps & As ISO MOTION FOR ORDER AUTHO. U.S. MARSHAL TO SERVE SUBPOENAS & PAYMENT OF WITNESS FEES FOR DEPOS & EVIDENTIARY HEARING-Case # 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
DM_US:20401866_2

Petitioner Robert E. Long, through counsel, respectfully submits this memorandum of points and authorities in support of his motion for an order authorizing United States Marshal to serve subpoenas payment of witness fees.

As set forth in the accompanying Declaration of Roman E. Darmer ("Darmer Decl."), service of subpoenas on the witnesses by the United States Marshal and payment of witness and mileage fees are necessary to comply with the Court's Order of January 26, 2007 in this matter. Mr. Long is indigent and lacks the funds to hire a process server.

## CONCLUSION

For all these reasons, Mr. Long respectfully requests that the Court issue an order in the form submitted herewith authorizing the United States Marshal to serve the subpoenas and the witness fees be paid on an OBD3.

Respectfully submitted,

Dated: April 26, 2007                HOWREY LLP


 /s/ Roman E. Darmer II

Attorney for Petitioner
Robert A. Long

Howrey LLP
2020 Main Street, Suite 1000
Irvine, CA 92614
Phone: (949) 759-3950
Fax: (949) 721-6910
E-mail: darmerr@howrey.com
CA State Bar No. 212578

HOWREY LLP

-1-
PETITIONER'S MEMO OF Ps & As ISO MOTION FOR ORDER AUTHO. U.S. MARSHAL TO SERVE SUBPOENAS & PAYMENT OF WITNESS FEES FOR DEPOS & EVIDENTIARY HEARING-Case # 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
DM_US:20401866_1