Roman E. Darmer II (Bar No. 212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner Robert A. Long

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT A. LONG,<br><br>　　　　　Petitioner. | Case Nos.<br>3:02-CR-00031-JVS;<br>3:04-CV-00286-JWS<br><br>**DECLARATION OF ROMAN E. DARMER IN SUPPORT OF PETITIONER'S MOTION FOR AN ORDER AUTHORIZING UNITED STATES MARSHAL TO SERVE SUBPOENAS AND PAYMENT OF WITNESS FEES FOR DEPOSITIONS AND EVIDENTIARY HEARING**<br><br>[NOTICE AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND [PROPOSED] ORDER ARE FILED CONCURRENTLY HEREWITH]<br><br>Judge: Hon. James V. Selna<br><br>Hearing Date:　June 1, 2007<br>Time:　　　　　9:00 a.m.<br>Est. time:　　　3 hours |

HOWREY LLP

DECL.OF R. DARMER ISO PETITIONER'S MOTION FOR ORDER AUTHO. U.S. MARSHAL TO SERVE SUBPOENAS & PAYMENT OF WITNESS FEES FOR DEPOS. & EVIDENTIARY HEARING--Case #3:02-CR-00031-JVS; 3:04-CV-00286-JWS

DM_US:20401891_2

I, Roman E. Darmer II, declare as follows:

I am a partner of the law firm of Howrey LLP, and I am a member in good standing of the bar of the State of California and of this Court. I am a member of the Criminal Justice Act panel for the Southern Division of this District.

1. On February 10, 2006, the Court appointed me as counsel of record for defendant Robert A. Long in connection with all further proceedings arising from the Court's February 10, 2006 rulings denying Mr. Long's petition for writ of habeas corpus under 18 U.S.C. ¶ 2255 and related motions, including the Order to Show Cause ("OSC") issued on the same date. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On January 26, 2007, this Court issued an order ("Order") providing for a hearing to be held on the recusal issue raised in Mr. Long's response to the Pending Motions. Following submission of a joint report of the parties, the Court set a hearing date of June 1, 2007 and authorized certain limited discovery to be completed prior to that date.

3. On April 25, 2007 the Court ordered that subpoenas be issued by the Court to the individuals who served as jurors in the underlying criminal trial of Mr. Long.

4. The accompanying Notice of Motion and Motion containing a list of the former jurors and proposed dates and times for their appearance.

5. At a status conference in this case, the Court authorized the parties to take the deposition of Debbie Lyons, the former electronic court reporter during Mr. Long's trial. She has not agreed to appear voluntarily at thus a subpoena will be necessary. I am informed and believe that the United States Marshal for this District has contact information for Ms. Lyons.

6. I have consulted with counsel for the government regarding the dates and times for the deposition of Ms. Lyons, and the hearing date and times for the former

HOWREY LLP

-1-

DECL. OF R. DARMER ISO PETITIONER'S MOTION FOR ORDER AUTHO. U.S. MARSHAL TO SERVE SUBPOENAS & PAYMENT OF WITNESS FEES FOR DEPOS. & EVIDENTIARY HEARING--Case #3:02-CR-00031-JVS; 3:04-CV-00286-JWS
DM_US:20401891_1

1  jurors, and the government has no objection to the relief sought herein.

2      7.   I believe that the relief requested in the proposed Order submitted herewith
3  is reasonable and appropriate.

4      I declare under penalty of perjury under the laws of United States that the
5  foregoing is true and correct.

6      Executed this 26th day of April 2007, at Irvine, California.

                        /s/ Roman E. Darmer II

                        Attorney for Petitioner
                        Robert A. Long

                        Howrey LLP
                        2020 Main Street, Suite 1000
                        Irvine, CA  92614
                        Phone:  (949) 759-3950
                        Fax:  (949) 721-6910
                        E-mail:  darmerr@howrey.com
                        CA State Bar No. 212578

HOWREY LLP

-2-
DECL.OF R. DARMER ISO PETITIONER'S MOTION FOR ORDER AUTHO. U.S. MARSHAL TO SERVE SUBPOENAS & PAYMENT OF WITNESS FEES FOR DEPOS. & EVIDENTIARY HEARING--Case #3:02-CR-00031-JVS; 3:04-CV-00286-JWS
DM_US:20401891_1