## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

United States of America      vs.   Robert Long

BEFORE THE HONORABLE **JAMES V. SELNA**    CASE NO 3:04-cv-0286-JVS
                                                    3:02-cr-0031-JVS

DEPUTY CLERK: Karla J. Tunis        COURT REPORTER: Sharon Seffens

APPEARANCES:    PETITIONER:    Roman Darmer, Appointed

                DEFENDANT:     Daniel Cooper, AUSA

PROCEEDINGS: Telephonic Status Conference
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Cause called and counsel make their appearances via telephone.  The Court and counsel confer.

DATE: May 7, 2007    DEPUTY CLERK'S INITIALS: kjt
(convened 10:05 a.m; adjourned 10:17 a.m.(12 min)