## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

United States of America   vs.   Robert Long

BEFORE THE HONORABLE **JAMES V. SELNA**   CASE NO 3:04-cv-0286-JVS
                                                   3:02-cr-0031-JVS

DEPUTY CLERK: Karla J. Tunis       COURT REPORTER: Sharon Seffens

APPEARANCES:   PETITIONER:   Roman Darmer, Appointed

               DEFENDANT:    Daniel Cooper, AUSA

PROCEEDINGS: Telephonic Status Conference
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Cause called and counsel make their appearances via telephone.  The Court and counsel confer.

    Counsel update the Court regarding the status of events.  The Court approves the issuance of letters to those persons issued subpeonas that will stagger their time of appearance.

DATE: May 10, 2007   DEPUTY CLERK'S INITIALS: kjt
(convened 2:30 p.m; adjourned 2:49 p.m.(19 min)