1  Roman E. Darmer II (SBN 212578)
   HOWREY LLP
2  2020 Main Street, Suite 1000
   Irvine, California 92614
3  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
4  Email: darmerr@howrey.com

5  Attorneys for Petitioner ROBERT A. LONG

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ROBERT A. LONG,<br><br>  Petitioner. | Case Nos.: 3:02 CR-00031-JVS<br>          3:04 CV-00286-JWS<br><br>**PETITIONER LONG'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION ON SHORTEN TIME FOR ORDER AUTHORIZING UNITED STATES MARSHAL TO SERVE SUBPOENA AND PAYMENT OF WITNESS FEES FOR DEPOSITION AND EVIDENTIARY HEARING**<br><br>[NOTICE AND UNOPPOSED MOTION ON SHORTEN TIME; DECLARATION OF ROMAN E. DARMER; AND [PROPOSED] ORDER ARE FILED CONCURRENTLY HEREWITH]<br><br>Judge: Hon. James V. Selna<br><br>Hearing Date:  June 1, 2007<br>Time:          9:00 a.m.<br>Est. time:     3 hours |

HOWREY LLP

PETITIONER LONG'S MEMO OF PS & AS ISO UNOPPOSED MOTION ON SHORTEN TIME FOR ORDER AUTHORIZING U.S. MARSHAL TO SERVE SUBPOENA AND PAYMENT OF WITNESS FEES ETC. - Case # 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US:20432144_1

1  Petitioner Robert E. Long, through counsel, respectfully submits this
2  memorandum of points and authorities in support of his unopposed motion on shorten
3  time for an order authorizing United States Marshal to serve subpoenas payment of
4  witness fees.
5  As set forth in the accompanying Declaration of Roman E. Darmer ("Darmer
6  Decl."), service of subpoenas on the witnesses by the United States Marshal and
7  payment of witness and mileage fees are necessary to comply with the Court's Order of
8  January 26, 2007 in this matter.  Mr. Long is indigent and lacks the funds to hire a
9  process server.

## CONCLUSION

For all these reasons, Mr. Long respectfully requests that the Court issue an order in the form submitted herewith authorizing the United States Marshal to serve the subpoenas and the witness fees be paid on an OBD3.

Respectfully submitted,

Dated:  May 16th, 2007          HOWREY LLP


 /s/ Roman E. Darmer II

Attorney for Petitioner
Robert A. Long

Howrey LLP
2020 Main Street, Suite 1000
Irvine, CA  92614
Phone:  (949) 759-3950
Fax:  (949) 721-6910
E-mail:  darmerr@howrey.com
CA State Bar No. 212578

HOWREY LLP

-1-
PETITIONER LONG'S MEMO OF PS & AS ISO UNOPPOSED MOTION ON SHORTEN TIME FOR ORDER AUTHORIZING U.S. MARSHAL TO SERVE SUBPOENA AND PAYMENT OF WITNESS FEES ETC. - Case # 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
DM_US:20401866_1