(Rev 5/07)

# LIST OF EXHIBITS

---

Case No. 3:02-cr-00031-JVS    Judge: **JAMES V. SELNA**

Title    U.S.A.
    vs.
    Robert A. Long

Dates of Hearing/Trial:    June 1, 2007

Deputy Clerk/Recorder:    April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Daniel Cooper | Roman Darmer |
| | |
| | |

---------EXHIBITS---------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 6/1/07 | Filing from 2/15/05 | A | ✓ | 6/1/07 | Affidavit |
| 2 | ✓ | | Transcript | B | ✓ | | Audio Tape |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |