```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. ROBERT A. LONG                CASE NO. 3:02-cr-00031-JVS
Defendant:  X Present

BEFORE THE HONORABLE:            JAMES V. SELNA

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         DANIEL COOPER

DEFENDANT'S ATTORNEY:            ROMAN DARMER

PROCEEDINGS: EVIDENTIARY HEARING re MOTION AT DOCKET 194
             HELD JUNE 1, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:07 a.m. court convened.

Witness exclusionary rule invoked as to the former jurors.

Richard Porter sworn and testified on behalf of the defendant.

Mary Beth Lutrick sworn and testified on behalf of the defendant.

At 9:35 a.m. court recessed until 9:51 a.m.

Jeanette Hancock sworn and testified on behalf of the defendant.

Edna Gail McGinty sworn and testified on behalf of the defendant.

Dawn Brickel sworn and testified on behalf of the defendant.

James O. Burnett, III sworn and testified on behalf of the defendant.

Rebecca Mahaney sworn and testified on behalf of the defendant.

James Moore sworn and testified on behalf of the defendant.

Robert Garrett Jr. sworn and testified on behalf of the defendant.

Melanie Gjosund sworn and testified on behalf of the defendant.

Timothy Tucker sworn and testified on behalf of the defendant.

At 10:57 a.m. court recessed until 11:09 a.m.

CONTINUED ON PAGE 2

DATE:      June 1, 2007            DEPUTY CLERK'S INITIALS:  amk

```
              CONTINUATION - PAGE 2
              U.S.A. vs. ROBERT A. LONG
                  3:02-cr-00031-JVS
                  EVIDENTIARY HEARING
                     June 1, 2007
```
-----------------------------------------------------------------

Robert Price sworn and testified on behalf of the defendant.

James John Renk sworn and testified on behalf of the defendant.

Court and counsel heard re witnesses.

At 11:32 a.m. court recessed until 11:46 a.m.

Court and counsel heard re witnesses.

At 11:47 a.m. court recessed until 2:26 p.m.

John W. Sedwick sworn and testified on behalf of the plaintiff.

Court and counsel heard are witnesses.

Court and counsel heard re deposition declarations, designation of record, and briefing; defendant's briefing due **July 2, 2007**; plaintiff's response due **August 1, 2007**; defendant's reply due **August 15, 2007.**

Court instructed clerk to order an expedited transcript of proceeding and provide a copy for counsel.

At 2:47 p.m. court recessed until 6:14 p.m.

Tina Elizabeth Crump sworn and testified on behalf of the defendant. Plaintiff's exhibit 2 **IDENTIFIED**; plaintiff's exhibit 1 **ADMITTED**. Defendant's exhibit B **IDENTIFIED**; defendant's exhibit A **ADMITTED.**

Court heard; matter taken **UNDER ADVISEMENT,** written ruling to issue.

List of Exhibits and List of Witnesses filed separately.

At 7:42 p.m. court adjourned.

All original exhibits retained by counsel.


DATE:_____June 1, 2007_____ DEPUTY CLERK'S INITIALS:__amk__