Roman E. Darmer II (SBN 212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner ROBERT A. LONG

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>ROBERT A. LONG,<br><br>           Petitioner. | Case Nos.: 3:02 CR-0031-JVS;<br>             3:04 CV-00286-JWS<br><br>[UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE RELATED TO MOTION FOR MISCELLANEOUS RELIEF]<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE RELATED TO MOTION FOR MISCELLANEOUS RELIEF**<br><br>[DECLARATION OF ROMAN E. DARMER; AND [PROPOSED] ORDER ARE FILED CONCURRENTLY HEREWITH]<br><br>Judge: Hon. James V. Selna<br><br>Hearing Date:    None<br>Time:            None |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that the Petitioner Robert A. Long, through counsel, hereby seeks an Order to extend the briefing schedule related to Motion for Miscellaneous Relief as set forth in the accompanying declaration of Roman E. Darmer.

This unopposed motion is based on this Notice and the accompanying Declaration of Roman E. Darmer, appointed counsel for Mr. Long.

Respectfully submitted,

Dated: June 25, 2007          HOWREY LLP

/s/ Roman E. Darmer II

Attorney for Petitioner
Robert A. Long

Howrey LLP
2020 Main Street, Suite 1000
Irvine, CA  92614
Phone:  (949) 759-3950
Fax:  (949) 721-6910
E-mail:  darmerr@howrey.com
CA State Bar No. 212578

HOWREY LLP

Case Nos.  3:02 CR-0031-JVS; 3:04 CV-00286-JWS
NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION TO EXTEND BRIEFING

DM_US:20529016_1

## MOTION

Petitioner Robert A. Long, by and through his appointed counsel Roman E. Darmer, respectfully states as follows:

On June 1, 2007, the Court held an evidentiary hearing in his matter. On the same date, the Court ordered a post-hearing briefing schedule with opening briefs due:

1. Petitioner's briefing due on July 2, 2007;
2. Plaintiff's response due August 1, 2007; and
3. Petitioner's response due on August 15, 2007.

Mr. Long respectfully requests that the briefing schedule be extended for the parties as follows:

1. Extension of time to file any post-hearing briefing by an additional three weeks until July 23, 2007;
2. The government be granted an additional three weeks until August 22, 2007 to file any responsive papers, and
3. Any reply papers be filed within three weeks of the government's filing or by September 5, 2007.

No party will be prejudiced by the relief sought herein.

Dated: June 25, 2007              Respectfully submitted,

HOWREY LLP


/s/ /Roman E. Darmer II

Attorneys for Petitioner
ROBERT A. LONG

Howrey LLP
2020 Main Street, Suite 1000
Irvine, CA  92614
Phone: (949) 759-3950
Fax: (949) 721-6910
E-mail: darmer@howrey.com
CA State Bar No. 212578