1  Roman E. Darmer II (SBN 212578)
   HOWREY LLP
2  2020 Main Street, Suite 1000
   Irvine, California 92614
3  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
4  Email: darmerr@howrey.com

5  Attorneys for Petitioner ROBERT A. LONG

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case Nos.: |
|---|---|
| Plaintiff, | ) 3:02 CR-00031-JVS <br> ) 3:04 CV-00286-JWS |
| vs. | ) |
| ROBERT A. LONG, | ) [UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE RELATED TO MOTION FOR MISCELLANEOUS RELIEF] |
| Petitioner. | ) **[PROPOSED] ORDER RE UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE RELATED TO MOTION FOR MISCELLANEOUS RELIEF** |

[NOTICE AND UNOPPOSED MOTION; AND DECLARATION OF ROMAN E. DARMER FILED CONCURRENTLY HEREWITH]

Judge: Hon. James V. Selna

Hearing Date:  None
Time:  None

HOWREY LLP

[PROPOSED] ORDER
Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US:20529378_1

1  GOOD CAUSE HAVING BEEN SHOWN,

2  IT IS HEREBY ORDERED that the post-hearing briefing schedule related to
3  miscellaneous relief in this matter shall be:

4  1.  Petitioner's briefing due on July 23, 2007;

5  2.  Plaintiff's response due on August 22, 2007; and

6  3.  Petitioner's response due on September 5, 2007.

Dated: _____, 2007

HON. JAMES V. SELNA
United States District Court Judge