Roman E. Darmer II (Bar No. 212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner Robert A. Long

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROBERT A. LONG,<br><br>    Petitioner. | Case Nos.<br>3:02-CR-00031-JVS;<br>3:04-CV-00286-JWS<br><br>[UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE RELATED TO MOTION FOR MISCELLANEOUS RELIEF]<br><br>**DECLARATION OF ROMAN E. DARMER IN SUPPORT OF PETITIONER'S UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE RELATED TO MOTION FOR MISCELLANEOUS RELIEF**<br><br>[NOTICE OF UNOPPOSED MOTION AND MOTION; AND [PROPOSED] ORDER ARE FILED CONCURRENTLY HEREWITH]<br><br>Judge: Hon. James V. Selna<br><br>Hearing Date: None<br>Time: None |

I, Roman E. Darmer II, declare as follows:

I am a partner of the law firm of Howrey LLP, and I am a member in good standing of the bar of the State of California and of this Court. I am a member of the Criminal Justice Act panel for the Southern Division of this District.

1. On February 10, 2006, the Court appointed me as counsel of record for defendant Robert A. Long in connection with all further proceedings arising from the Court's February 10, 2006 rulings denying Mr. Long's petition for writ of habeas corpus under 18 U.S.C. ¶ 2255 and related motions, including the Order to Show Cause ("OSC") issued on the same date. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On June 1, 2007, this Court conducted an evidentiary hearing in the above caption matter and, at the conclusion of the hearing, established a schedule for post-hearing briefing as follows:

    Petitioner's briefing due on July 2, 2007;

    Plaintiff's response due August 1, 2007; and

    Petitioner's response due on August 15, 2007.

3. Counsel for Mr. Long respectfully requests an extension of time to file any post-hearing briefing by an additional three weeks as follows:

    Petitioner's briefing due on July 23, 2007;

    Plaintiff's response due on August 22, 2007; and

    Petitioner's response due on September 5, 2007.

4. I have spoken with counsel for the government regarding the relief requested herein and he has indicated that the government has no objection.

5. At the time of the evidentiary hearings, counsel for Mr. Long did not take into account several weeks of out-of-town required travel that would be required on another matter. The extension is requested to permit counsel the necessary time to

1  consult with Mr. Long and prepare appropriate post-hearing submissions.

2      6.    I believe that the relief requested in the proposed Order submitted herewith

3  is reasonable and appropriate.  No party will be prejudiced by the requested relief.

4      I declare under penalty of perjury under the laws of United States that the

5  foregoing is true and correct.

6      Executed this 25th day of June 2007, at Irvine, California.

                        /s/ Roman E. Darmer II

Attorney for Petitioner
Robert A. Long

Howrey LLP
2020 Main Street, Suite 1000
Irvine, CA  92614
Phone:  (949) 759-3950
Fax:  (949) 721-6910
E-mail:  darmerr@howrey.com
CA State Bar No. 212578