Roman E. Darmer II (SBN 212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner ROBERT A. LONG

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ROBERT A. LONG,<br><br>  Petitioner. | Case Nos.:<br><br>3:02 CR-00031-JVS<br>3:04 CV-00286-JWS<br><br>[UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE RELATED TO MOTION FOR MISCELLANEOUS RELIEF]<br><br>**ORDER RE UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE RELATED TO MOTION FOR MISCELLANEOUS RELIEF**<br><br>[NOTICE AND UNOPPOSED MOTION; AND DECLARATION OF ROMAN E. DARMER FILED CONCURRENTLY HEREWITH]<br><br>Judge: Hon. James V. Selna<br><br>Hearing Date:   None<br>Time:           None |

HOWREY LLP

[PROPOSED] ORDER
Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US:20529378_1

1   GOOD CAUSE HAVING BEEN SHOWN,

2   IT IS HEREBY ORDERED that the post-hearing briefing schedule related to
3   miscellaneous relief in this matter shall be:
4       1.    Petitioner's briefing due on July 23, 2007;
5       2.    Plaintiff's response due on August 22, 2007; and
6       3.    Petitioner's response due on September 5, 2007.

Dated: June 25, 2007

REDACTED SIGNATURE

HON. JAMES V. SELNA
United States District Court Judge