1  Roman E. Darmer II (SBN 212578)
   HOWREY LLP
2  2020 Main Street, Suite 1000
   Irvine, California 92614
3  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
4  Email: darmerr@howrey.com

5  Attorneys for Petitioner ROBERT A. LONG

6

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF ALASKA

10

11 UNITED STATES OF AMERICA,           ) Case Nos.: 3:02 CR-0031-JVS;
                                        )            3:04 CV-00286-JWS
12          Plaintiff,                  )
                                        ) **NOTICE OF UNOPPOSED MOTION**
13     v.                               ) **AND UNOPPOSED MOTION TO**
                                        ) **UNSEAL THE TRANSCRIPT OF**
14 ROBERT A. LONG,                      ) **THE SEPTEMBER 17, 2002**
                                        ) **HEARING**
15          Petitioner.                 ) **RELATED TO MOTION FOR**
                                        ) **MISCELLANEOUS RELIEF**
16 _____  )
                                          [DECLARATION OF ROMAN E.
17                                        DARMER; AND [PROPOSED] ORDER
                                          ARE FILED CONCURRENTLY
18                                        HEREWITH]

19                                        Judge: Hon. James V. Selna

20                                        Hearing Date:    None
                                          Time:            None
21

22

23

24

25

26

27

28

LP

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that the Petitioner Robert A. Long, through counsel, hereby seeks an Order to unseal the transcript of the September 17, 2002 hearing related to Motion for Miscellaneous Relief as set forth in the accompanying declaration of Roman E. Darmer.

This unopposed motion is based on this Notice and the accompanying Declaration of Roman E. Darmer, appointed counsel for Mr. Long.

Respectfully submitted,

Dated:  July 11, 2007                    HOWREY LLP


                                         /s/ Roman E. Darmer II

                                         Attorney for Petitioner
                                         Robert A. Long

                                         Howrey LLP
                                         2020 Main Street, Suite 1000
                                         Irvine, CA  92614
                                         Phone:  (949) 759-3950
                                         Fax:  (949) 721-6910
                                         E-mail:  darmerr@howrey.com
                                         CA State Bar No. 212578

LP

1

## <u>MOTION</u>

2      Petitioner Robert A. Long, by and through his appointed counsel Roman E.

3  Darmer, respectfully states as follows:

4      1.    On June 1, 2007, the Court held an evidentiary hearing in his matter.  On

5  the same date, the Court ordered the parties to submit post-hearing briefing in this

6  matter.

7      2.    A sealed hearing before Judge Sedwick was held in the underlying case on

8  September 17, 2002, following his conviction at trial and before his sentencing.  Mr.

9  Long is informed and believes that the transcript dealt with certain attorney-client

10  matters that occurred at trial and believes it is necessary to review the transcript before

11  filing his post-hearing submission.

12      3.    The government has no objection to the relief sought herein but reserves

13  the right to object to any future use of the transcript.

14      4.    No party will be prejudiced by the relief sought herein.

15  Dated:  July 11, 2007                Respectfully submitted,

16                                       HOWREY LLP

17

18                                       /s/ /Roman E. Darmer II

19                                       Attorneys for Petitioner
                                         ROBERT A. LONG
20

21                                       Howrey LLP
                                         2020 Main Street, Suite 1000
22                                       Irvine, CA  92614
                                         Phone: (949) 759-3950
23                                       Fax: (949) 721-6910
                                         E-mail:  darmer@howrey.com
24                                       CA State Bar No. 212578

25

26

27

28

LP