Roman E. Darmer II (SBN 212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner ROBERT A. LONG

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT A. LONG,<br><br>    Petitioner. | Case Nos.:<br><br>3:02 CR-00031-JVS<br>3:04 CV-00286-JWS<br><br>**[PROPOSED] ORDER RE UNOPPOSED MOTION TO UNSEAL THE TRANSCRIPT OF THE SEPTEMBER 17, 2002 HEARING RELATED TO MOTION FOR MISCELLANEOUS RELIEF**<br><br>[NOTICE AND UNOPPOSED MOTION; AND DECLARATION OF ROMAN E. DARMER FILED CONCURRENTLY HEREWITH]<br><br>Judge: Hon. James V. Selna<br><br>Hearing Date: None<br>Time: None |

1    GOOD CAUSE HAVING BEEN SHOWN,

2    IT IS HEREBY ORDERED that the transcript of the September 17, 2002 hearing
3 in the above-captioned matter be unsealed for the sole purpose of providing a copy to
4 Mr. Long and his counsel.

6 Dated: _____, 2007

                                            HON. JAMES V. SELNA
                                            UNITED STATES DISTRICT JUDGE

LP

-1-
[PROPOSED] ORDER
Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US:20529378_1