Roman E. Darmer II (Bar No. 212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner Robert A. Long

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT A. LONG,<br><br>    Petitioner. | Case Nos.<br>3:02-CR-00031-JVS;<br>3:04-CV-00286-JWS<br><br>**DECLARATION OF ROMAN E. DARMER IN SUPPORT OF PETITIONER'S UNOPPOSED MOTION TO UNSEAL TRANSCRIPT OF SEPTEMBER 17, 2002 HEARING RELATED TO MOTION FOR MISCELLANEOUS RELIEF**<br><br>[NOTICE OF UNOPPOSED MOTION AND MOTION; AND [PROPOSED] ORDER ARE FILED CONCURRENTLY HEREWITH]<br><br>Judge: Hon. James V. Selna<br>Hearing Date: None<br>Time: None |

1   I, Roman E. Darmer II, declare as follows:

2   I am a partner of the law firm of Howrey LLP, and I am a member in good
3   standing of the bar of the State of California and of this Court. I am a member of the
4   Criminal Justice Act panel for the Southern Division of this District.

5       1.    On February 10, 2006, the Court appointed me as counsel of record for
6   defendant Robert A. Long in connection with all further proceedings arising from the
7   Court's February 10, 2006 rulings denying Mr. Long's petition for writ of habeas corpus
8   under 18 U.S.C. ¶ 2255 and related motions, including the Order to Show Cause
9   ("OSC") issued on the same date. I have personal knowledge of the facts set forth in
10  this Declaration and, if called as a witness, could and would testify competently to such
11  facts under oath.

12      2.    On June 1, 2007, this Court conducted an evidentiary hearing in the above
13  caption matter and further ordered a post-hearing briefing schedule.

14      3.    A hearing was held on September 17, 2002 before Judge Sedwick
15  following Mr. Long's trial and before his sentencing. Mr. Long is informed and
16  believed that the hearing was sealed because it dealt with certain attorney-client matter
17  at trial and believes that it is necessary to review the transcript in connection with
18  preparation of post-hearing submissions.

19      4.    I have consulted with the clerk of the Court and confirmed that the
20  transcript is available.

21      5.    I have consulted with counsel for the government and he has informed me
22  that he has no objection to the unsealing of the transcript, but reserves the government's
23  right to object to future use of the transcript.

24      6.    If Mr. Long determines that any or all of the transcript is relevant to this
25  matter, counsel will promptly provide a copy to the government prior to Mr. Long's
26  submission.

27
28

1  7. I believe that the relief requested in the proposed Order submitted herewith
2  is reasonable and appropriate. No party will be prejudiced by the requested relief.
3  I declare under penalty of perjury under the laws of United States that the
4  foregoing is true and correct.
5  Executed this 11th day of July 2007, at Irvine, California.

/s/ Roman E. Darmer II

Attorney for Petitioner
Robert A. Long

Howrey LLP
2020 Main Street, Suite 1000
Irvine, CA  92614
Phone:  (949) 759-3950
Fax:  (949) 721-6910
E-mail:  darmerr@howrey.com
CA State Bar No. 212578