Roman E. Darmer II (SBN 212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner ROBERT A. LONG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT A. LONG,<br><br>    Petitioner. | Case Nos.: 3:02 CR-0031-JVS;<br>3:04 CV-00286-JWS<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. James V. Selna |

# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, a copy of the foregoing document

1. **NOTICE OF MOTION AND UNOPPOSED MOTION TO UNSEAL THE TRANSCRIPT OF THE SEPTEMBER 17, 2002 HEARING -- RELATED TO MOTION FOR MISCELLANEOUS RELIEF;**

2. **DECLARATION OF ROMAN E. DARMER IN SUPPORT OF UNOPPOSED MOTION TO UNSEAL THE TRANSCRIPT OF THE SEPTEMBER 17, 2002 HEARING -- RELATED TO MOTION FOR MISCELLANEOUS RELIEF**

3. **[PROPOSED] ORDER RE UNOPPOSED MOTION TO UNSEAL THE TRANSCRIPT OF THE SEPTEMBER 17, 2002 HEARING -- RELATED TO MOTION FOR MISCELLANEOUS RELIEF**

was served electronically and by regular U.S. mail upon the following:

| **ELECTRONIC & U.S. MAIL** | **ELECTRONIC & U.S. MAIL** |
| --- | --- |
| Daniel R. Cooper, Jr.<br>Assistant U.S. Attorney<br>United States District Court of Alaska<br>United States Attorney's Office<br>222 W. 7th Ave., #9, Room 253<br>Anchorage, Alaska 99513-7567<br>907-271-3376 (direct line)<br>907-271-2344 (fax line)<br>Daniel.cooper@usdoj.gov | Honorable James V. Selna, Judge<br>U.S. Central District Court of California<br>Ronald Reagan Federal Bldg. and U.S. Courthouse<br>411 West Fourth Street, 8th Floor<br>Santa Ana, CA 92701<br>JVS_Chambers@cacd.uscourts.gov |

**ELECTRONIC & U.S. MAIL**

Mr. Robert A. Long
P. O. Box 3526
Seward, Alaska 99664
xtrapper@msn.com

                                                          s/ Roman E. Darmer II
                                                          Roman E. Darmer II

HOWREY LLP