# "EXHIBIT A"

## Exhibit A

## TRIAL TIME TRACK RE
## JURY PRESENCE
(Excerpted from ECR Log Sheets, Lyons Dep. Exhibit 2)

| Reporter's Log Date | Reporter's Log Page Number | Index Number/Time Track[6] | Speaker | Description |
|---|---|---|---|---|
| 5/28/2002 | 14 | 2:57:08 |  | Jury In |
|  | 17 | 4:30:56 | Judge | Jury Excused |
|  | 17 | 4:31:53 | Judge | Jury Out of Courtroom |
| 5/29/2002 | 1 | 9:38:59 | Clerk | Jury In |
|  | 3 | 11:06:21 | Judge | Jury Excused (Recess) |
|  | 3 | 11:24:55 | Clerk | Jury In (Reopen) |
|  | 5 | 12:01:28 | Judge | Jury Excused (Lunch) |
|  | 5 | 12:02:05 | Judge | Jury Out of Courtroom |
|  | 6 | 1:47:58 | Judge | Jury In |
|  | 7 | 2:04:11 | Judge | Jury Excused |
|  | 7 | 2:04:58 | Judge | Jury Out of Courtroom |
|  | 8 | 2:19:14 | Judge | Jury In |
|  | 8 | 2:30:50 | Judge | Jury Excused |
|  | 8 | 2:31:31 | Judge | Jury Out of Courtroom |
| 5/30/2007 | 1 | 10:45:09 | Clerk | Jury In |
|  | 2 | 12:07:02 | Judge | Jury Excused (Deliberations) |
|  | 2 | 12:07:40 | Judge | Jury Out of Courtroom |
| 5/31/2007 | 1 | 11:25:31 | Judge | Jury In |
|  | 1 | 11:31:00 | Judge | Jury Excused |
|  | 1 | 11:31:54 | Judge | Jury Out of Courtroom |

---

[6] The CDs containing the full trial transcript are submitted at Exhibit 2. *See* Joint Exhibit List.

-19-
Case Nos. 3:02 CR-0031-JVS; 3:04 CV-00286-JWS
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR MISCELLANEOUS RELIEF

HOWREY LLP

DM_US:20588030_1