Daniel R. Cooper, Jr.
Assistant U.S. Attorney
District of Alaska
222 W. 7th Ave., #9, Room 253
Anchorage, Alaska 99513-7567
Phone: 907-271-3376
Fax: 907-271-2344
Email: Daniel.cooper@usdoj.gov

Attorneys for Plaintiff UNITED STATES OF AMERICA

Roman E. Darmer II (SBN 212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner ROBERT A. LONG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT A. LONG,<br><br>        Petitioner. | Case Nos.: 3:02 CR-0031-JVS;<br>              3:04 CV-00286-JWS<br><br>**JOINT EXHIBIT LIST IN CONNECTION WITH MOTION FOR MISCELLANEOUS RELIEF**<br><br>[MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND DEPOSITION DESIGNATIONS IN CONNECTION WITH THE MOTION FOR RECONSIDERATION FOR MICELLANEOUS RELIEF FILED CONCURRENTLY HEREWITH]<br><br>Judge: Hon. James V. Selna<br><br>Hearing Date:    None<br>Time:            None<br>Est. Time:       None |

The parties through counsel respectfully submit a joint exhibit list in connection with the pending motion for miscellaneous relief. The first two sections of the Joint Exhibit List contains documents admitted at the June 1, 2007 evidentiary hearing in this matter, which documents are indicated in the format "6/1/07 Exhibit __." The third section of the Joint Exhibit List contains the log sheets and trial transcripts at the May 10, 2007 deposition of Debbie Lyons, which documents are identified as Exhibits 2 through 6. The fourth section of the Joint Exhibit List contains the government's exhibits admitted at the trial of Mr. Long, which documents are identified as Exhibits 1 through 32. The final section of the Joint Exhibit List contains the defense exhibits admitted at the trial of Mr. Long, which documents are identified as Exhibits A through J hereto.[1]

| Petitioner's Exhibits | Document Description | Date Admitted |
|---|---|---|
| A | Affidavit of Tina Crump dated May 18, 2005 | 06/01/07 |
| B | CD Containing Trial Proceedings of May 28, 29, 30 and 31, 2002 | 06/01/07 |

| Plaintiff's Exhibits | Document Description | Date Admitted |
|---|---|---|
| 1 | Motions for Statement on The *Ex Parte* Jury Communication by Judge Sedwick, on 5-31-02. Motion for Disqualification of Judge Sedwick, Motion For Setting Aside Trial, filed February 15, 2005 | 6/01/07 |

---

[1] As noted in Mr. Long's memorandum, he has requested but not yet received the defense trial exhibits from trial counsel.

| Other Exhibits | Document Description | Date Admitted |
|---|---|---|
| 2 | Log Sheets of Electronic Court Reporter Debbie Lyons | 05/10/07 Depo of Debbie Lyons- Exhibit 2 |
| 3 | Transcript of Trial Proceedings - May 28, 2002 | 05/10/07 Depo. of Debbie Lyons- Exhibit 3 |
| 4 | Transcript of Trial Proceedings - May 29, 2002 | 05/10/07 Depo. of Debbie Lyons- Exhibit 4 |
| 5 | Transcript of Trial Proceedings - May 30, 2002 | 05/10/07 Depo. of Debbie Lyons- Exhibit 5 |
| 6 | Transcript of Trial Proceedings - May 31, 2002 | 05/10/07 Depo. of Debbie Lyons- Exhibit 6 |
| **Government's Trial Exhibits** | **Document Description** | **Date Admitted** |
| 1 | Complaint Under the Civil Rights Act | 10/20/99 |
| 2 | Petition/For Immediate Court Date for Jury Trial/Petition for Answers from the Court | 03/16/01 |
| 3 | Petition to the Court for Unlimited Discover of the State of Alaska from the Departments | 04/04/01 |
| 4 | Petition to Have the Court Answer Questions Relating to its Bad Faith Findings and Orders in this Federal Civil Rights Suit | 04/04/01 |
| 5 | Petition for Court Order of Protection of Plaintiff from the Actions of Creditors in Collection Actions | 04/04/01 |
| 6 | Petition to Order a Date of Trial Before a Jury | 04/04/01 |
| 7 | Reply to Defense Filing of April 5, 2001 | 04/12/01 |
| 8 | Motion to the Court for a Protective Order From the Actions of the Federal Marshals | 08/16/01 |
| 9 | Motion for Report of The Ex Parte Communications Between Justice Roberts Timothy W. Terrell and the Un-Identified Person at the Oral Arguments Aug. 13, 2001 | 08/16/01 |

