Roman E. Darmer II (SBN 212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attornys for Petitioner ROBERT A. LONG

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT A. LONG,<br><br>  Petitioner. | Case Nos.: 3:02 CR-0031-JVS;<br>3:04 CV-00286-JWS<br><br>**DEPOSITION DESIGNATIONS IN SUPPORT OF MOTION FOR MISCELLANEOUS RELIEF**<br><br>[MEMORANDUM OF POINTS AND AUTHORITIES IN CONNECTION WITH THE MOTION FOR RECONSIDERATION FOR MISCELLANEOUS RELIEF AND JOINT EXHIBIT LIST FILED CONCURRENTLY HEREWITH]<br><br>Judge: Hon. James V. Selna<br><br>Hearing Date:  None<br>Time:          None<br>Est. Time:     None |

Petitioner Robert Long, through counsel, respectfully submits the following deposition designations to be admitted as evidence in the record of the hearing in this matter. True and correct copies of the designated excerpts are attached hereto as Exhibit A.

| Petitioner Designations | Government Objections | Government Counter-Designations | Petitioner Objections to Counter-Designations | Designations of Additional Testimony for Completeness |
|---|---|---|---|---|
| **Campbell:** 4:11-17, 4:24-5:2, 7:20-8:25 | | | | |
| **Caudill:** 4:18-25, 5:13-25, 6:1-5, 6:12-25, 7:14-25-8:3, 8:6-9:9, 10:1-12:5, 13:7-15, 13:21-15:4, 15:20-16:18, 16:19-17:12, 19:1-21:12, 23:2-23:14, 24:8-16, 24:25-25:15, 27:2-28:4, 28:15-32:13, 32:14-33:10, 34:19-38:23 | | | | |
| **Crump:** 5:20-21, 6:6-25-7:2, 7:3-22, 7:23-8:4, 9:10-11:18, 11:19-13:6, 13:13-17, 14:6-17, 14:18-19:3, 22:3-23:13, 24:5-25:19, 25:20-26:3, 26:4- | | | | |

| Petitioner Designations | Government Objections | Government Counter-Designations | Petitioner Objections to Counter-Designations | Designations of Additional Testimony for Completeness |
|---|---|---|---|---|
| 26:19, 27:11-28:11, 17-22, 28:23-29:13, 29:18-30:4, 32:19-33:18, 33:19-35:24, 36:3-22, 37:6-19, 37:20-38:22, 39:2-40:22, 40:23-42:3, 90:12-91:13, 94:9-23, 94:24-95:19 | | | | |
| **Dehart:** 4:14-20, 5:10-6:13, 9:10-10:1 | | | | |
| **Kimball:** 4:14-20, 5:4-25-6:2, 6:3-8:12 | | | | |
| **Lyons:** 5:18-23, 6:2-12, 7:4-13, 7:14-23, 8:1-12:9, 15:9-21, 23:2-24:17, 26:7-29:24, 31:13-32:10, 34:1-35:2, 35:15-20, 36:1-22, 43:17-44:6, 44:18-25, 45:5-10, 47:23-26, 48:1-49:16, 50:21-51:19, 54:7-13 | | | | |
| **McGowan:** 4:15-17, 5:2-11, 6:6-16 | | | | |

| Petitioner Designations | Government Objections | Government Counter-Designations | Petitioner Objections to Counter-Designations | Designations of Additional Testimony for Completeness |
|---|---|---|---|---|
| **McMorrow:** 4:25-5:7 | | | | |
| **Otte:** 4:9-16, 13:18-24, 15:12-17 | | | | |
| **Payne:** 4:13-21, 6:17-7:10, 8:11-17:4, 17:12-18:4, 18:5-11, 19:25-20:15, 21:12-22:25, 23:1-18, 23:19-25:1, 26:3-11, 27:16-29:15, 29:16-31:9, 31:19-32:21, 34:7-35:12, 36:2-5, 37:11-13, 38:7-19 | | | | |
| **Potts:** 4:16-22, 5:22-6:8, 6:12-25, 7:1-11:16, 12:5-13:24 | | | | |
| **Reinhardt:** 4:24-5:8, 8:19-9:16, 10:4-13 | | | | |
| **Singleton:** 4:6-5:20 | | | | |
| **Snedden:** 4:22-25, 5:1-6:5 | | | | |

| Petitioner Designations | Government Objections | Government Counter-Designations | Petitioner Objections to Counter-Designations | Designations of Additional Testimony for Completeness |
|---|---|---|---|---|
| **White:** 5:20-7:15, 8:1-13 | | | | |

Dated:  July 23, 2007

Respectfully submitted,

HOWREY LLP

/s/ /Roman E. Darmer II

Attorneys for Petitioner
ROBERT A. LONG

Howrey LLP
2020 Main Street, Suite 1000
Irvine, CA  92614
Phone: (949) 759-3950
Fax: (949) 721-6910
E-mail:  darmer@howrey.com
CA State Bar No. 212578

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2007, a copy of the foregoing document

**DEPOSITION DESIGNATIONS IN SUPPORT OF MOTION FOR MISCELLANEOUS RELIEF.**

was served electronically and by regular U.S. mail upon the following:

| **ELECTRONIC & U.S. MAIL** | **ELECTRONIC & U.S. MAIL** |
|---|---|
| Daniel R. Cooper, Jr.<br>Assistant U.S. Attorney<br>United States District Court of Alaska<br>United States Attorney's Office<br>222 W. 7th Ave., #9, Room 253<br>Anchorage, Alaska 99513-7567<br>907-271-3376 (direct line)<br>907-271-2344 (fax line)<br>Daniel.cooper@usdoj.gov | Honorable James V. Selna, Judge<br>U.S. Central District Court of California<br>Ronald Reagan Federal Bldg.<br> and U.S. Courthouse<br>411 West Fourth Street, 8th Floor<br>Santa Ana, CA  92701<br>JVS_Chambers@cacd.uscourts.gov |

**ELECTRONIC & U.S. MAIL**

Mr. Robert A. Long
P. O. Box 3526
Seward, Alaska  99664
xtrapper@msn.com

                                    s/ Roman E. Darmer II
                               Roman E. Darmer II