NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00031-JVS |
|---|---|---|
| Plaintiff, | ) ) ) | **AFFIDAVIT OF COUNSEL IN SUPPORT OF UNITED** |
| vs. | ) ) | **STATES' UNOPPOSED MOTION FOR A FORTY-** |
| ROBERT A. LONG, | ) ) | **FIVE DAY EXTENSION OF TIME TO REPLY TO LONG'S** |
| Defendant. | ) ) ) ) | **MOTION FOR MISCELLANEOUS RELIEF (Docket 311)** |

DANIEL R. COOPER, JR., being first duly sworn, deposes and states:

1. I am an Assistant U.S. Attorney in the District of Alaska.  I have responsibility for the captioned case.

2. The United States has moved for a forty-five day extension of time in which to file its Opposition to Mr. Long's Motion for Miscellaneous

Relief (Docket 311). The additional time is requested for the following reasons.

3. I have significant additional work commitments that also require immediate attention, including travel to take and defend depositions which were not scheduled at the time the scheduling orders were entered in this case. The depositions are in two medical malpractice cases, one of which alleges wrongful death.

4. I have corresponded with Mr. Long's lawyer, Roman Darmer, concerning my request for additional time. Mr. Darmer has stated he does not object to this request for additional time.

5. The request for an extension is not made for the purposes of harassment or delay.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Daniel R. Cooper, Jr.

SUBSCRIBED AND SWORN TO before me this 21st day of August, 200t, at Anchorage, Alaska.

_____
Notary Public
My commission expires: _____

USA v. Long
3:02-cr-00031-JVS                2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2007,
a copy of the foregoing AFFIDAVIT OF
COUNSEL IN SUPPORT OF UNITED
STATES' MOTION FOR A FORTY-FIVE DAY
EXTENSION OF TIME TO REPLY TO
LONG'S MOTION FOR MISCELLANEOUS RELIEF (Docket 311)
was served electronically on Roman E. Darmer II.

s/ Daniel R. Cooper, Jr.