NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
daniel.cooper@usdoj.gov

Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00031-JVS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNITED STATES'** |
| vs. | ) | **UNOPPOSED MOTION FOR** |
| | ) | **A SEVEN DAY EXTENSION** |
| ROBERT A. LONG, | ) | **OF TIME TO REPLY TO** |
| | ) | **LONG'S MOTION FOR** |
| Defendant. | ) | **MISCELLANEOUS RELIEF** |
| | ) | **(Docket 311)** |

The United States moves for a further seven day extension of time in which to file its Reply or other appropriate pleading to Mr. Long's Motion for Miscellaneous Relief (Docket 311).  As set forth in the affidavit of counsel filed herewith, the United States' motion for additional time is not opposed, and is requested due to other work load.

The United States requests until October 15, 2007 to file an appropriate pleading.

The request for an extension is not made for the purposes of harassment or delay.

Respectfully submitted this 9th day of October, 2007, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Daniel R. Cooper, Jr.
        Assistant U. S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3376
        Fax: (907) 271-2344
        E-mail: Daniel.Cooper@usdoj.gov
        AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October, 2007, a copy of the foregoing **UNITED STATES' UNOPPOSED MOTION FOR A SEVEN DAY EXTENSION OF TIME TO REPLY TO LONG'S MOTION FOR MISCELLANEOUS RELIEF** (Docket 311) was served electronically on Roman E. Darmer II.

s/ Daniel R. Cooper, Jr.