NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00031-JVS |
| | ) | |
| Plaintiff, | ) | **AFFIDAVIT OF COUNSEL IN** |
| | ) | **SUPPORT OF UNITED** |
| vs. | ) | **STATES' UNOPPOSED** |
| | ) | **MOTION FOR A SEVEN DAY** |
| ROBERT A. LONG, | ) | **EXTENSION OF TIME TO** |
| | ) | **REPLY TO LONG'S MOTION** |
| Defendant. | ) | **FOR MISCELLANEOUS** |
| | ) | **RELIEF** |
| | | **(Docket 311)** |

DANIEL R. COOPER, JR., being first duly sworn, deposes and states:

1. I am an Assistant U.S. Attorney in the District of Alaska. I have responsibility for the captioned case.

2. The United States has moved for a further seven day extension of time in which to file its Opposition to Mr. Long's Motion for

Miscellaneous Relief (Docket 311). The additional time is requested for the following reasons.

3. I have recently been assigned an additional work commitment that required immediate attention, which affected the timely completion of this opposition. No further requests for extension are anticipated.

4. I have corresponded with Mr. Long's lawyer, Roman Darmer, concerning my request for additional time. Mr. Darmer has stated he does not object to this request for additional time.

5. The request for an extension is not made for the purposes of harassment or delay.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Daniel R. Cooper, Jr.

SUBSCRIBED AND SWORN TO before me this ___9th___ day of October, 2007, at Anchorage, Alaska.



_____
Notary Public
My commission expires: __9/21/11__.

USA v. Long
3:02-cr-00031-JVS                                    2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2007, a copy of the foregoing **AFFIDAVIT OF COUNSEL IN SUPPORT OF UNITED STATES' UNOPPOSED MOTION FOR A SEVEN DAY EXTENSION OF TIME TO REPLY TO LONG'S MOTION FOR MISCELLANEOUS RELIEF**(Docket 311) was served electronically on Roman E. Darmer II.

s/ Daniel R. Cooper, Jr.