

RECEIVED
OCT 1 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00031-JVS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | [Proposed] ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION MOTION FOR MISCELLANEOUS RELIEF |
| ROBERT A. LONG, | ) | |
| Defendant. | ) | |

The Court having considered the United States' Unopposed Motion for Extension of Time to File Its Opposition to Motion for Miscellaneous Relief (Docket 311), and good cause being found therein, it is hereby

ORDERED:

The United States shall file its Reply or other responsive pleading, if any, to Mr. Long's Motion for Miscellaneous relief no later than close of business on October 15, 2007.

Dated this 9th day of October, 2007.

REDACTED SIGNATURE
Honorable James V. Selna
United States District Court Judge