NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:02-cr-0031-JVS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNITED STATES' EXHIBIT** |
| | ) | **A TO OPPOSITION TO** |
| ROBERT A. LONG, | ) | **MOTION FOR** |
| | ) | **MISCELLANEOUS RELIEF** |
| Defendant. | ) | **[Docket 311]** |
| | ) | |

The United States files herewith as Exhibit A to its Opposition to

Motion for Miscellaneous Relief the partial trial transcript of Day 1 of Mr. Long's

trial, pages 146 - 178, which are the remaining pages (not previously submitted),

//

//

of jury voir dire.

RESPECTFULLY SUBMITTED on October 15, 2007.


NELSON P. COHEN
United States Attorney



s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109


**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2007,
a copy of the foregoing UNITED STATES'
EXHIBIT A TO OPPOSITION TO MOTION
FOR MISCELLANEOUS RELIEF(Docket 311)
was served electronically on Roman E. Darmer II.

s/ Daniel R. Cooper, Jr.

2

**FILED**

MAY **1 9** 2006

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ *RMC* Deputy

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF ALASKA

3

4    UNITED STATES OF AMERICA,    )    Case No. 3:02-cr-00031-JWS
                                  )
5              Plaintiff,         )    Anchorage, Alaska
                                  )    Tuesday, May 28, 2002
6         vs.                     )    8:43 a.m.
                                  )
7    ROBERT A. LONG,              )    <u>TRIAL BY JURY - DAY 1</u>
                                  )
8              Defendant.         )
     _____)

9              <u>PARTIAL TRANSCRIPT OF PROCEEDINGS</u>

10         BEFORE THE HONORABLE JOHN W. SEDWICK
              UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Plaintiff:          DANIEL COOPER
                                 U.S. Attorney's Office
13                               222 West 7th Avenue, Room 253, #9
                                 Anchorage, Alaska 99513
14                               (907) 271-5071

15   For the Defendant:          MIKE DIENI
                                 Federal Public Defender's Office
16                               550 West 7th Avenue, Suite 1600
                                 Anchorage, Alaska 99501
17                               (907) 646-3400

18   Court Recorder:             DEBBY LYONS
                                 U.S. District Court
19                               222 West 7th Avenue, #4
                                 Anchorage, Alaska 99513
20                               (907) 677-6151

21   Transcription Service:      TAMSCRIPTS
                                 P.O. Box 781001
22                               Orlando, Florida 32878
                                 (407) 273-2627
23

24   Proceedings recorded by electronic sound recording, transcript
25   produced by transcription service.

Exhibit A
Page 1 of 34

1    THE COURT:  We'll do that in just a minute.  Is that
2  the only area you wish to pursue?
3    MR. COOPER:  Yes, Your Honor.
4    THE COURT:  All right.  Let me ask more generally.
5  Mr. Dieni, are there any other areas that you -- questions that
6  you think I need to put regarding cause?
7    (Side conversing)
8    MR. DIENI:  No.
9    THE COURT:  All right.  I'll see the parties and
10  (Juror No. 32) at sidebar.
11    (Sidebar conference on the record)
12    (End of sidebar conference)
13    THE COURT:  All right.  Ladies and gentlemen, I'm
14  satisfied that all of the remaining prospective jurors are
15  qualified to serve as jurors on this case.  I will see counsel
16  at sidebar if they believe that any of the prospective jurors
17  should be excused for cause.  Mr. Cooper or Mr. Dieni, do
18  either of you wish to pursue the matter at sidebar?
19    MR. DIENI:  No, sir.
20    MR. COOPER:  No, Your Honor.  Thank you.
21    THE COURT:  All right.  Ladies and gentlemen, we're
22  going to have to take a luncheon recess at this time.  When we
23  come back, there are a few more questions that some of you will
24  have to answer before the jury selection process can be
25  completed because we have what are called peremptory challenges

1  in the federal system which allow the parties in a case like

2  this to excuse people really essentially without cause.

3          But in order to allow them to be sure they're

4  comfortable that they have a fair and impartial jury -- this is

5  a right that you would have if you were a party in a court

6  proceeding, and we'll go through that exercise after lunch.  I

7  would remind you of what I said earlier.  Please don't discuss

8  anything you've heard in the courtroom because you must -- all

9  those who serve on the jury in this case have to keep an open

10  mind about it until they've heard all of the evidence.

11          It's possible your paths might cross those of the

12  lawyers or the parties in the courthouse, in the cafeteria or

13  what have you.  If they do, please don't take offense if they

14  don't speak to you because they want to avoid even the

15  appearance of some improper communication.  If anyone does

16  attempt to speak to you about this case, please let me know by

17  giving a written note to the Clerk who's assisting me so that I

18  can address the matter at that time.

19          It's a little late for a luncheon recess now, so we'll

20  resume here in the courtroom at 1:30 this afternoon.  Please be

21  back in the jury assembly room not later than 1:15 so we can

22  all get back here into the courtroom at 1:30.  We will adjourn

23  now until 1:30.

24          THE CLERK:  All rise.  This matter stands in recess

25  until 1:30.  Please report back to the jury clerk's office.

148

1    (Recess at 12:11 p.m., until 1:36 p.m.)

2    (Jury panel out)

3    THE CLERK:  All rise.  His Honor the Court, the United

4    States District Court for the District of Alaska is again in

5    session.  Please be seated.

6    THE COURT:  Good afternoon.  The Clerk advised me that

7    one of you, or both of you, have something to bring up while

8    the jury's out.

9    MR. COOPER:  Real briefly, Your Honor, I have redacted

10   the government's proposed 26 to take out the 9/11 language.

11   I've handed it to the Clerk and I provided a copy to Mr. Dieni

12   as well.  The second issue is one of -- if Mr. Long is going to

13   be staying in town tonight, his conditions of release require

14   third-party custodianship and some electronic monitoring.

