1  Roman E. Darmer II (Bar No. 212578)
   HOWREY LLP
2  2020 Main Street, Suite 1000
   Irvine, California 92614
3  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
4  Email: darmerr@howrey.com

5  Attorneys for Plaintiff
   Robert A. Long

6

7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF ALASKA

10

11  UNITED STATES OF AMERICA,       ) Case Nos.
                                    ) 3:02 CR-00031-JVS;
12              Plaintiff,          ) 3:04 CV-00286-JWS
                                    )
13       vs.                        ) **PETITIONER ROBERT A. LONG'S**
                                    ) **NOTICE OF MOTION AND MOTION**
14  ROBERT A. LONG,                 ) **FOR EXTENSION OF TIME TO**
                                    ) **REPLY TO PLAINTIFF'S**
15              Petitioner.         ) **OPPOSITION TO MOTION FOR**
                                    ) **MISCELLANEOUS RELIEF**
16                                  )
                                    ) Judge: Hon. James V. Selna
17                                  )
                                    ) Date:      None
18  _____  ) Time:      None
                                      Ctrm:      None
19

20

21

22

23

24

25

26

27

28

**HOWREY LLP**

PETITIONER'S NOTICE OF MOTION & MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S
OPPOSITION TO MOTION FOR MISC. RELIEF - Case No. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US:20830797_1

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that the petitioner Robert A. Long, through counsel, hereby seeks an Order of this Court extending Petitioner Long's time to file his reply to Plaintiff's Objection to Petitioner's Motion for Miscellaneous Relief by an additional three weeks from Petitioner's reply due date October 29, 2007, to and including November 19, 2007.

This application is based on this Notice, the accompanying Declaration of Roman E. Darmer II, Esq., appointed counsel for Mr. Long, and the Motion submitted herewith.

Dated:  October 23, 2007                          HOWREY LLP


   /s/  Roman E. Darmer II
Howrey LLP
2020 Main Street, Suite 1000
Irvine, CA  92614
Phone:  (949) 759-3950
Fax:  (949) 721-6910
E-mail:  darmerr@howrey.com
CA State Bar No. 212578

HOWREY LLP

DM_US:20830797_1

# MOTION

Petitioner Robert E. Long, through counsel, moves for an extension of time in which to file its Reply or other appropriate pleading to Plaintiff's Opposition to Petitioner's Motion for Miscellaneous Relief (Docket. No. 321), filed on October 15, 2007. As set forth in the affidavit of counsel filed herewith, Petitioner's motion for additional time is not opposed, is reasonable and no prejudice will result to any party load.

Petitioner respectfully requests until November 19, 2007 to file a reply brief in this matter.

The request for an extension is not made for the purposes of harrassment or delay.

# CONCLUSION

For all the foregoing reasons, Mr. Long respectfully requests that the Court issue an order substantially in the form submitted herewith extending Petitioner's time to respond to the Plaintiff's Objection to Petitioner's Motion for Miscellaneous Relief by an additional three weeks from October 29, 2007.

Respectfully submitted,

Dated:  October 23, 2007          HOWREY LLP


  s/  Roman E. Darmer II
Howrey LLP
2020 Main Street, Suite 1000
Irvine, CA  92614
Phone:  (949) 759-3950
Fax:  (949) 721-6910
E-mail:  darmerr@howrey.com
CA State Bar No. 212578

HOWREY LLP

DM_US:20830797_1

# CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, a copy of the foregoing document **PETITIONER ROBERT A. LONG'S NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR MISCELLANEOUS RELIEF** was served electronically and by regular U.S. mail upon the following:

**ELECTRONIC & U.S. MAIL**
Daniel R. Cooper, Jr.
Assistant U.S. Attorney
United States District Court of Alaska
United States Attorney's Office
222 W. 7th Ave., #9, Room 253
Anchorage, Alaska 99513-7567
907-271-3376 (direct line)
907-271-2344 (fax line)
Daniel.cooper@usdoj.gov

**U.S. MAIL**
Honorable James V. Selna, Judge
U.S. Central District Court of California
Ronald Reagan Federal Bldg. and U.S. Courthouse
411 West Fourth Street, 8th Floor
Santa Ana, CA 92701
JVS_Chambers@cacd.uscourts.gov

**ELECTRONIC & U.S. MAIL**
Mr. Robert A. Long
P. O. Box 3526
Seward, Alaska 99664
xtrapper@msn.com

By:   /s/   Roman E. Darmer II

HOWREY LLP

DM_US:20830797_1