Roman E. Darmer II (212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner
Robert A. Long

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROBERT A. LONG,<br><br>    Petitioner. | Case Nos.:<br>3:02 CR-00031-JVS<br>3:04 CV-00286-JWS<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO MOTION FOR MISCELLANEOUS RELIEF**<br><br>Judge: Hon. James V. Selna<br><br>Date:       NONE<br>Time:       NONE<br>Est. time:  NONE |

**HOWREY LLP**

[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO MOTION FOR MISC.RELIEF-Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US:20830863_1

1  GOOD CAUSE APPEARING,

2  IT IS HEREBY ORDERED that the time for petitioner Robert E. Long to
3  respond to Plaintiff's Objection to Petitioner's Motion for Miscellaneous Relief shall be
4  extended for an additional three (3) weeks, to and including November 19, 2007.

6  Dated: October ___, 2007

8  HONORABLE JAMES V. SELNA
   UNITED STATES DISTRICT JUDGE

HOWREY LLP

-1-
[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S OPPOSITION TO MOTION FOR MISC.RELIEF-Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US:20830863_1

# CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, a copy of the foregoing document **[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE** was served electronically and by regular U.S. mail upon the following:

**ELECTRONIC & U.S. MAIL**
Daniel R. Cooper, Jr.
Assistant U.S. Attorney
United States District Court of Alaska
United States Attorney's Office
222 W. 7th Ave., #9, Room 253
Anchorage, Alaska 99513-7567
907-271-3376 (direct line)
907-271-2344 (fax line)
Daniel.cooper@usdoj.gov

**U.S. MAIL**
Honorable James V. Selna, Judge
U.S. Central District Court of California
Ronald Reagan Federal Bldg. and U.S. Courthouse
411 West Fourth Street, 8th Floor
Santa Ana, CA 92701
Jvs_chambers@cacd.uscourts.gov

**ELECTRONIC & U.S. MAIL**
Mr. Robert A. Long
P. O. Box 3526
Seward, Alaska 99664
xtrapper@msn.com

        s/ Roman E. Darmer II
Roman E. Darmer II

---

-2-
[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO MOTION FOR MISC.RELIEF-Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

HOWREY LLP

DM_US:20830863_1