1  Roman E. Darmer II (Bar No. 212578)
   HOWREY LLP
2  2020 Main Street, Suite 1000
   Irvine, California  92614
3  Telephone:  (949) 721-6900
   Facsimile:  (949) 721-6910
4  Email:  darmerr@howrey.com

5  Attorneys for Plaintiff
   Robert A. Long

6

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF ALASKA

10

11  UNITED STATES OF AMERICA,            ) Case Nos.
                                         ) 3:02-CR-00031-JVS;
12            Plaintiff,                 ) 3:04-CV-00286-JWS
                                         )
13       vs.                             )
                                         ) **DECLARATION OF ROMAN E.**
14  ROBERT A. LONG,                      ) **DARMER IN SUPPORT OF**
                                         ) **PETITIONER'S MOTION FOR**
15            Petitioner.                ) **EXTENSION OF TIME TO REPLY**
                                         ) **TO PLAINTIFF'S OPPOSITION TO**
16                                       ) **MOTION FOR MISCELLANEOUS**
                                         ) **RELIEF**
17  _____ )
                                         ) Judge:  Hon. James V. Selna
18
                                           Date:   None
19                                         Time:   None
                                           Ctrm:   None
20

21

22

23

24

25

26

27

28

**HOWREY LLP**

Case No.  3:02-CR-00031-JVS; 3:04-CV-00286-JWS
DECL. OF R. DARMER ISO PET.'S MOTION FOR EXTENSION OF TIME TO RESPOND ETC.

DM_US:20830857_1

1    I, Roman E. Darmer II, declare as follows:

2    I am a partner of the law firm of Howrey LLP, and I am a member in good

3 standing of the bar of the State of California and of this Court.  I am a member of the

4 Criminal Justice Act panel for the Southern Division of this District.

5    1.    Counsel for Petitioner Robert A. Long has moved the Court for a three

6 week extension of time in which to file the Reply to Plaintiff's Opposition to

7 Petitioner's Motion for Miscellaneous Relief.  The additional time is required for the

8 following reasons:

9    2.    On June 1, 2007, this Court conducted an evidentiary hearing in this matter

10 and set a post-hearing briefing schedule.  Thereafter, the briefing schedule was amended

11 at the request of the parties and order of the Court.

12    3.    Additional time is necessary for counsel to file a complete reply to the

13 government's submission.  Additional time is needed because of several deadlines that I

14 have in other matters.

15    4.    I have corresponded with Plaintiff's counsel, Daniel R. Cooper, Jr.,

16 concerning my request for additional time.  Mr. Cooper has stated he does not object to

17 this request for additional time.

18    5.    The request for an extension is not made for the purposes of harrassment or

19 delay.

20    6.    No prejudice will result from an extension of time.

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27

28

**HOWREY LLP**

-1-

DM_US:20830857_1

1    I declare under penalty of perjury under the laws of United States that the

2   foregoing is true and correct.

3    Executed this 23rd day of October 2007, at Irvine, California.

4

5

6                                        /s/   Roman E. Darmer II

7                                        Howrey LLP
                                         2020 Main Street, Suite 1000

8                                        Irvine, CA  92614
                                         Phone:  (949) 759-3950

9                                        Fax:  (949) 721-6910

10                                       E-mail:  darmerr@howrey.com
                                         CA State Bar No. 212578

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOWREY LLP**

-2-

Case No.  3:02-CR-00031-JVS; 3:04-CV-00286-JWS
DECL. OF ROMAN DARMER ISO PET.'S MOTION FOR EXTENSION OF TIME TO RESPOND ETC.

DM_US:20830857_1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOWREY LLP**

# CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, a copy of the foregoing document **DECLARATION OF ROMAN E. DARMER IN SUPPORT OF PETITIONER'S MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR MISCELLANEOUS RELIEF;** was served electronically and by regular U.S. mail upon the following:

**ELECTRONIC & U.S. MAIL**
Daniel R. Cooper, Jr.
Assistant U.S. Attorney
United States District Court of Alaska
United States Attorney's Office
222 W. 7th Ave., #9, Room 253
Anchorage, Alaska 99513-7567
907-271-3376 (direct line)
907-271-2344 (fax line)
Daniel.cooper@usdoj.gov

**U.S. MAIL**
Honorable James V. Selna, Judge
U.S. Central District Court of California
Ronald Reagan Federal Bldg.
 and U.S. Courthouse
411 West Fourth Street, 8th Floor
Santa Ana, CA  92701
Jvs_chambers@cacd.uscourts.gov

**ELECTRONIC & U.S. MAIL**
Mr. Robert A. Long
xtrapper@msn.com
P. O. Box 3526
Seward, Alaska  99664

By:   s/ Roman E. Darmer II

-3-
Case No.  3:02-CR-00031-JVS; 3:04-CV-00286-JWS
DECL. OF ROMAN DARMER ISO PET.'S MOTION FOR EXTENSION OF TIME TO RESPOND ETC.

DM_US:20830857_1