Roman E. Darmer II (212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner
Robert A. Long

RECEIVED
OCT 2 4 2007
Clerk, U.S. District Court
Anchorage, A.K.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT A. LONG,<br><br>Petitioner. | Case Nos.:<br>3:02 CR-00031-JVS<br>3:04 CV-00286-JVS<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO MOTION FOR MISCELLANEOUS RELIEF**<br><br>Judge: Hon. James V. Selna<br><br>Date: NONE<br>Time: NONE<br>Est. time: NONE |

HOWREY LLP

[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO MOTION FOR MISC.RELIEF-Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US:20830863_1

1  GOOD CAUSE APPEARING,

2  IT IS HEREBY ORDERED that the time for petitioner Robert E. Long to
3  respond to Plaintiff's Objection to Petitioner's Motion for Miscellaneous Relief shall be
4  extended for an additional three (3) weeks, to and including November 19, 2007.

6  Dated: October 23, 2007

**REDACTED SIGNATURE**
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

-1-
[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S OPPOSITION TO MOTION FOR MISC.RELIEF-Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US:20830863_1

HOWREY LLP