Roman E. Darmer II (Bar No. 212578)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California  92614
Telephone:  (949) 721-6900
Facsimile:   (949) 721-6910
Email:  darmerr@howrey.com

Attorneys for Petitioner
ROBERT A. LONG

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT A. LONG,<br><br>　　　　Petitioner. | Case Nos.<br>3:02 CR-00031-JVS;<br>3:04 CV-00286-JWS<br><br>**NOTICE OF CHANGE OF ADDRESS OF APPOINTED COUNSEL FOR PETITIONER**<br><br>Judge:  Hon. James V. Selna |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately, HOWREY LLP, appointed counsel for petitioner, Robert A. Long, in the above-captioned matter, has changed its address as follows:

>HOWREY LLP
>4 Park Plaza, Suite 1700
>Irvine, CA 92614

Phone/Facsimile Numbers to remain the same.

DATED:  December 5, 2007          HOWREY LLP

>  s/   Roman E. Darmer II
>Howrey LLP
>2020 Main Street, Suite 1000
>Irvine, CA  92614
>Phone:  (949) 759-3950
>Fax:  (949) 721-6910
>E-mail:  darmerr@howrey.com
>CA State Bar No. 212578

HOWREY LLP

-1-
NOTICE OF CHANGE OF ADDRESS FOR APPOINTED COUNSEL FOR PETITIONER
Case No.  3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US:20898246_1

# CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, a copy of the foregoing document **NOTICE OF CHANGE OF ADDRESS OF APPOINTED COUNSEL FOR PETITIONER** was served electronically and by regular U.S. mail upon the following:

**ELECTRONIC & U.S. MAIL**
Daniel R. Cooper, Jr., Esq.
Assistant U.S. District Attorney
Federal Building and U.S. Courthouse
222 West Seventh Avenue #9
Room 253
Anchorage, AL  99513-7567
daniel.cooper@usdoj.gov

**ELECTRONIC & U.S. MAIL**
Honorable James V. Selna, Judge
U.S. Central District Court of California
Ronald Reagan Federal Bldg. and U.S. Courthouse
411 West Fourth Street, 8th Floor
Santa Ana, CA  92701
JVS_Chambers@cacd.uscourts.gov

**ELECTRONIC & U.S. MAIL**
Mr. Robert A. Long
P. O. Box 3526
Seward, Alaska  99664
xtrapper@msn.com

          s/ Roman E. Darmer II
Roman E. Darmer II