Roman E. Darmer (SBN 212578)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner ROBERT A. LONG

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ROBERT A. LONG,<br>Petitioner. | Case Nos.:<br>3:02 CR-00031-JVS<br>3:04 CV-00286-JWS<br>**NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS AND TRANSCRIPTS**<br>[DECLARATION OF ROMAN E. DARMER; AND [PROPOSED] ORDER ARE FILED CONCURRENTLY HEREWITH]<br>Judge: Hon. James V. Selna<br>Hearing Date: NONE<br>Time: NONE<br>Est. time: NONE |

HOWREY LLP

NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS AND TRANSCRIPTS -- Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
DM_US:21080699_1

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Petitioner Robert A. Long, through counsel, hereby seeks an Order of this Court ordering the government to reimburse counsel for Mr. Long for expenses incurred in connection with discovery and the evidentiary hearing held in this matter pursuant to the Court's Order of January 26, 2007.

This motion is based on this Notice of Motion and Motion, and the accompanying Declaration of Roman E. Darmer, submitted herewith.

Respectfully submitted,

Dated: March 17, 2008     HOWREY LLP


/s/ Roman E. Darmer

Attorney for Petitioner
Robert A. Long

Howrey LLP
4 Park Plaza, Suite 1700
Irvine, CA  92614
Phone:  (949) 759-3950
Fax: (949) 721-6910
E-mail:  darmerr@howrey.com
CA State Bar No. 212578

HOWREY LLP

-1-
NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS AND TRANSCRIPTS -- Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
DM_US:21080699_1

**MOTION**

Petitioner Robert A. Long, by and through his appointed counsel Roman E. Darmer, respectfully states as follows:

1. On April 25, 2007, the Court ordered that subpoenas be issued by the Court to the individuals who served as jurors in the underlying criminal trial of Mr. Long.

2. The Court also authorized the parties to depose Debbie Lyons, formerly the electronic court reporter for Judge Sedgwick during Mr. Long's trial, as well as to take any other depositions that counsel for Mr. Long deemed necessary or appropriate.

3. On May 9-10, 2007, counsel for Mr. Long took the depositions of Tina Crump; James "Sunny" Caudill; Shannon Kimball; Steve DeHart; Marc McGowan; Debbie Lyons; Lew Sneddon; Robert McMorrow; Ron Reinhardt; Bill Potts; Joel Campbell; Elisa Singleton; Steve Payne; Marc Otte; and MikeWhite. The government attended and questioned all the witnesses.

4. Barkley Court Reporting Service ("Barkley") transcribed the depositions and ultimately provided transcripts to the parties for use at the evidentiary hearing and in post-hearing briefing.

5. The total amount invoiced by Barkley to Mr. Long was $6,171.99.

6. It is undisputed that the government is required to cover the expense for the deposition services rendered by Barkley in this case. Specifically, Federal Rule of Criminal Procedure 15 states:

> Depositions are now covered by the Federal Rules of Criminal Procedure, Rule 15. Expenses incurred in the taking of fact witness depositions (notarial fees, interpreters, transcripts, etc.) are paid by the Department of Justice, regardless of which party requested the deposition.

Administrative Office United States Courts, Guidelines for the Administrative of the Criminal Justice Act, Volume VII, Chapter III, Section 3.3(B).

HOWREY LLP

-2-

NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS AND TRANSCRIPTS -- Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US:21080699_1

The government has demonstrated no good faith basis for its refusal to comply with the applicable Rule.

For the reasons set forth in the accompanying Declaration of Roman E. Darmer, Petitioner Robert A. Long respectfully requests that this Court enter an order in the form submitted herewith ordering that appointed counsel for Mr. Long be reimbursed by the United States Attorney's Office for the District of Alaska for payment of invoices of Barkley Court Reporters, and that such payment be made within thirty (30) days from entry of the Court's Order.

Respectfully submitted,

Dated: March 17, 2008

HOWREY LLP

/s/ Roman E. Darmer

Attorney for Petitioner
Robert A. Long

Howrey LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614
Phone: (949) 759-3950
Fax: (949) 721-6910
E-mail: darmerr@howrey.com
CA State Bar No. 212578

-3-

HOWREY LLP

NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS AND TRANSCRIPTS -- Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US:21080699_1