Roman E. Darmer (SBN 212578)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner ROBERT A. LONG

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT A. LONG,<br><br>    Petitioner. | Case Nos.:<br><br>3:02 CR-00031-JVS<br>3:04 CV-00286-JWS<br><br>**[PROPOSED] ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS AND TRANSCRIPTS**<br><br>[NOTICE AND MOTION; AND DECLARATION OF ROMAN E. DARMER FILED CONCURRENTLY HEREWITH]<br><br>Judge: Hon. James V. Selna<br><br>Hearing Date:   NONE<br>Time:   NONE<br>Est. time:   NONE |

HOWREY LLP

[PROPOSED] ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS AND TRANSCRIPTS -- Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS
DM_US:21086732_1

1  GOOD CAUSE HAVING BEEN SHOWN,

2  IT IS HEREBY ORDERED that Roman E. Darmer, appointed counsel for
3  Petitioner Long, be reimbursed by the United States Attorney's Office for the District of
4  Alaska in the amount of $5,173.21, representing the invoiced amount by Barkley Court
5  Reporters in connection with discovery taken by Mr. Long pursuant to this Court's prior
6  Orders, which amount was previously paid by Mr. Darmer's firm to Barkley on March
7  13, 2008.

8  IT IS FURTHER ORDERED that the payment shall be made within thirty (30)
9  days from entry of this Order.

10

11 Dated: March __, 2008

12  HON. JAMES V. SELNA
    United States District Court Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HOWREY LLP

-1-
[PROPOSED] ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR
DEPOSITIONS AND TRANSCRIPTS -- Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US:21086732_1