Roman E. Darmer (Bar No. 212578)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner Robert A. Long

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT A. LONG,<br><br>    Petitioner. | Case Nos.<br>3:02-CR-00031-JVS;<br>3:04-CV-00286-JWS<br><br>**DECLARATION OF ROMAN E. DARMER IN SUPPORT OF PETITIONER'S MOTION FOR AN ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS AND TRANSCRIPTS**<br><br>[NOTICE OF MOTION AND MOTION; AND [PROPOSED] ORDER ARE FILED CONCURRENTLY HEREWITH]<br><br>Judge: Hon. James V. Selna<br><br>Hearing Date:   NONE<br>Time:   NONE<br>Est. time:   NONE |

HOWREY LLP

DECL. OF R. DARMER IN SUPPORT OF PETITIONER'S MOTION FOR AN ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS & TRANSCRIPTS-Case #3:02-CR-00031-JVS;3:04-CV-00286-JWS
DM_US:21086911_1

I, Roman E. Darmer II, declare as follows:

I am a partner of the law firm of Howrey LLP, and I am a member in good standing of the bar of the State of California and of this Court. I am a member of the Criminal Justice Act panel for the Southern Division of this District.

1. Mr. Long is indigent and therefore CJA counsel was appointed to represent him. He cannot pay for disbursements related to this litigation.

2. On January 26, 2007, this Court issued an order ("Order") providing for a hearing to be held on the recusal issue raised in Mr. Long's response to the Pending Motions. Following submission of a joint report of the parties, the Court set a date of June 1, 2007 for an evidentiary hearing and authorized certain limited discovery to be completed prior to that date.

3. On April 30, 2007, the Court ordered that subpoenas be issued by the Court to the individuals who served as jurors in the underlying criminal trial of Mr. Long.

4. On May 9 and May 10, 2007, depositions of the following individuals were taken by the parties in this matter: Tina Crump; James Caudill; Shannon Kimball; Steve DeHart; Marc McGowan; Debbie Lyons; Lew Sneddon; Robert McMorrow; Ron Reinhardt; Bill Potts; Joel Campbell; Elisa Singleton; Steve Payne; Marc Otte; and Mike White. The government attended and asked questions.

5. On May 17, 2007 the Court ordered that Mr. Tucker be included on the list of jurors in the April 25, 2007 Order.

6. Barkley Court Reporters ("Barkley") transcribed all of the depositions and prepared transcripts of those depositions.

7. On or about May 18, 2007, Petitioner and AUSA Daniel Cooper received copies of all transcripts from Barkley for the above described deposition witnesses, together with the invoice. Attached hereto as Exhibit "A" is a copy of Barkley's original invoices dated June 4, 2007 for $2,968.28 and $6,171.99 totaling $9,140.27 for all depositions and transcripts.

HOWREY LLP

-1-
DECL. OF R. DARMER IN SUPPORT OF PETITIONER'S MOTION FOR AN ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS & TRANSCRIPTS-Case #3:02-CR-00031-JVS;3:04-CV-00286-JWS
DM_US:21086911_1

8. My office had a series of discussions with the Federal Defender's Office in this District to determine how payment of Mr. Long's share of the outstanding invoices should be obtained and whether Mr. Long needed to submit a proposed Order to the Court. That office informed us that CJA funds were not available for reimbursement because the government is required t pay pursuant to Fed. R. Crim. P. 15.

9. On October 2, 2007, Barkley provided Mr. Long with an invoice for $6,171.99, purporting to be the amount owed by Mr. Long, representing the costs of the original transcripts. The government paid $2,968.28 for its copy of the transcripts. The U.S. Attorney's office initially refused to pay anything more than the cost of its copy, or $2,968.28. Attached hereto as Exhibit "B" is a copy of AUSA Cooper's letter dated October 16, 2007.

10. On January 28, 2008, my office received a call from a credit manager at Barkley, requesting payment of the past due invoices. She agreed to reduce the amount of the outstanding invoice to $5,173.21, a reduction of $998.78, if the balance was paid immediately. Attached hereto as Exhibit "C" is a copy of the revised invoice for $5,173.21.

11. On or about February 12, 2008, we received a call from Debbye Minzenmayer of the Federal Defender's Office for the District of Alaska, who stated that after several telephone calls and discussions with AUSA Cooper, she had been informed that the U.S. Attorney's Office had agreed to pay the court reporters' past due invoices. Ms. Minzenmayer requested that we forward a copy to that office.

12. After these discussions with the Federal Defender's office for the District of Alaska, I understood that the U.S. Attorney Office would pay for the deposition costs incurred in connection with this matter and that further order for payment would not be necessary.

HOWREY LLP

-2-

DECL. OF R. DARMER IN SUPPORT OF PETITIONER'S MOTION FOR AN ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS & TRANSCRIPTS -Case #3:02-CR-00031-JVS;3:04-CV-00286-JWS
DM_US:21086911_1

13. On February 12, 2008, our office immediately faxed and electronically mailed a copy of the Barkley invoice in the amount of $5,173.21. Attached hereto as Exhibit "D" is a copy of said facsimile.

14. On February 12, 2008, AUSA Cooper acknowledged receipt of our facsimile by electronic email and confirmed that he would forward it to his accounts payable department for processing. Attached hereto as Exhibit "E" is a copy of AUSA Cooper's email.

15. On March 7, 2008, our office received a call from Suzanne Busby of the U.S. Attorney's Office, in which she indicated that the government would not pay the outstanding invoice of $5,173.21 without further order of the Court.

16. Since November 2007, my office has received regular phone calls from Barkley demanding payment, particularly in light of the discount provided for prompt payment.

17. Given the position taken by the government on March 7, 2008, almost a month after we had been informed that the U.S. Attorney's Office would pay the invoices, my firm issued a check in the amount of $5,173.21 to Barkley. Attached hereto as Exhibit "F" is a copy of our letter enclosing said check.

18. The delay in processing the payment to Barkley is the result of confusion on the part of the government and was not the fault of Barkley or Mr. Long. Accordingly, Barkley was entitled to be paid its discounted invoices amount and Mr. Long's appointed counsel is entitled to prompt reimbursement of the invoices for the amount that it paid.

19. I believe that the reimbursement requested in the proposed Order submitted herewith is reasonable and appropriate.

20. Given that the government is required to pay for these deposition expenses under the plain language of Fed. R. Crim. P. 15, it should be required to reimburse counsel for Mr. Long forthwith and if payment is not forthcoming within 30 days of

HOWREY LLP

-3-
DECL. OF R. DARMER IN SUPPORT OF PETITIONER'S MOTION FOR AN ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS & TRANSCRIPTS -Case #3:02-CR-00031-JVS;3:04-CV-00286-JWS
DM_US:21086911_1

1  the Court's Order, should be required to show cause why it has failed to comply with
2  its clear obligation under the Rules.
3     I declare under penalty of perjury under the laws of United States that the
4  foregoing is true and correct.
5     Executed this 17th day of March 2008, at Irvine, California.

                /s/ Roman E. Darmer

                Attorney for Petitioner
                Robert A. Long

                Howrey LLP
                4 Park Plaza, Suite 1700
                Irvine, CA  92614
                Phone:  (949) 759-3950
                Fax:  (949) 721-6910
                E-mail:  darmerr@howrey.com
                CA State Bar No. 212578

HOWREY LLP

-4-

DECL. OF R. DARMER IN SUPPORT OF PETITIONER'S MOTION FOR AN ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS & TRANSCRIPTS -Case #3:02-CR-00031-JVS;3:04-CV-00286-JWS
DM_US:21086911_1