# EXHIBIT A

# STATEMENT

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611

| Account No. | Date |
|---|---|
| C8542 | 12/31/2007 |

Roman Darmer, II, Esq.
Howrey, LLP - (IR)
4 Park Plaza #1700
Irvine, CA 92614

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $0.00 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $6,171.99 | **$6,171.99** |

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 5/18/2007 | 332530 | 1,144.88 | 5/9/2007 | Tina Crump | U.S. v. Long |
| 5/18/2007 | 332532 | 511.49 | 5/9/2007 | James "Sunny" Caudill | U.S. v. Long |
| 5/18/2007 | 332534 | 248.75 | 5/9/2007 | Shanon Kimball | U.S. v. Long |
| 5/18/2007 | 332535 | 221.52 | 5/9/2007 | Steve DeHart | U.S. v. Long |
| 5/18/2007 | 332536 | 187.19 | 5/9/2007 | Marc McGowan | U.S. v. Long |
| 5/18/2007 | 332539 | 1,391.58 | 5/10/2007 | Debbie Lyons | U.S. v. Long |
| 5/18/2007 | 332544 | 187.19 | 5/9/2007 | Lew Sneddon | U.S. v. Long |
| 5/18/2007 | 332553 | 187.19 | 5/9/2007 | Robert McMorrow | U.S. v. Long |
| 5/18/2007 | 332557 | 230.30 | 5/9/2007 | Ron Reinhardt | U.S. v. Long |
| 5/18/2007 | 332562 | 239.95 | 5/9/2007 | Bill Potts | U.S. v. Long |
| 5/18/2007 | 332566 | 237.62 | 5/10/2007 | Joel Campbell | U.S. v. Long |
| 5/18/2007 | 332573 | 189.48 | 5/10/2007 | Elisa Singleton | U.S. v. Long |
| 5/18/2007 | 332575 | 594.09 | 5/10/2007 | Special FBI Agent Steve Payne | U.S. v. Long |
| 5/18/2007 | 332577 | 381.76 | 5/10/2007 | Marc Otte | U.S. v. Long |
| 5/18/2007 | 332585 | 219.00 | 5/10/2007 | Mike White | U.S. v. Long |

**Tax ID:** 33-0381238

Phone: 949-721-6900     Fax:949-721-6910

*Please detach bottom portion and return with payment.*

Roman Darmer, II, Esq.
Howrey, LLP - (IR)
4 Park Plaza #1700
Irvine, CA 92614

Account No.   :   C8542
Date            :   12/31/2007

**Total Due**    :   **$ 6,171.99**

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles, CA 90074**

Exhibit A
Page 5

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Amount to Charge:
Cardholder's Signature:

OCT-16-2007 08:34 From:CIVIL FAX RM          2712344          To:310 867 2611          P.3/4

# STATEMENT

**BARKLEY**
Court Reporters
barkley.com

*File No. 50217*
*Los Angeles, CA 90074-0217*
*Tel 800.222.1231 · Fax 310.867.2611*

| Account No. | Date |
|---|---|
| C46782 | 6/4/2007 |

7007 JUN -6 AM 10: 08

RECEIVED
US ATTORNEY OFFICE

| Current | 30 Days | 60 Days |
|---|---|---|
| $2,968.28 | $0.00 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | $2,968.28 |

