Roman E. Darmer II (SBN 212578)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner ROBERT A. LONG

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT A. LONG,<br><br>    Petitioner. | Case Nos.: 3:02 CR-0031-JVS;<br>             3:04 CV-00286-JWS<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. James V. Selna |

# CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, a copy of the foregoing document

1. **NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS AND TRANSCRIPTS**

2. **DECLARATION OF ROMAN E. DARMER IN SUPPORT OF PETITIONER'S MOTION FOR AN ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS AND TRANSCRIPTS**

3. **[PROPOSED] ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS AND TRANSCRIPTS**

was served electronically and by regular U.S. mail upon the following:

**ELECTRONIC & U.S. MAIL**

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
United States District Court of Alaska
United States Attorney's Office
222 W. 7th Ave., #9, Room 253
Anchorage, Alaska 99513-7567
907-271-3376 (direct line)
907-271-2344 (fax line)
Daniel.cooper@usdoj.gov

**ELECTRONIC & U.S. MAIL**

Honorable James V. Selna, Judge
U.S. Central District Court of California
Ronald Reagan Federal Bldg. and U.S. Courthouse
411 West Fourth Street, 8th Floor
Santa Ana, CA 92701
JVS_Chambers@cacd.uscourts.gov

**ELECTRONIC & U.S. MAIL**

Mr. Robert A. Long
P. O. Box 3526
Seward, Alaska 99664
xtrapper@msn.com

       s/ Roman E. Darmer II
Roman E. Darmer II

HOWREY LLP

Case Nos.  3:02 CR-0031-JVS; 3:04 CV-00286-JWS
CERTIFICATE OF SERVICE

DM_US:20572940_3