Roman E. Darmer (SBN 212578)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner ROBERT A. LONG

**RECEIVED**
MAR 18 2008
Clerk, U.S. District Court
Anchorage, A.K.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ROBERT A. LONG,<br><br>        Petitioner. | Case Nos.:<br><br>3:02 CR-00031-JVS<br>3:04 CV-00286-JWS<br><br>**ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR DEPOSITIONS AND TRANSCRIPTS**<br><br>[NOTICE AND MOTION; AND DECLARATION OF ROMAN E. DARMER FILED CONCURRENTLY HEREWITH]<br><br>Judge: Hon. James V. Selna<br><br>Hearing Date:  NONE<br>Time:          NONE<br>Est. time:     NONE |

HOWREY LLP

ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR
DEPOSITIONS AND TRANSCRIPTS -- Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US:21086732_1

1   GOOD CAUSE HAVING BEEN SHOWN,

2   IT IS HEREBY ORDERED that Roman E. Darmer, appointed counsel for
3   Petitioner Long, be reimbursed by the United States Attorney's Office for the District of
4   Alaska in the amount of $5,173.21, representing the invoiced amount by Barkley Court
5   Reporters in connection with discovery taken by Mr. Long pursuant to this Court's prior
6   Orders, which amount was previously paid by Mr. Darmer's firm to Barkley on March
7   13, 2008.

8   IT IS FURTHER ORDERED that the payment shall be made within thirty (30)
9   days from entry of this Order.

11  Dated: March 18, 2008        **REDACTED SIGNATURE**
                                 HON. JAMES V. SELNA
12                               United States District Court Judge

-1-
ORDER AUTHORIZING PAYMENT OF EXPENSE RELATING TO INVOICES FOR
DEPOSITIONS AND TRANSCRIPTS -- Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

HOWREY LLP
DM_US:21086732_1