## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

   UNITED STATES OF AMERICA   v.   ROBERT LONG

THE HONORABLE JAMES V. SELNA      CASE NO. 3:02-cr-00031-JVS

   Deputy Clerk               Official Recorder

   Linda Christensen

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

     The Court now enters its rulings on all open docket items.

     1. The Motions at Docket Nos. 197, 216, and 229 are denied as falling within the scope of the Court's previous rulings and/or as second or successive petitions which have not first been presented to the Ninth Circuit. 28 U.S.C. § 2255 ¶ 8.

     2. The Motion at Docket No. 230, relating to the hearing which the Court conducted in January 2006 on the Motions at Docket Nos. 193 and 194, is denied as moot.

     3. Mr. Long's pleadings at Docket Nos. 225 and 232 while styled as motions are in reality further briefing with regard to the hearing which the Court conducted in January 2006 and which resulted in the Court's Order at Docket 237. To the extent that these are items carried on the docket as motions, the Clerk is directed to close them out.

                                        ENTERED AT JUDGE'S DIRECTION
DATE: JUNE 3, 2008                             INITIALS: lc
                                                      Deputy Clerk

[FORMS*IA*]