1 | Roman E. Darmer (SBN 212578)
HOWREY LLP
2 | 4 Park Plaza, Suite 1700
Irvine, California  92614
3 | Telephone:  (949) 721-6900
Facsimile:  (949) 721-6910
4 | Email:  darmerr@howrey.com

5 | Attorneys for Petitioner ROBERT A. LONG

6

7

8

9 | UNITED STATES DISTRICT COURT

10 | DISTRICT OF ALASKA

11

12 | UNITED STATES OF AMERICA,              ) Case Nos.:
                                        )
13 |            Plaintiff,                ) 3:02 CR-00031-JVS
                                        ) 3:04 CV-00286-JWS
14 |       vs.                           )
                                        ) **NOTICE OF MOTION AND MOTION**
15 | ROBERT A. LONG,                     ) **TO BE RELIEVED AS APPOINTED**
                                        ) **COUNSEL OF RECORD;**
16 |            Petitioner.              ) **MEMORANDUM OF POINTS AND**
                                        ) **AUTHORITIES IN SUPPORT**
17 |                                     ) **THEREOF**
                                        )
18 | _____     ) [DECLARATION OF ROMAN E.
                                        ) DARMER; AND [PROPOSED] ORDER
19 |                                       ARE FILED CONCURRENTLY
                                          HEREWITH]
20 |                                     Judge:  Hon. James V. Selna
21
                                        Hearing Date:      NONE
22 |                                     Time:              NONE
                                        Est. time:         NONE
23

24

25

26

27

28

1    **TO THE PARTIES AND THE CLERK OF THE ABOVE-ENTITLED**

2    **COURT:**

3        PLEASE TAKE NOTICE that Roman E. Darmer, appointed counsel of record,

4    will and hereby does move this Court for an Order relieving him as appointed counsel of

5    record due to an irreconcilable conflict of interest.

6        This Motion is supported by this Notice of Motion and Motion, Memorandum of

7    Points and Authorities In Support Thereof and the accompanying Declaration of

8    Roman E. Darmer, submitted herewith, as well as the files and records in this matter,

9    and upon all other matters that the Court may consider.

10                                           Respectfully submitted,

11   Dated:  June 9, 2008                    HOWREY LLP

12

13                                           /s/ Roman E. Darmer

14
                                             Attorney for Petitioner
15                                           Robert A. Long

16
                                             Howrey LLP
17                                           4 Park Plaza, Suite 1700
                                             Irvine, CA  92614
18                                           Phone:  (949) 759-3950
19                                           Fax:  (949) 721-6910
                                             E-mail:  darmerr@howrey.com
20                                           CA State Bar No. 212578

21

22

23

24

25

26

27

28

**HOWREY LLP**

-1-

NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL OF RECORD
Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

DM_US:21263394_1

1 | **MEMORANDUM OF POINTS AND AUTHORITIES**

2      Good cause exists to permit CJA attorney Roman E. Darmer to be relieved as

3 counsel for Petitioner Robert A. Long.  Substantial and irreconcilable differences have

4 arisen between Mr. Long and counsel warranting relief from this appointment.  These

5 include, but are not limited to, an irreparable breakdown in the working attorney-client

6 relationship.  Given these circumstances, there exists a clear and previously

7 unforeseeable conflict of interest and counsel's relief from appointment is warranted.

8 *United States v. Moore*, 159 F.3d 1154, 1159-1160 (9th Cir. 1998).

9 | **CONCLUSION**

10      Based on the foregoing reasons, the undersigned counsel respectfully requests the

11 Court enter an order relieving counsel from further representation in this matter.

12                                        Respectfully submitted,

13 Dated:  June 9, 2008                   HOWREY LLP

14

15                                         /s/ Roman E. Darmer

16                                        Attorney for Petitioner
                                          Robert A. Long
17

18                                        Howrey LLP
                                          4 Park Plaza, Suite 1700
19                                        Irvine, CA  92614
20                                        Phone:  (949) 759-3950
                                          Fax:  (949) 721-6910
21                                        E-mail:  darmerr@howrey.com
22                                        CA State Bar No. 212578

23

24

25

26

27

28

**HOWREY LLP**

DM_US:21263394_1