Roman E. Darmer (SBN 212578)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: darmerr@howrey.com

Attorneys for Petitioner ROBERT A. LONG

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case Nos.: |
| Plaintiff, | ) 3:02 CR-00031-JVS |
| | ) 3:04 CV-00286-JWS |
| vs. | ) |
| | ) **[PROPOSED] ORDER RELIEVING** |
| ROBERT A. LONG, | ) **APPOINTED COUNSEL OF** |
| | ) **RECORD** |
| Petitioner. | ) |
| | ) [NOTICE AND MOTION; AND |
| | ) DECLARATION OF ROMAN E. |
| | ) DARMER FILED CONCURRENTLY |
| | ) HEREWITH] |
| | ) |

Judge: Hon. James V. Selna

Hearing Date:    NONE
Time:             NONE
Est. time:        NONE

HOWREY LLP

DM_US:21280917_1

1    GOOD CAUSE HAVING BEEN SHOWN,

2        IT IS HEREBY ORDERED that attorney Roman E. Darmer is relieved of

3  his appointment as counsel for Mr. Long in the above captioned matter.

4

5  Dated:  June 9, 2008

6                                                    _____
                                                     HON. JAMES V. SELNA
                                                     United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RELIEVING APPOINTED COUNSEL OF RECORD
Case Nos. 3:02 CR-00031-JVS; 3:04 CV-00286-JWS

HOWREY LLP

DM_US:21280917_1