Roman E. Darmer (Bar No. 212578)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, California  92614
Telephone:  (949) 721-6900
Facsimile:  (949) 721-6910
Email:  darmerr@howrey.com

Attorneys for Petitioner Robert A. Long

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT A. LONG,<br><br>　　　　　Petitioner. | ) Case Nos.<br>) 3:02-CR-00031-JVS;<br>) 3:04-CV-00286-JWS<br>)<br>) **DECLARATION OF ROMAN E.**<br>) **DARMER IN SUPPORT OF MOTION**<br>) **FOR AN ORDER TO BE RELIEVED**<br>) **AS APPOINTED COUNSEL OF**<br>) **RECORD**<br>)<br>) [NOTICE OF MOTION AND MOTION;<br>) AND [PROPOSED] ORDER ARE<br>) FILED CONCURRENTLY HEREWITH]<br><br>Judge:  Hon. James V. Selna<br><br>Hearing Date:　　NONE<br>Time:　　　　　　NONE<br>Est. time:　　　　　NONE |

I, Roman E. Darmer, declare as follows:

I am a partner of the law firm of Howrey LLP, and I am a member in good standing of the bar of the State of California and of this Court. I am a member of the Criminal Justice Act panel for the Southern Division of this District. I have personal knowledge of the facts stated herein, and I would testify as to those facts if called as a witness.

1. On February 10, 2006, this Court granted the undersigned attorney status to appear in the above captioned action *pro hac vice* without further application. The Court also appointed the undersigned to represent Mr. Long for all purposes allowed under the Criminal Justice Act, including pending motions relating to Mr. Long's Motion to Set Aside Trial and Motion for Subpoenas on Long's Motions for Subpoenas of the Trial Jury on the matter of a Possible *Ex Parte* Trial Jury Communications collectively ("Long Motions").

2. Since February 10, 2006, the undersigned has represented Mr. Long in the litigation of various issues arising from the Long Motions, including discovery and an evidentiary hearing on June 1, 2007 relating to Mr. Long's Motion for Recusal.

3. On May 29, 2008, this Court denied the pending Motion for Recusal. (Docket No. 333.) The Court has conditionally dismissed the Long Motions subject to renotice of any such motion consistent with counsel's obligations under Fed. R. Civ. P. 11.

4. Recent communications from Mr. Long have created irreconcilable differences between the undersigned and Mr. Long. The undersigned believes that the conflict is such that he is ethically obligated to withdraw from any further representation of Mr. Long.

HOWREY LLP

-1-
DECL. OF R. DARMER IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL OF RECORD
Case #3:02-CR-00031-JVS;3:04-CV-00286-JWS

DM_US:21273443_1

1  I declare under penalty of perjury under the laws of United States that the
2  foregoing is true and correct.
3  Executed this 9th day of June 2008, at Irvine, California.

      /s/ Roman E. Darmer

Attorney for Petitioner
Robert A. Long

Howrey LLP
4 Park Plaza, Suite 1700
Irvine, CA  92614
Phone:  (949) 759-3950
Fax:  (949) 721-6910
E-mail:  darmerr@howrey.com
CA State Bar No. 212578

-2-
DECL. OF R. DARMER IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL OF RECORD
Case #3:02-CR-00031-JVS;3:04-CV-00286-JWS

HOWREY LLP

DM_US:21273443_1