# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  ROBERT A. LONG  </u>

THE HONORABLE JAMES V. SELNA

DEPUTY CLERK                           CASE NO. <u>  3:02-cr-00031-JVS  </u>
                                                <u>  3:04-cv-00286-JVS  </u>
<u>  Pam Richter  </u>

PROCEEDINGS: <u>**MINUTE ORDER FROM CHAMBERS**        DATE: June 10, 2008</u>

   The Court has made a preliminary review of the Motion of Roman E. Darmer II to be relieved as counsel for petitioner Robert A. Long.

   No declaration of service accompanied the Motion. Mr. Darmer shall make service forthwith on the Government and Mr. Long, if they have not already been served, and shall promptly filed a declaration of service.

   Mr. Long and the Government may reply to the Motion no later than June 20, 2008. At that time, the Motion will be deemed submitted.

   The Court takes judicial notice that Mr. Long has initiated *Long v. Darmer*, United States District Court for the District of Alaska, Case No. 3:08-cv-00124-RRB.

[]{IA.WPD*Rev.12/96}