1  Roman E. Darmer II (SBN 212578)
   HOWREY LLP
2  4 Park Plaza, Suite 1700
   Irvine, California 92614
3  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
4  Email: darmerr@howrey.com

5  Attorneys for Petitioner ROBERT A. LONG

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF ALASKA

11 | UNITED STATES OF AMERICA,        )  Case Nos.: 3:02 CR-0031-JVS;
                                      )             3:04 CV-00286-JWS
12 |         Plaintiff,                )
                                      )  **CERTIFICATE OF SERVICE**
13 |     v.                            )
                                      )
14 | ROBERT A. LONG,                   )
                                      )  Judge: Hon. James V. Selna
15 |         Petitioner.               )
                                      )
16 |_____ )

HOWREY LLP

Case Nos. 3:02 CR-0031-JVS; 3:04 CV-00286-JWS
CERTIFICATE OF SERVICE

DM_US:21283482_1

# CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, a copy of the foregoing document

1. **NOTICE OF MOTION AND MOTION TO BE RELIEVED AS APPOINTED COUNSEL OF RECORD; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

2.. **DECLARATION OF ROMAN E. DARMER IN SUPPORT OF MOTION FOR AN ORDER TO BE RELIEVED AS APPOINTED COUNSEL OF RECORD**

3. **[PROPOSED] ORDER RELIEVING APPOINTED COUNSEL OF RECORD**

was served electronically and by regular U.S. mail upon the following:

**ELECTRONIC & U.S. MAIL**

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
United States District Court of Alaska
United States Attorney's Office
222 W. 7th Ave., #9, Room 253
Anchorage, Alaska 99513-7567
907-271-3376 (direct line)
907-271-2344 (fax line)
Daniel.cooper@usdoj.gov

**ELECTRONIC & U.S. MAIL**

Honorable James V. Selna, Judge
U.S. Central District Court of California
Ronald Reagan Federal Bldg.
  and U.S. Courthouse
411 West Fourth Street, 8th Floor
Santa Ana, CA  92701
JVS_Chambers@cacd.uscourts.gov

**ELECTRONIC & U.S. MAIL**

Mr. Robert A. Long
P. O. Box 3526
Seward, Alaska  99664
xtrapper@msn.com

    s/ Roman E. Darmer II
Roman E. Darmer II

HOWREY LLP

Case Nos.  3:02 CR-0031-JVS; 3:04 CV-00286-JWS
CERTIFICATE OF SERVICE

DM_US:21283482_1