| | | |
|---|---|---|
| 10 | Answer to the Revised Bad Faith Recommendation on the Matter of Partial Summary Judgment/Qualified Immunity | 08/23/01 |
| 11 | Minutes of the United States District Court, District of Alaska | 08/29/01 |
| 12 | Motion One/ Motion for Inquest of the Criminal Actions of Magistrate Justice John D. Roberts and/or Other Involved Parties | 10/03/01 |
| 13 | Motion for Reconsideration/Motion to Strike Offensive Court Action/Motion for Just Relief in Reinstatement/Motion to Strike Offensive Qualified Immunity Granting | 10/03/01 |
| 14 | Motion Three/ Declaration to the Court/Motion to Inform the Court of the State of Plaintiff and Intent of Plaintiff | 10/03/01 |
| 15 | Motion Four/ Motion for Rule 407 Action Certifying Issues to the State Supreme Court of The State of Alaska | 10/03/01 |
| 16 | Minutes of the Unites States District Court District of Alaska | 10/05/01 |
| 17 | Motions Regarding Altered-Falsified Court Records | 10/16/01 |
| 18 | Minutes of the Unites States District Court District of Alaska | 10/24/01 |
| 19 | Minutes of the Unites States District Court District of Alaska | 01/22/02 |
| 20 | Motions to the Court Regarding the Jan. 22, 02 Minute Orders of the Court in Rule 407 Certification | 02/13/02 |

| | Document Description | |
|---|---|---|
| 21 | Declaration to the Court of Extensions of Time this Court has to Act Before Plaintiff Acts Against the Governments and This Court | 02/20/02 |
| 22 | Declaration of Plaintiffs Status to the Court and Request to the Court | 08/28/00 |
| 23 | Answer to the Revised Bad Faith Recommendation on the Matter of Partial Summary Judgment/Qualified Immunity | 08/09/01 |
| 24 | Rebuttal to the Defense Objections/Motions to the Court | 06/07/01 |
| 25 | Motions Regarding the Courts Order of October 17, 2001/Regarding Certification/Show Cause Order/Other Motions | 11/14/01 |
| 26 | Opposition to Defense Extension of Time/Motions to the Court in Repeated Motion for Writ of Mandamus in Just Relief | 09/13/01 |
| 27 | Statement to This Court/Replay to Defense Supp-Br./Motions of Plaintiff | 08/27/10 |
| 28 | Motion for Immediate Action from the Court in Matters Pertinent to this Suit | 01/11/01 |
| 29 | Minutes of the Unites States District Court District of Alaska | 01/22/02 |
| 30 | Mailed Envelope to Federal Justice Department (Exhibit 30a); Letter to Federal Court Justice requesting investigation; certified copy of Letter to Federal Court Justice | 11/13/01 |
| 31 | Judicial Misconduct Complaint | 01/17/02 |
| 32 | Motion for Declaratory Judgment Preparatory to Civil Suit in the Matter of the Qualified and or Judicial Immunity of the Named Defendants | 11/28/01 |
| **Defendant's Trial Exhibits** | **Document Description** | **Date Admitted** |
| A | Long v. County of L.A, Docket #2 | 05/29/02 |
| B | Long v. County of L.A, Docket #16A | 05/29/02 |
| C | Long v. County of L.A, Docket #72 | 05/29/02 |
| D | Long v. County of L.A, Docket #73 | 05/29/02 |
| E | Long v. County of L.A, Docket #76 | 05/29/02 |

| | | |
|---|---|---|
| F | Long v. County of L.A, Docket #109 | 05/29/02 |
| G | Long v. County of L.A, Docket #126 | 05/29/02 |
| H | Long v. County of L.A, Docket #166 | 05/29/02 |
| I | Long v. County of L.A, Docket #222 | 05/29/02 |
| J | Videotape | 05/29/02 |

Respectfully submitted,

Dated: July 23, 2007

HOWREY LLP

  s/ Roman E. Darmer II

Howrey LLP
2020 Main Street, Suite 1000
Irvine, CA  92614
Phone:  (949) 759-3950
Fax:  (949) 721-6910
E-mail:  darmerr@howrey.com
CA State Bar No. 212578

Dated: July 23, 2007

  s/ Daniel R. Cooper, Jr.

Assistant U.S. Attorney
United States District Court of Alaska
United States Attorney's Office
222 W. 7th Ave., #9, Room 253
Anchorage, Alaska 99513-7567
Phone:  907-271-3376
Fax:  907-271-2344
Email:  Daniel.cooper@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2007, a copy of the foregoing document **JOINT EXHIBIT LIST IN CONNECTION WITH MOTION FOR MISCELLANEOUS RELIEF** was served electronically and by regular U.S. mail upon the following:

| **ELECTRONIC & U.S. MAIL** | **U.S. MAIL** |
|---|---|
| Daniel R. Cooper, Jr.<br>Assistant U.S. Attorney<br>United States District Court of Alaska<br>United States Attorney's Office<br>222 W. 7th Ave., #9, Room 253<br>Anchorage, Alaska 99513-7567<br>907-271-3376 (direct line)<br>907-271-2344 (fax line)<br>Daniel.cooper@usdoj.gov | Honorable James V. Selna, Judge<br>U.S. Central District Court of California<br>Ronald Reagan Federal Bldg. and U.S. Courthouse<br>411 West Fourth Street, 8th Floor<br>Santa Ana, CA 92701 |

**ELECTRONIC & U.S. MAIL**
Mr. Robert A. Long
P. O. Box 3526
Seward, Alaska 99664
xtrapper@msn.com


       s/ Roman E. Darmer II
       Roman E. Darmer II