15   (Side conversing)

16   MR. COOPER:  And Mr. Jed Roscoe pointed out to me that

17   if he was going to be staying here, arrangements needed to be

18   made with respect to that electronic monitoring.  And so I just

19   wanted to bring that to the Court's attention at some time.

20   THE COURT:  We'll have to address that this afternoon

21   at some point.

22   MR. COOPER:  Okay.  And the final thing is, I'm not

23   sure what the -- how long the Court believes we will take to --

24   to get a jury.  I'll sit down real quickly and (indiscernible).

25   But I'm trying to get an idea of if we're actually going to

1   start with statements today and witnesses today.

2            THE COURT:  Well, statements for sure.  And I would --

3   you better have at least one witness ready to go.

4            MR. COOPER:  I have one witness out here.  And for the

5   Court's planning purposes, I think that my case is going to

6   take somewhere between three and four hours, three and five

7   hours, something like that.

8            THE COURT:  All right.  Thank you.  I will, as long as

9   we have a moment, just to report, I have done some further --

10  made some further effort to try and resolve the matter we

11  discussed this morning regarding jury instructions.  And

12  although I haven't made a final decision, I will tell you that

13  I think the government is right, Mr. Dieni.  I -- I can't read

14  that 1983 case as contrary to Orozco-Santillan.  I just don't.

15  And I think Orozco-Santillan is still good law and is the law

16  that I have to apply here.

17           I did find an older Ninth Circuit case that held that

18  there could be a threat even when the guy is incarcerated.  So

19  that's worse than being in Seward, by anybody's

20  (indiscernible).  So I'll give you that cite.  You might want

21  to look at it.  It's -- well, there's actually -- there's a

22  couple.  There's -- there's one case that's a newer case.  This

23  is one where the -- it's United States vs. Malik.  It's not

24  directly on point, but I think it -- I think it tends to

25  support the government's position.  That's a 1994 case.  That's

TAMSCRIPTS · (407) 273-2627

1   a Second Circuit case, because you had referred to some Second
2   Circuit cases.

3          I had another Ninth Circuit case, too. I've forgotten
4   the name of it.  Yeah, the older Ninth Circuit case, United
5   States vs. Davis, and that was a case where a Hawaii state
6   prisoner had threatened a federal judge and his conviction was
7   upheld even though he was in prison when he made the threat.
8   So I just don't think this idea of imminence is supported by
9   the Ninth Circuit case law.  And if you can find something more
10  persuasive than that school district case, I'll certainly look
11  at it.  But I don't find it persuasive.

12         I don't expect to thrash that out now, but I wanted to
13  give you some idea about that because it was a matter of some
14  interest to both of you and it would probably suggest to you
15  how much you want to emphasize certain things in your opening
16  statement.  So I leave that to you.  But that's my current
17  thinking.

18         MR. DIENI:  Well, the language we're most concerned
19  about is specificity and unambiguity.  I think -- and you'll
20  find in those other cases --

21         THE COURT:  I think that part of it is fairly argued.
22  I think the threat has to be specific enough and unambiguous
23  enough to be considered a threat.  I don't think that -- I
24  won't speak for Mr. Cooper, but I certainly would agree with
25  you that that part of it has to be established.  All right.  I

```
 1    think, then, we're ready to bring the prospective jurors back.
 2             MR. DIENI:  Judge, just before you do, I was just
 3    given some discovery, some Jencks Act material, regarding the
 4    government's first witness.  And I suppose we're going to have
 5    a chance, but I'm going to need to review it pretty carefully
 6    before the government's first witness is called.  I don't know
 7    how far we're going to get and how long this part of the jury
 8    selection is going to take, but --
 9             THE COURT:  Well, actually -- all right.  Well, we'll
10    see if you need some time.  Let's go about picking the jury
11    now.  We'll summons the prospective jurors back.
12        (Clerk on telephone)
13             THE CLERK:  They're on their way, Your Honor.
14        (Pause - side conversing)
15             MR. DIENI:  We're still on record?
16             THE COURT:  We should be --
17             THE CLERK:  Yes.
18             THE COURT:  -- off -- off record.
19             THE CLERK:  Off record.
20             MR. DIENI:  We can be on record.
21             THE COURT:  Oh, we need to be on record?
22             MR. DIENI:  Yes, sir.
23             THE COURT:  Oh, all right.  Go back on the record.
24             THE CLERK:  On record.
25             THE COURT:  Mr. Dieni.
```

1      MR. DIENI:  Some of this material I got, I believe is

2   actually not Jencks Act.  Some of it is my client's statements.

3   And I do have a concern about that, and I just wanted to

4   correct that part of the record.

5      THE COURT:  All right.  So noted.

6      (Pause)

7      (Jury panel in at 1:43 p.m.)

8      THE COURT:  Do we have everybody back?

9      THE CLERK:  Yes, Your Honor.

10     THE COURT:  Welcome back, ladies and gentlemen.  As I

11  mentioned to you before our luncheon recess, we're now about to

12  embark on that portion of the jury selection process in which

13  the parties will be afforded some additional information and

14  then afforded an opportunity to exercise peremptory challenges.

15  The Clerk will call off your names -- some of your names in an

16  order that has been created at random by the computer, and then

17  I'll ask that you take the seats that she points out to you,

18  and then you can answer the questions you'll find on a

19  questionnaire on the chairs.

20     We will be seating 28 people, so the first 14, I

21  guess, will be seated in the jury box and the next 14 will be

22  seated -- or 16 in the jury box and 12 in the first row of the

23  auditorium.  Would you please call out the names in the order

24  in which the computer generated them at random?