Daniel Cooper, Jr., Esq.
U.S. Attorney Civil Division
222 West 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 5/18/2007 | 332541 | 606.22 | 5/10/2007 | Debbie Lyons | U.S. v. Long |
| 5/18/2007 | 332542 | 518.13 | 5/9/2007 | Tina Crump | U.S. v. Long |
| 5/18/2007 | 332543 | 226.98 | 5/9/2007 | James "Sunny" Caudill | U.S. v. Long |
| 5/18/2007 | 332545 | 84.56 | 5/9/2007 | Lew Sneddon | U.S. v. Long |
| 5/18/2007 | 332550 | 113.47 | 5/9/2007 | Shanon Kimball | U.S. v. Long |
| 5/18/2007 | 332554 | 124.16 | 5/9/2007 | Robert McMorrow | U.S. v. Long |
| 5/18/2007 | 332558 | 96.95 | 5/9/2007 | Ron Reinhardt | U.S. v. Long |
| 5/18/2007 | 332563 | 109.34 | 5/9/2007 | Bill Potts | U.S. v. Long |
| 5/18/2007 | 332567 | 129.24 | 5/10/2007 | Joel Campbell | U.S. v. Long |
| 5/18/2007 | 332570 | 92.55 | 5/9/2007 | Steve DeHart | U.S. v. Long |
| 5/18/2007 | 332572 | 124.16 | 5/9/2007 | Marc McGowan | U.S. v. Long |
| 5/18/2007 | 332574 | 123.94 | 5/10/2007 | Elisa Singleton | U.S. v. Long |
| 5/18/2007 | 332576 | 281.47 | 5/10/2007 | Special FBI Agent Steve Payne | U.S. v. Long |
| 5/18/2007 | 332578 | 209.35 | 5/10/2007 | Marc Otte | U.S. v. Long |
| 5/18/2007 | 332586 | 127.76 | 5/10/2007 | Mike White | U.S. v. Long |

**Tax ID:** 33-0381238

Phone: 907-271-5071   Fax:

*Please detach bottom portion and return with payment.*

Daniel Cooper, Jr., Esq.
U.S. Attorney Civil Division
222 West 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

Account No.  :  C46782
Date         :  6/4/2007

**Total Due**  :  **$ 2,968.28**

**PAYMENT WITH CREDIT CARD**    AMEX   MASTERCARD   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Amount to Charge:
Cardholder's Signature:

Remit To:  **Barkley Court Reporters**
**File No 50217**
**Los Angeles, CA 90074-0217**

Exhibit ___A___
Page ___6___

# EXHIBIT B



**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

_____

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*      Commercial: (907) 271-5071
*Anchorage, Alaska 99513-7567*           Fax Number: (907) 271-3224

October 16, 2007

Barkeley Court Reporters
Attention: Accounts Receivable Supervisor

VIA FAX ONLY to 310-867-2611

Reference:     Your invoice for your File No. 50217, Account No. C46891 (Copy attached)

Dear Sir or Madam:

I have attache a copy of an invoice that you insist on sending every month. In the past,
members of the U.S. Attorney's administrative staff and my legal assistant have spoken with and
corresponded with employees of your company concerning ths invoice. I, too, have spoken twice
with members of your staff to explain this one sentence:

**THIS INVOICE IS NOT THE RESPONSIBILITY OF THE UNITED
STATES ATTORNEY'S OFFICE.**

The United States Attorney did not notice up these depositions. We did not request any service
from your company OTHER THAN a copy of the transcripts. We were billed for the copies on
account C46782. We paid for them. Copies of the invoice we paid and the disbursement run
showing the payments are also attached.

Stop sending the invoices. It only costs you postage, and from now on, I am just going to
throw them away.

If you have any questions, please do not hesitate to call me at your earliest convenience.

NELSON P. COHEN
UNITED STATES ATTORNEY

Daniel R. Cooper, Jr.
Assistant U.S. Attorney

Exhibit *B*
Page *7*

# EXHIBIT C

# STATEMENT

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611

| Account No. | Date |
|---|---|
| C8542 | 2/1/2008 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $0.00 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $6,171.99 | **$6,171.99** |