25     THE CLERK:  Yes, Your Honor.

153

1        (Side conversing)

2              THE CLERK:   (Juror No. 1.)   (Clerk spells name.)

3              THE COURT:   Please sit in this first row in the chair

4    closest to the Clerk.

5              THE CLERK:   (Juror No. 2.)   (Clerk spells name.)

6    (Juror No. 3.)   (Clerk spells name.)   (Juror No. 4.)   (Clerk

7    spells name.)   (Juror No. 5.)   (Clerk spells name.)   (Juror No.

8    6.)

9              THE COURT:   Be seated in the second row, please.

10             THE CLERK:   (Clerk spells name.)   (Juror No. 7.)

11   (Clerk spells name.)   (Juror No. 8.)   (Clerk spells name.)

12   (Juror No. 9.)   (Clerk spells name.)   (Juror No. 10.)   (Clerk

13   spells name.)   (Juror No. 11.)   (Clerk spells name.)   (Juror

14   No. 12.)   (Clerk spells name.)   (Juror No. 13.)   (Clerk spells

15   name.)   (Juror No. 14.)   (Clerk spells name.)   (Juror No. 15.)

16   (Clerk spells name.)   (Juror No. 16.)   (Clerk spells name.)

17   (Juror No. 17.)   (Clerk spells name.)   If you want to have a

18   seat in the first row.   (Juror No. 18.)   (Clerk spells name.)

19   (Juror No. 19.)   (Clerk spells name.)   (Juror No. 20.)   (Clerk

20   spells name.)   (Juror No. 21.)   (Clerk spells name.)   (Juror

21   No. 22.)   (Clerk spells name.)   (Juror No. 23.)   (Clerk spells

22   name.)   (Juror No. 24.)   (Clerk spells name.)   (Juror No. 25.)

23   (Clerk spells name.)   (Juror No. 26.)   (Clerk spells name.)

24   (Juror No. 27.)   (Clerk spells name.)   (Juror No. 28.)   (Clerk

25   spells name.)   That's 28, Your Honor.

1    THE COURT:  All right.  Those of you who weren't

2    called, we may need you to select alternates, so I'll have to

3    ask you to stand by.  All right.  Let us begin, then, with the

4    first person.  (Juror No. 1), if you would, sir, please take

5    the questionnaire -- and could you hand him the microphone

6    there?  You can -- oh, you've got it.  Good.  All right.  And

7    speak into the microphone.

8        Let me make one or two brief comments about this list

9    of questions.  Where it asks for expressions of public --

10   public expressions of opinion, it lists such things as bumper

11   stickers and letters to the editor.  I'm not interested in sort

12   of trivial bumper stickers like "I went to Carlsbad Caverns,"

13   but something that might be meaningful regarding issues you

14   take seriously.  And I don't mean to limit it to bumper

15   stickers or letters to the editor.  There are other ways of

16   getting on the bully pulpit, so to speak, and letting your

17   views be known.  If you've been real active about something,

18   the parties would like to know about that.

19       And with regard to prior jury service, you've all

20   answered questions regarding prior criminal jury trial service.

21   So unless you forgot something that you need to add, all you

22   need to talk about is prior civil jury service.  All right.

23   With that, (Juror No. 1), if you'd begin, sir.

24       JUROR NO. 1:  (Juror states name.)  I live at 37645

25   Sarrow (ph) Street, Soldotna, Alaska, 99669.  I've lived in

155

1   Alaska for 18 years.  I am retired.  I have never worked for
2   the court.  I did work for the United States from 1959 to 1981.
3   I was in the United States Air Force as a military member.  In
4   1987 to 1997, I served in the United States Air Force in a
5   civilian capacity.  The highest level of formal education was a
6   BBA.  I am married.  My wife is also retired.  We have four
7   children:  Cindy, 41; David, 39; Shawna, 30; Michelle, 28.
8   Cindy is the vice-president of the Georgia Fountain Company in
9   Atlanta, Georgia.  My son works for a -- David works for a
10  printing company in Atlanta, and I don't know the name of it.
11  Shawna works for the Gila River Casino in Phoenix, Arizona.
12  And Shelly works for Earnhardt Ford there, as a lady who takes
13  cars in and gets them into service and makes sure that the
14  service is complied with.

15          Hobbies, clubs or organizations.  I enjoy hunting and
16  fishing.  I'm a member of the Soldotna VFW.  I'm a member of
17  the Funny River Community Church.  I'm a member of the Funny
18  River Emergency Services group.  Military service and rank at
19  discharge.  Yes, I did serve in the military and I retired as a
20  senior master sergeant in 1981.  I do not make public
21  expressions of my opinion.  And I didn't think that it was
22  necessary for me to come forward and say that I had served on
23  previous duty -- on a jury.  That was many years ago.

24          THE COURT:  Do you remember what it was?

25          JUROR NO. 1:  It was in Fairbanks.  It was a state

156

1   level court.   The jury that I -- I was seated on two juries.
2   One was a rape case and the defendant changed his plea.   And
3   the other one was a drug case where the defendant also changed
4   his plea, but the judge subsequently had to turn him loose
5   because the evidence was stolen while we were in court.

6              THE COURT:   That must have been a real long time ago.
7              JUROR NO. 1:   That was in 1975 or '76.   So --
8              THE COURT:   All right.   Thank you very much.   If you'd
9   pass the microphone.

10             JUROR NO. 2:   (Juror states name.)   I live in Palmer,
11  Alaska.   I've lived there 39 years.   My current occupation is a
12  housewife.   That's what I've done for at least the last five
13  years.   I have never worked for the court.   I've never worked
14  for the United States.   I graduated from Palmer High School and
15  then went on to a nursing technical school.   I am married.   My
16  husband's occupation is a senior drilling supervisor with
17  Phillips Alaska.   We have five children, ages 30, 25, 24, 17
18  and 13, ranging from a computer tech, a housewife, an
19  artist/painter and two students.   My hobbies are showing dogs,
20  specifically American cocker spaniels, and dog breeding.   I
21  have never served in the military.   I do not make any public
22  expressions of my opinion. And I have not served on a jury
23  trial.