Roman Darmer, II, Esq.
Howrey, LLP - (IR)
4 Park Plaza, #1700
Irvine, CA 92614

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 5/18/2007 | 332530 | 1,144.88 | 5/9/2007 | Tina Crump | U.S. v. Long |
| 5/18/2007 | 332532 | 511.49 | 5/9/2007 | James "Sunny" Caudill | U.S. v. Long |
| 5/18/2007 | 332534 | 248.75 | 5/9/2007 | Shanon Kimball | U.S. v. Long |
| 5/18/2007 | 332535 | 221.52 | 5/9/2007 | Steve DeHart | U.S. v. Long |
| 5/18/2007 | 332536 | 187.19 | 5/9/2007 | Marc McGowan | U.S. v. Long |
| 5/18/2007 | 332539 | 1,391.58 | 5/10/2007 | Debbie Lyons | U.S. v. Long |
| 5/18/2007 | 332544 | 187.19 | 5/9/2007 | Lew Sneddon | U.S. v. Long |
| 5/18/2007 | 332553 | 187.19 | 5/9/2007 | Robert McMorrow | U.S. v. Long |
| 5/18/2007 | 332557 | 230.30 | 5/9/2007 | Ron Reinhardt | U.S. v. Long |
| 5/18/2007 | 332562 | 239.95 | 5/9/2007 | Bill Potts | U.S. v. Long |
| 5/18/2007 | 332566 | 237.62 | 5/10/2007 | Joel Campbell | U.S. v. Long |
| 5/18/2007 | 332573 | 189.48 | 5/10/2007 | Elisa Singleton | U.S. v. Long |
| 5/18/2007 | 332575 | 594.09 | 5/10/2007 | Special FBI Agent Steve Payne | U.S. v. Long |
| 5/18/2007 | 332577 | 381.76 | 5/10/2007 | Marc Otte | U.S. v. Long |
| 5/18/2007 | 332585 | 219.00 | 5/10/2007 | Mike White | U.S. v. Long |

**Tax ID:** 33-0381238

Phone: 949-721-6900    Fax:949-721-6910

*Please detach bottom portion and return with payment.*

Roman Darmer, II, Esq.
Howrey, LLP - (IR)
4 Park Plaza, #1700
Irvine, CA 92614

Account No.   :  C8542
Date            :  2/1/2008        *Discounted to:*
                                    *5,173.21*
**Total Due**   :  $ 6,171.99
                                    *✱ SEE ATTACHED*

**PAYMENT WITH CREDIT CARD**    AMEX    MasterCard    VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                Amount to Charge:
Cardholder's Signature:

Remit To: **Barkley Court Reporters**
          **File No 50217**
          **Los Angeles, CA 90074**

Exhibit _C_
Page _8_

| Invoice No. | Invoice Date | Invoice Amount | Bill To Contact | Case Name |
|---|---|---|---|---|
| 332530 | 5/18/2007 | $292.54 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332532 | 5/18/2007 | $496.59 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332534 | 5/18/2007 | $241.51 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332535 | 5/18/2007 | $215.06 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332536 | 5/18/2007 | $181.73 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332539 | 5/18/2007 | $1,351.04 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332544 | 5/18/2007 | $181.73 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332553 | 5/18/2007 | $181.73 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332557 | 5/18/2007 | $223.60 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332562 | 5/18/2007 | $232.97 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332566 | 5/18/2007 | $230.70 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332573 | 5/18/2007 | $183.96 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332575 | 5/18/2007 | $576.79 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332577 | 5/18/2007 | $370.64 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332585 | 5/18/2007 | $212.62 | Roman Darmer, II, Esq. | U.S. v. Long |

Total= $5,173.21

Exhibit C
Page 9

# EXHIBIT D



**HOWREY**
HOWREY SIMON ARNOLD & WHITE
ATTORNEYS AT LAW

2020 MAIN STREET
SUITE 1000
IRVINE, CA 92614-8200
PHONE: 949.721.6900 ● FAX: 949.721.6910

### FACSIMILE COVER SHEET

FAXED

**DATE:** 2/12/2008

**TO:**

| | |
|---|---|
| **NAME:** | AUSA Dan Cooper |
| **COMPANY:** | Anchorage US District of Alaska |
| **FAX NUMBER** | (907) 271-2344 |
| **PHONE NUMBER:** | (907) 271-3376 |
| **CITY:** | Anchorage, Alaska |

**FROM:**

| | |
|---|---|
| **NAME:** | Roman E. Darmer, II |
| **DIRECT DIAL NUMBER:** | 949/759-3950 |
| **USER ID:** | 5202 |

**NUMBER OF PAGES, _INCLUDING_ COVER:** _____

**CHARGE NUMBER:** 09101.0804

☐ ORIGINAL WILL FOLLOW VIA:

☐ REGULAR MAIL    ☐ OVERNIGHT DELIVERY    ☐ HAND DELIVERY    ☐ OTHER: _____

☒ ORIGINAL WILL NOT FOLLOW

**SUPPLEMENTAL MESSAGE:**

Re:  USA v. Robert A. Long - (Case No. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

Dear Mr. Cooper:

In accordance with your conversation today with Debbye at the Public Denfender's office, attached is the unpaid invoice for the depositions taken in May & June 2007.  Please note that the court reporting service gave our office a credit discount, therefore, the total amount due is $5,173.21.  Please submit directly to Barkley Court Reporters and advise us once payment has been made.