24             THE COURT:   Thank you.

25             JUROR NO. 3:   Good afternoon.   (Juror states name.)   I

TAMSCRIPTS · (407) 273-2627

1    live here in Anchorage.  I've lived in Alaska for 16 and a half
2    years.  My present occupation is an entertainment at Mr. White
3    Keys Flight-by-Night Club.  And I've been working as an
4    independent singer, songwriter and actor for the last five
5    years, and also a telecom tech for the State of Alaska just
6    prior to that.  I've never worked for a court.  I have worked
7    for the United States from 1982 to 1988 in the U.S. Air Force.
8    My education is high school plus some subsequent technical
9    training provided by the Air Force and also the State of Alaska
10   in pursuit of telecommunications.  I am single.  I have no
11   children.  My hobbies include hiking and camping.  I do not
12   belong to any clubs or organizations.  Military service --
13   again, United States Air Force.  I was a staff sergeant upon my
14   discharge.  And I do not make my public expressions -- I do not
15   make public expressions of my opinions.  No bumper stickers or
16   letters or even T-shirts.  No prior service on jury trials.

17              THE COURT:  Thank you.

18              JUROR NO. 4:  (Juror states name.)  I live in Homer.
19   I've lived in Alaska for 24 years.  I work for Homer Electric,
20   and I am responsible for their computer services.  My title is
21   information services supervisor.  I have worked for them for 24
22   years.  And I have not worked for the court.  I have not worked
23   for the United States.  I graduated college with a BBA.  I am
24   married.  I have my wife, she's at home, a homemaker.  I have
25   four children, two of them at 21, one at 17 and one at 14.

TAMSCRIPTS · (407) 273-2627

1   Occupations are -- the two youngest are students and the twins
2   work in Homer at a print shop and a day care center.  I like
3   hunting, fishing, things like this, and I'm very involved in
4   the church that I attend in Homer.  I have not been in the
5   military service and I do not express my opinions through
6   bumper stickers and so on.  And I have not served on a jury
7   before.

8          THE COURT:  Thank you, sir.  If you'd pass the
9   microphone down that way.  You know, I may have neglected to
10  ask you about -- all of you about prior service on criminal
11  trial juries.  I ordinarily do do that, but I'm not so sure
12  that I actually did do it today.  So if you've served on any
13  kind of a jury, civil or criminal, please do let us know.  So
14  far the only person who's served on a jury is (Juror No. 1).
15  But I think I may have neglected to ask you that question.  I'm
16  sorry for that.  Anyway, if you'd please proceed, ma'am.

17         JUROR NO. 5:  (Juror states name.)  I live in
18  Anchorage, Alaska.  I've been here for two and a half years.  I
19  do two part-time jobs now, one sales for BB Incorporated, and
20  part-time accounting for Mercedes-Benz.  I used to do sales at
21  Mercedes-Benz, for both new and used vehicles.  And before
22  moving up to Alaska, I was an accountant for Boeing.  I've
23  never worked for the court.  I've never worked for the United
24  States.  Highest form of education is a college graduate.  I am
25  married.  My husband works as a vacation legal officer for Time

TAMSCRIPTS · (407) 273-2627

1   West Resorts.  I have no children.  Hobbies include pets and

2   gardening.  I was not a member of the military.  I do not make

3   my public -- opinions public.  And I have never been on a trial

4   jury before.

5           THE COURT:  Thank you.

6           JUROR NO. 6:  Good afternoon.  (Juror states name.)  I

7   live in Eagle River, Alaska.  I've been there for 18 years.

8   I'm a letter carrier with the Postal Service.  I've never

9   worked for the court.  I've worked for the United States in the

10  United States Army from 1966 to 1975.  My -- I have an

11  associate in arts degree in police science, which I have no

12  idea why I ever did that.  I'm married.  My wife, Laurie, is a

13  housewife.  I have a son, Carl, 21, who's a student; a son,

14  James, who's 30 -- he's a waiter; and a daughter, Michelle, 36,

15  who works for Harley-Davidson in Carson City, Nevada.  I was an

16  E-5 when I was discharged from the military.  I don't make

17  my -- my -- my opinions public.  I do have American flag

18  stickers on all my vehicles.  I served on a jury trial one time

19  in 1980 in California.  It was a DUI.  The -- the -- it was a

20  guilty charge.

21          THE COURT:  All right.  Thank you.

22          JUROR NO. 7:  (Juror states name.)  And I live in

23  Wasilla, Alaska, and I've been in Alaska for 26 years.  I'm

24  currently a homemaker, was previously a bank teller and

25  personal banker for five and a half years at Wells Fargo.  I've

1    never worked for a court, never worked for the United States.

2    I graduated from Palmer High School.  I'm currently married.

3    My husband is a service oiler with Houston/Nana.  I have twin

4    daughters who are seven and a half years old, and they're both

5    students.  I enjoy reading books and I'm a member of the

6    Kiwanis Club of Wasilla.  I've never been in the military.  I

7    don't make my -- my opinion -- I don't make public expressions

8    of my opinion.  And I've never been on a trial jury.

9              THE COURT:  Thank you.

10             JUROR NO. 8:  (Juror states name.)  And I live in

11   Anchorage.  I've lived here 37 years.  I work for the State of

12   Alaska, Department of Labor.  Currently and for about the last

13   two years, I work as a field auditor.  Three years before that,

14   Department of Revenue, Child Support Enforcement.  I've never

15   worked for a court.  I do not work for the United States.  I

16   have a bachelor of arts.  I'm single.  I have two children, 20

17   and 22.  They're both in college.  I like gardening and the

18   outdoors, hiking.  No military service.  No, I do not make

19   public expressions of my opinion.  No bumper stickers, no

20   letters to the editor.  And I have no prior service on trial

21   juries.