Please give me a call at (949) 759-3977 if you need any additional information.

Thank you,

Genevieve C. Ramirez
Assistant to Roman E. Darmer II, Esq.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

Exhibit  D
Page  10

# STATEMENT

**BARKLEY**
*Court Reporters*
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611

| Account No. | Date |
|---|---|
| C8542 | 2/1/2008 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $0.00 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $6,171.99 | **$6,171.99** |

Roman Darmer, II, Esq.
Howrey, LLP - (IR)
4 Park Plaza, #1700
Irvine, CA 92614

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 5/18/2007 | 332530 | 1,144.88 | 5/9/2007 | Tina Crump | U.S. v. Long |
| 5/18/2007 | 332532 | 511.49 | 5/9/2007 | James "Sunny" Caudill | U.S. v. Long |
| 5/18/2007 | 332534 | 248.75 | 5/9/2007 | Shanon Kimball | U.S. v. Long |
| 5/18/2007 | 332535 | 221.52 | 5/9/2007 | Steve DeHart | U.S. v. Long |
| 5/18/2007 | 332536 | 187.19 | 5/9/2007 | Marc McGowan | U.S. v. Long |
| 5/18/2007 | 332539 | 1,391.58 | 5/10/2007 | Debbie Lyons | U.S. v. Long |
| 5/18/2007 | 332544 | 187.19 | 5/9/2007 | Lew Sneddon | U.S. v. Long |
| 5/18/2007 | 332553 | 187.19 | 5/9/2007 | Robert McMorrow | U.S. v. Long |
| 5/18/2007 | 332557 | 230.30 | 5/9/2007 | Ron Reinhardt | U.S. v. Long |
| 5/18/2007 | 332562 | 239.95 | 5/9/2007 | Bill Potts | U.S. v. Long |
| 5/18/2007 | 332566 | 237.62 | 5/10/2007 | Joel Campbell | U.S. v. Long |
| 5/18/2007 | 332573 | 189.48 | 5/10/2007 | Elisa Singleton | U.S. v. Long |
| 5/18/2007 | 332575 | 594.09 | 5/10/2007 | Special FBI Agent Steve Payne | U.S. v. Long |
| 5/18/2007 | 332577 | 381.76 | 5/10/2007 | Marc Otte | U.S. v. Long |
| 5/18/2007 | 332585 | 219.00 | 5/10/2007 | Mike White | U.S. v. Long |

**Tax ID:** 33-0381238

Phone: 949-721-6900    Fax:949-721-6910

*Please detach bottom portion and return with payment.*

Roman Darmer, II, Esq.
Howrey, LLP - (IR)
4 Park Plaza, #1700
Irvine, CA 92614

Account No.  :  C8542
Date  :  2/1/2008

Total Due  :  $ 6,171.99

*Discounted to:*
*5,173.21*
*✱ SEE ATTACHED*

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date: _____ Phone#: _____
Billing Address:
Zip: _____ Amount to Charge: _____
Cardholder's Signature:

Remit To:  **Barkley Court Reporters**
**File No 50217**
**Los Angeles, CA 90074**