22             THE COURT:  Thank you.

23             JUROR NO. 9:  (Juror states name.)  And I was born and

24   raised in Homer, and been here for 47 years, and I reside now

25   in Anchorage since 1989.  And I work for Wal-Mart in the

161

1   electronics department as a sales associate. And that's pretty
2   much what I've done since I've moved up to Anchorage. And I've
3   never worked for a court. And I have worked for the United
4   States in the United States Army. I was a personnel affairs
5   specialist, and when I got out I was an E-4. My highest level
6   of education is 42 credit hours with UAA, mostly business and
7   arts. I'm single. I have two children, age 20 and 22. They
8   were both in college until the spring, about the 12th of this
9   month. My oldest one graduated with honors from UAF. And I
10  have hobbies like interior decorating, gardening and Mariners
11  baseball. Yes, I was in the military and I was an E-4. Most
12  people that know me very well say I am opinionated, but I don't
13  plaster things all over town and try to get on TV. And I've
14  never been on a trial jury before.

15           THE COURT: Thank you.

16           JUROR NO. 10: (Juror states name.) I live outside
17  Palmer. I've been in Alaska for 30 years. I'm a retired
18  teacher. And for the past two years, I've worked for H&R Block
19  as a tax preparer just from January through April. I retired
20  from Wasilla High in 1999, where I taught math. I've never
21  worked for the court. I did work for the United States
22  government. I worked on Fort Richardson as a civilian employee
23  from 1974 to 1980, and I worked in the civilian personnel
24  office. My highest level of education is a bachelors degree in
25  mathematics. I'm married. My husband is a retired teacher and

162

1 | he has a summer job with the Department of Agriculture. I have
2 | a stepson who's 29 years old, and he's a teacher. My hobbies
3 | are outdoor activities, hiking, skiing, fishing. I have not
4 | been in the military. I do not make public expressions of my
5 | opinion. I have been on two juries. Both were in Palmer. I
6 | don't remember exactly when -- in the late '80s. One was
7 | sexual abuse of a minor, and that outcome was guilty. And the
8 | other case was a robbery, and that was guilty also.

9 | THE COURT: Thank you. Would you pass it down to the
10 | far end to (Juror No. 11)?

11 | JUROR NO. 11: (Juror states name.) I reside in
12 | Sutton. I've lived in Alaska for 11 years. I'm a housewife
13 | for the last five years. Before that, I was a nurse's aide.
14 | I've never worked for a court. I've never worked for the
15 | United States. I have an AAS in automotive electronics. I'm
16 | married. My husband's a correctional sergeant for the State of
17 | Alaska. I have eight kids: Brenda, 34 -- she's a paralegal;
18 | Timmy is 30 -- he's a salesman; Michelle is 30 -- she has a --
19 | she's a housewife; Michael's 29 and he's unemployed and on
20 | permanent vacation; Benjamin's 26 -- he has Down Syndrome;
21 | Kari -- Brent's 22 -- he's a lifeguard; Kari's 21 -- she's a
22 | secretary; and Christopher is 14 -- he's a student. My hobbies
23 | are showing rabbits, Special Olympics, 4-H, church, horseback
24 | riding. I've never been in the military. I don't make my
25 | expressions known, except to my husband. I've never served on

1  a jury trial.

2          THE COURT:  Thank you.

3          JUROR NO. 12:  (Juror states name.)  I live in Kenai,

4  Alaska.  I've been in Alaska for 19 years.  I'm a retail

5  sales -- retail sales assistant manager for Fred Meyer.  I've

6  worked for them for over the last five years.  I have never

7  worked for the court.  I have never worked for the United

8  States.  I've got a high school diploma and three years of

9  college.  I am married.  My wife works for Fred Meyer Jewelers.

10 She's a sales associate.  One daughter, age 2.  I hunt, I fish,

11 I fly, off-road.  I belong to Alaska Flying Network.  I've

12 never been in the military.  I don't make much expression of

13 public opinion other than a flag on my truck and a "God is my

14 co-pilot" bumper sticker.  And I have served on one jury

15 previously, on a civil case, and it was decided halfway through

16 the civil case that the evidence was not in question and the

17 judge was able to determine that case without us.

18         THE COURT:  Thank you.

19         JUROR NO. 13:  (Juror states name.)  Wasilla, Alaska.

20 I've lived here for 46 years.  I'm a substitute teacher with

21 the Mat-Su Borough School District.  Work history for the past

22 fives years -- I've worked with the Mat-Su School District.  I

23 also work contract with Knik Tribal Council.  Mat Valley

24 Timber, I did some work for, sales work for.  And then Alaska

25 Generator, I've done bookkeeping and customer service for them.

164

1    Have I ever worked for a court?  No.  Have you ever -- have I
2    ever worked for the United States?  No.  Highest level of
3    formal education, I graduated from school.  Marital status,
4    married.  My house -- my wife is a housewife.  Children, ages
5    9, 8, 7, 6 and 4.  And they are -- four of them are students
6    and the last one isn't in school yet.  Hobbies, stamp
7    collecting.  Clubs, Girl Scouts of America, National Rifle
8    Association, Alaska Water Fowl Association.  No military
9    service.  Do I make public expression of my opinion?  No.
10   Prior service on jury trials?  No.