Exhibit  D
Page  11

| Invoice No. | Invoice Date | Invoice Amount | Bill To Contact | Case Name |
|---|---|---|---|---|
| 332530 | 5/18/2007 | $292.54 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332532 | 5/18/2007 | $496.59 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332534 | 5/18/2007 | $241.51 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332535 | 5/18/2007 | $215.06 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332536 | 5/18/2007 | $181.73 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332539 | 5/18/2007 | $1,351.04 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332544 | 5/18/2007 | $181.73 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332553 | 5/18/2007 | $181.73 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332557 | 5/18/2007 | $223.60 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332562 | 5/18/2007 | $232.97 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332566 | 5/18/2007 | $230.70 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332573 | 5/18/2007 | $183.96 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332575 | 5/18/2007 | $576.79 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332577 | 5/18/2007 | $370.64 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332585 | 5/18/2007 | $212.62 | Roman Darmer, II, Esq. | U.S. v. Long |

Total= $5,173.21

Exhibit  D
Page  12

# EXHIBIT E

## Ramirez, Genevieve

| | |
|---|---|
| **From:** | Cooper, Daniel (USAAK) [Daniel.Cooper@usdoj.gov] |
| **Sent:** | Tuesday, February 12, 2008 4:28 PM |
| **To:** | Ramirez, Genevieve |
| **Cc:** | Debbye Minzenmayer; Darmer, Roman |
| **Subject:** | RE: US v Long (Court Reporters Fees) |
| **Follow Up Flag:** | Follow up |
| **Due By:** | Friday, February 29, 2008 12:00 AM |
| **Flag Status:** | Red |

Genevieve:

Thanks, we did receive the fax, and I gave it to my accounts payable people to get processed and paid.

Roman, have you any idea when the court may rule? Is Mr. Long anxious to get his over with, or is he happy to let it alone until the court rules. If it is the former, I am not adverse to asking the court for a status report.


Dan Cooper
Assistant U.S. Attorney
District of Alaska
907-271-3376 Direct
907-271-2344 FAX


**From:** Ramirez, Genevieve [mailto:RamirezG@howrey.com]
**Sent:** Tuesday, February 12, 2008 3:19 PM
**To:** Cooper, Daniel (USAAK)
**Cc:** Debbye Minzenmayer; Darmer, Roman
**Subject:** US v Long (Court Reporters Fees)


Mr. Cooper,

Attached is a copy of our fax sent to you today, as per your conversation with Debbye Minzenmayer of the Federal Defender's office. It is our understanding that payment by your office will be made on the attached invoice of Barkley Court Reporters.

Please do not hesitate to contact us should you have any questions or directly with Laura, manager at Barkley, at 1-800-222-1231.

Thank you,

**Genevieve C. Ramirez**
Assistant to Roman E. Darmer
HOWREY LLP
**4 Park Plaza| Suite 1700 | Irvine | CA | 92614-8557**
DD: (949) 759-3977
O: (949) 721-6900
F: (949) 721-6910

Exhibit E
Page 13

2/12/2008

# EXHIBIT F

# HOWREY LLP

4 Park Plaza
Suite 1700
Irvine, CA 92614-8557
www.howrey.com

**Roman Darmer**
Partner
T 949.759.3950
F 949.721.6910
darmerr@howrey.com

March 13, 2008

**VIA U.S. MAIL**

Barkley Court Reporters
1875 Century Park East
Suite 1300
Los Angeles, CA  90067

Attn:   Laura Weiner,
        Credit Manager

        Re:   *U.S. v. Robert Long*
            <u>Account No. C8542</u>

Dear Ms. Weiner:

    Enclosed please find our check in the sum of $5,173.21 which constitutes payment of Mr. Long's portion of all past due invoices in the above-referenced matter.  At your request, we have attached a copy of Mr. Vaz Ekimyan's email, of your credit department, attaching an invoice listing all invoices due and the reduction amount due of $5,173.21.

    Thank you for your patience and we appreciate your assistance in this matter.