11              THE COURT:  Thank you.

12              JUROR NO. 14:  (Juror states name.)  And I live in
13   Soldotna.  My length of residence in Alaska is 30 years.  I
14   work for First National Bank Alaska.  I've been there about 12
15   years, 13 years.  I work as a teller and in new accounts.  I've
16   not worked for a court.  I've not worked for the United States.
17   I've had one year of college and some extra courses besides
18   that.  I'm divorced.  My children's ages are 36, 34, 28.  I
19   have a Slope worker, I have a schoolteacher and a homemaker.
20   I'm very involved in my church.  I'm treasurer.  I've been for
21   several years.  I play musical instruments.  I'm very involved
22   with music.  I also use my talents in the community in various
23   things.  I've not had any military service.  I don't make
24   public expressions of my opinion.  And I did do a jury trial
25   back in, I believe it was '81 or '82, here.  It was for an

1  illegal alien.  He was from Mexico, I believe.  Anyway, he was
2  convicted.

3          THE COURT:  Thank you.

4          JUROR NO. 15:  (Juror states name.)  I live in
5  Wasilla, and next month will be eight years up here in Alaska.
6  I work for Spenard Builders Supply in Wasilla as a -- formerly
7  a shipping and receiving clerk.  I just acquired my class A
8  commercial driver's license so I'm now driving for them.  I
9  have never worked for the court and never worked for the United
10 States.  I do have a high school diploma.  I am married and my
11 wife works as a department manager at Wal-Mart in Wasilla.  I
12 do have a daughter who's 30.  She lives down in Oregon and I
13 have no idea at this -- this time what she's doing.  My hobbies
14 are, I love riding my Harley-Davidson and I also love doing
15 research on anything to do with special operations that
16 happened during the Vietnam War, and also anything to do with
17 submarines.  And the only organization I belong to is Alcoholic
18 Anonymous.  I have no prior military service.  I do not make
19 public expressions of my opinion.  And I never had any prior
20 service on a trial jury.

21         THE COURT:  Thank you.

22         JUROR NO. 16:  (Juror states name.)  I live here in
23 Anchorage.  I've been in Alaska all my life, 23 years.  I just
24 recently got -- started to work for Pinkerton Security.  I've
25 been working retail -- several retail stores the last two or

166

1    three years.  I've never worked for a court.  I've never worked
2    for the United States.  My highest level of education is high
3    school.  I'm not married.  I don't have any kids.  I don't have
4    any hobbies.  I don't belong to any clubs or churches.  I
5    haven't been in the military.  I don't -- I don't let anybody
6    know what my opinion is, period, let alone publicly.  And I
7    have never served on a jury.

8              THE COURT:  Thank you.  Could you hand the microphone
9    to the lady in the front row?  Thank you.

10             JUROR NO. 17:  (Juror states name.)  I live right
11   outside of Palmer.  I've been there for four and a half years.
12   My occupation -- I am the publisher for the local newspaper in
13   the valley.  My work history has been in newspaper for the past
14   21 years.  I've never worked for the court and I've never
15   worked for the United States.  I have some college education.
16   I am married.  My husband is the general manager for Allied
17   Automotive.  We have four children, 27, 25, 23, 19.  The oldest
18   is a press operator.  We have a medical receptionist, a clerk
19   and an advertising assistant.  Hobbies is fishing and cross-
20   stitch.  I do belong to Rotary as well as to three Chambers of
21   Commerce.  I was not in the military.  As far as making public
22   expressions of my opinion, although my own personal opinion
23   doesn't get published in the newspaper, I do lend a hand to our
24   editorial pieces on occasion.  And I have no prior service on
25   juries.

1          THE COURT:   Thank you.

2          JUROR NO. 18:   (Juror states name.)   I live here in

3     Anchorage.   I've lived in Alaska 27 years.   I work for ICO

4     Financial Services and I'm a financial services associate.   I

5     worked 15 years at the Port of Anchorage for Totem Motion

6     Trailer Express, got bored and went to work for a friend who's

7     a dentist for three years prior to that.   I've never worked for

8     a court, never worked for the United States.   Graduated from

9     high school.   I'm married, and my spouse is a technician and he

10    has his own company.   I have a son, 24.   He works for the

11    Anchorage School District.   I like hiking and biking.   No

12    military service.   No public expression of my opinion.   And no

13    trial juries.

14          THE COURT:   Thank you.

15          JUROR NO. 19:   (Juror states name.)   I live in

16    Soldotna.   I've lived there for 35 years.   I'm a machinist by

17    trade.   I worked in the oil patch for almost 20 years and now I

18    work for UAA.   I'm a shop teacher.   I've never worked for the

19    court.   I worked for the Department of the Interior for the

20    Forest Service in 1960.   I have an associates degree and I'm a

21    journeyman machinist.   Yes, I'm married.   My wife is a school

22    teacher and she works part-time for the university.   We have

23    six children, 34, 32, 30, 28, 26 and 20.   One is a medical

24    researcher, one is a bookkeeper, three are teachers, and one --

25    the youngest one is a student.   I like to hike and boat, and I

1    get involved with doing mechanical repair for -- for
2    handicapped people.  I have not served in the military.  I keep
3    a low profile, although I do flags and stickers.  Prior service
4    on juries, I've served a number of times in Kenai on different
5    juries.

6              THE COURT:  Do you remember anything about any of
7    those cases in Kenai?

8              JUROR NO. 19:  Yes, sir.  I do.  It'd take quite a bit
9    of time.  I've served quite a number of times.

10             THE COURT:  More than five times?

11             JUROR NO. 19:  Yes, sir.  Try more than 10?  Yes, sir.

12             THE COURT:  Oh.  How about in the last 10 years, how
13   many times have you served?

14             JUROR NO. 19:  Four.

15             THE COURT:  Can you tell us about the most recent
16   three or four that you can remember?

17             JUROR NO. 19:  Yes, sir.  I served on a civil case two
18   years ago that a man put his eye out and there was a -- he was
19   suing a tool company.  I served on a Fish and Game violation
20   before that.