                        Very truly yours,

                        Roman E. Darmer

RED:gcr
Enclosures

Exhibit  F
Page  14

DM_US:21086292_1



VOID

⑈003082⑈ ⑆322271724⑆ 200010551⑈

---

DETACH AND RETAIN THIS STATEMENT. THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

| VENDOR: | BARKLEY COURT REPORTERS | V# | | CHECK #: | **3082** | TOTAL: | 5,173.21 |

Invoice or Statement No: C8542     Amount     5,173.21

13-Mar-08

DESCRIPTION:  DEPOSITION TRANSCRIPTS FOR 15 WITNESSES RE JUNE 2007 EVIDENTIARY HEARING
IN ANCHORAGE, ALASKA

| Auth: | ROMAN DARMER | Req: | GENEVIEVE RAMIREZ | C/M or G/L: | 02003.0016.000000 | Disb: | 200 |

(3/01)

Exhibit __F__
Page __15__

# STATEMENT

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611

| Account No. | Date |
|---|---|
| C8542 | 2/1/2008 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $0.00 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $6,171.99 | **$6,171.99** |

Roman Darmer, II, Esq.
Howrey, LLP - (IR)
4 Park Plaza, #1700
Irvine, CA 92614

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 5/18/2007 | 332530 | 1,144.88 | 5/9/2007 | Tina Crump | U.S. v. Long |
| 5/18/2007 | 332532 | 511.49 | 5/9/2007 | James "Sunny" Caudill | U.S. v. Long |
| 5/18/2007 | 332534 | 248.75 | 5/9/2007 | Shanon Kimball | U.S. v. Long |
| 5/18/2007 | 332535 | 221.52 | 5/9/2007 | Steve DeHart | U.S. v. Long |
| 5/18/2007 | 332536 | 187.19 | 5/9/2007 | Marc McGowan | U.S. v. Long |
| 5/18/2007 | 332539 | 1,391.58 | 5/10/2007 | Debbie Lyons | U.S. v. Long |
| 5/18/2007 | 332544 | 187.19 | 5/9/2007 | Lew Sneddon | U.S. v. Long |
| 5/18/2007 | 332553 | 187.19 | 5/9/2007 | Robert McMorrow | U.S. v. Long |
| 5/18/2007 | 332557 | 230.30 | 5/9/2007 | Ron Reinhardt | U.S. v. Long |
| 5/18/2007 | 332562 | 239.95 | 5/9/2007 | Bill Potts | U.S. v. Long |
| 5/18/2007 | 332566 | 237.62 | 5/10/2007 | Joel Campbell | U.S. v. Long |
| 5/18/2007 | 332573 | 189.48 | 5/10/2007 | Elisa Singleton | U.S. v. Long |
| 5/18/2007 | 332575 | 594.09 | 5/10/2007 | Special FBI Agent Steve Payne | U.S. v. Long |
| 5/18/2007 | 332577 | 381.76 | 5/10/2007 | Marc Otte | U.S. v. Long |
| 5/18/2007 | 332585 | 219.00 | 5/10/2007 | Mike White | U.S. v. Long |

**Tax ID:** 33-0381238

Phone: 949-721-6900    Fax:949-721-6910

*Please detach bottom portion and return with payment.*

Roman Darmer, II, Esq.
Howrey, LLP - (IR)
4 Park Plaza, #1700
Irvine, CA 92614

Account No.  :  C8542
Date  :  2/1/2008

Total Due  :  $ 6,171.99

*Discounted to:*
*5,173.21*
*✱ SEE ATTACHED*

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles, CA 90074**

Exhibit F
Page 16

| Invoice No. | Invoice Date | Invoice Amount | Bill To Contact | Case Name |
|---|---|---|---|---|
| 332530 | 5/18/2007 | $292.54 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332532 | 5/18/2007 | $496.59 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332534 | 5/18/2007 | $241.51 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332535 | 5/18/2007 | $215.06 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332536 | 5/18/2007 | $181.73 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332539 | 5/18/2007 | $1,351.04 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332544 | 5/18/2007 | $181.73 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332553 | 5/18/2007 | $181.73 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332557 | 5/18/2007 | $223.60 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332562 | 5/18/2007 | $232.97 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332566 | 5/18/2007 | $230.70 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332573 | 5/18/2007 | $183.96 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332575 | 5/18/2007 | $576.79 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332577 | 5/18/2007 | $370.64 | Roman Darmer, II, Esq. | U.S. v. Long |
| 332585 | 5/18/2007 | $212.62 | Roman Darmer, II, Esq. | U.S. v. Long |

Total= $5,173.21

Exhibit _F_
Page _17_