21             THE COURT:  Do you remember how that one came out?

22             JUROR NO. 19:  Yes, sir.  It couldn't be proved.  I
23   served on a case where -- where a fellow took his son outside
24   to visit relatives and it was against the court's wishes, and
25   he was convicted of contributing to the delinquency of a minor.

TAMSCRIPTS - (407) 273-2627

1    THE COURT:  Do you remember any other criminal cases?

2    JUROR NO. 19:  No, sir.  I don't.

3    THE COURT:  All right.  Thank you.

4    JUROR NO. 20:  (Juror states name.)  I live in

5    Anchorage.  I've lived here for 30 years.  I've worked as a

6    secretary at Alaska Sales and Service for 14 years.  I've never

7    worked for the court or for the United States.  I graduated

8    high school.  I am married.  My husband is a union painter.  I

9    have a stepson who is six.  I like to do crafts.  No military.

10   I do not express my opinion in public.  And I have been on a

11   jury.  It was a reckless driving of some sort.  I can't

12   remember.  I think he was guilty.  It was quite a while ago.

13   THE COURT:  Just the one jury trial?

14   JUROR NO. 20:  Pardon me.

15   THE COURT:  Just the one trial?

16   JUROR NO. 20:  Yes.

17   THE COURT:  All right.  Thank you.

18   JUROR NO. 21:  (Juror states name.)  I live in Eagle

19   River.  I've been in Alaska off and on since 1984, but the

20   state's always been my residency because I was in the military.

21   I currently work out at Elmendorf Air Force Base for Raytheon

22   Corporation.  I've been working out there since -- since I

23   retired.  I've never worked for the court.  Yes, I've worked

24   for the United States, 21 years in the United States Navy and

25   now as a defense contractor.  My highest level of education,

1   I've got a bachelor of arts degree.  My marital status, I've
2   been married twice.  My first wife passed away.  My second wife
3   is currently employed by Frontier Travel.  Children from my
4   first wife, I have two sets of twin boys.  One set is 21 years
5   old, the other set is 16.  One of the 21-year-olds goes to the
6   United States Naval Academy.  The other one goes -- is
7   stationed aboard the USS Enterprise.  And the two 16-year-olds
8   are students out there at Chugiak.  My hobbies are hunting,
9   fishing, flying, scuba diving.  My military service -- I spent
10   21 years in the Navy.  I retired as a torpedoman master chief.
11   Do you make -- I don't make public expressions of my opinion,
12   other than I have two decals that say "Go Navy.  Beat Army."
13   And the other one, I've never served on a trial jury in the
14   civil courts.  But I did serve on two court marshals while I
15   was in the Navy.

16           THE COURT:  Thank you.

17           JUROR NO. 22:  (Juror states name.)  I've lived here
18   in Anch- -- not in Anchorage -- within the state for 32 years.
19   Currently, I'm a writer and a consultant on school
20   construction.  I'm doing some contract work right now for
21   Chugach Electric and will be there for a while yet.  I have
22   never worked for the court system.  I've never worked as a
23   civilian for the United States government.  I've got a
24   doctorate.  I'm married.  My wife is a manager for Federal
25   Express Corporation.  I've raised three daughters.  One is here

171

1    in Anchorage and works for the federal government.  It used to
2    be called the Parks Service.  They call it something else now.
3    And the other two are scientists and do quantum options, and
4    work for the United States government in Albuquerque, and they
5    tell me if they told me exactly what they did for a living
6    they'd have to kill me.  That's true.  I did -- hobbies, I'm a
7    photographer, a perfect example of a hobby that's gotten
8    completely out of control.  I take too many pictures.  I
9    discharged from the United States Air Force.  Having lived in a
10   house with four very powerful women for so many years, I have
11   no opinions.

12        (Laughter)

13        JUROR NO. 22:  So, therefore, none publicly expressed.
14   I did serve on a jury in the early '70s.  It was a guy that was
15   busted in a sting operation for game violations.  And about
16   half the counts were -- he was found guilty, and half he was
17   found innocent.  And that's it.

18        THE COURT:  Thank you.

19        JUROR NO. 23:  (Juror states name.)  I live in
20   Nikiski, Alaska.  I've lived in Alaska for about 12 years.
21   Right now I'm a student and I have two part-time jobs, one at a
22   restaurant and the other as a child care provider.  I've never
23   worked for the court.  I've never worked for the United States.
24   I have a bachelors degree in psychology and I'm working on a
25   bachelors degree in nursing.  I'm married.  My husband is

1    normally in finance but for the summer he's working as a
2    construction worker.  I have no children.  My hobbies are
3    skiing, swimming, working out, any kind of arts and crafts.  I
4    have no military experience.  I do not make public expressions
5    of my opinion.  And I have never been on a trial jury, but I
6    was on a grand jury once.
7             THE COURT:  Thank you.
8             JUROR NO. 24:  (Juror states name.)  I live in
9    Anchorage.  I've been here about 23 years.  I am a director of
10   management information systems at GCI.  I have never worked for
11   a court.  I worked briefly as a consultant with FAA in the mid
12   '80s for about six months.  That was on a (indiscernible)
13   project.  I have a masters of science in electrical
14   engineering.  I'm married.  My wife is a retail clerk at
15   Portfolio.  I have two children, ages 17 and 15.  They are both
16   students.  I am very active in church, Boy Scouts of America.
17   I enjoy most outdoor sports.  I'm a firearms enthusiast and
18   interested in genealogy.  I have no military service.  I don't
19   make public expressions of my opinions, but I reserve that
20   right.  I do have prior service on a civil case, and that was
21   about four years ago.  The jury ended up deadlocked, 8 to 4 or
22   9 to 3.
23            JUROR NO. 25:  (Juror states name.)  I live in
24   Anchorage.  I've lived in Alaska 28 years.  I do not have a
25   job.  For the last five years, I was general counsel to the

TAMSCRIPTS · (407) 273-2627

1   International Brotherhood of Electrical Workers, Local 1547.
2   I've never worked for a court.  I've never worked for the
3   United States.  I graduated from law school.  I'm married.  My
4   husband is a self-employed lawyer who represents injured
5   workers in worker's compensation cases.  I have no children.  I
6   garden and I belong to various gardening associations.  I have
7   not been in the military.  I don't make public expressions of
8   my opinion.  I've not been on a jury.
9           THE COURT:  Thank you.
10          JUROR NO. 26:  (Juror states name.)  I live in Palmer,
11  Alaska.  I have lived there for about 14 years.  I work for the
12  Anchorage Neighborhood Health currently as the medical records
13  supervisor.  During the six years that I've worked there, I've
14  also been the business officer manager and a site manager for
15  our 10th Avenue office.  I've never worked for a court.
16  Haven't worked for the United States.  Have a high school
17  diploma with some additional medical classes.  I'm married, and
18  my husband works for Nabors Drilling Alaska on the North Slope
19  as a forklift driver.  I have two children, a boy who is 23 who
20  works at (indiscernible), and a girl aged 20.  She works in
21  retail sales.  I do crafting.  Haven't been in the military.
22  Do not express public opinion.  And I was on jury duty last
23  October in Palmer for an assault case.
24          THE COURT:  Do you remember how the jury verdict came
25  out?

1        JUROR NO. 26:  They convicted him.

2        THE COURT:  Thank you.

3        JUROR NO. 27:  (Juror states name.)  I live in Eagle

4    River, and I've lived in Alaska 47 years.  Locomotive engineer

5    with the Alaska Railroad.  And I've never worked in a court.

6    And from 1976 to 1985, when the state bought the railroad, I

7    worked for the federal government.  High school education.  I'm

8    married.  My wife works for the Center for Disease Control as a

9    computer programmer.  I have three children, 23, 19 and 16.

10   They're all students.  One works for Anchorage Refuse during

11   the summer when he's here.  And hunting and fishing and

12   snowmachining for hobbies.  And no military service.  I don't

13   make public expressions of my opinion.  And no prior trial

14   service.

15       THE COURT:  Thank you.

16       JUROR NO. 28:  (Juror states name.)  I live here in

17   Anchorage.  I've lived in Alaska for 21 years.  I'm an

18   archeologist with the Bureau of Indian Affairs.  I've been in

19   that job for the last 17 years.  I've never worked for a court.

20   The Bureau of Indian Affairs is part of the Department of

21   Interior of the U.S.  I have a master of arts degree.  I'm

22   married.  My wife works as a counselor in the science and

23   technology program of the small business development center at

24   UAA.  No children.  Hobbies, reading and a variety of outdoor

25   activities.  I've never served in the military.  I don't make

175

1  public expressions of my opinion. And I've never previously
2  served on a trial jury.

3          THE COURT: All right. Thank you very much. Could we
4  collect the microphone. Could you get the microphone? All
5  right. Ladies and gentlemen, we've reached that point in the
6  proceedings where the parties are allowed to exercise their
7  peremptory challenges. In a felony prosecution such as this,
8  the defendant has 10 and the government has 6. I believe the
9  Clerk has provided you a list on which you can exercise your
10 challenges. If she hasn't, she will. And we'll go off the
11 record while the parties do that.

12         THE CLERK: Off record.

13     (Off record at 2:28 p.m., until 2:29 p.m.)

14     (Jury panel in)

15         THE COURT: Back on the record. We'll go ahead and
16 take our afternoon recess now while the parties exercise their
17 peremptory challenges, and I'll ask that you be back in the
18 jury assembly room in 10 minutes. And we should be able to
19 start back here in the courtroom in 15 minutes. I'll ask the
20 parties to exercise their peremptory challenges while we're off
21 the record and then I'll -- I'll come back and we'll address
22 that and then bring the jury back.

23         MR. COOPER: Thank you, Your Honor.

24         THE CLERK: Off record.

25     (Recess at 2:29 p.m., until 2:53 p.m.)

176

1          (Jury panel out)
2               THE CLERK:  All rise.  United States District Court
3     for the District of Alaska is again in session.  Please be
4     seated.
5               THE COURT:  All right.  Have you each had an
6     opportunity to exercise your peremptory challenges?
7               MR. COOPER:  Yes, Your Honor.  Thank you.
8               THE COURT:  All right.
9               THE CLERK:  The list has been conformed, Your Honor.
10              THE COURT:  All right.  And are there any -- have you
11    each seen what the other did?
12              MR. DIENI:  No.
13              MR. COOPER:  No.
14              THE COURT:  No.  All right.  You need to -- you need
15    to do that so we can see if there are any Battson challenges.
16         (Pause - side conversing)
17              THE COURT:  Mr. Cooper, any Battson challenges?
18              MR. COOPER:  No, Your Honor.  Thank you.
19              THE COURT:  Mr. Dieni, any Battson challenges?
20              MR. DIENI:  No, sir.
21              THE COURT:  All right.  I think -- you say the list is
22    conformed?
23              THE CLERK:  Yes, Your Honor.
24              THE COURT:  All right.  Let's bring the prospective
25    jurors back then, please.  We'll go off record while we wait

TAMSCRIPTS - (407) 273-2627

177

1    for them.

2              THE CLERK:  Off record.

3         (Audio Server, Log No. 2:54:28)

4         (This Portion Not Requested)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

178

1                              CERTIFICATION

2

3         I certify that the foregoing is a correct transcript from

4    the electronic sound recording of the proceedings in the above-

5    entitled matter.

6

7    _____                    5/12/06
     Tammie Heinrich, Transcriber                _____
8                                                Date

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25