| | |
|---|---|
| 1 | Roman E. Darmer (SBN 212578) |
| | HOWREY LLP |
| 2 | 4 Park Plaza, Suite 1700 |
| | Irvine, California 92614 |
| 3 | Telephone: (949) 721-6900 |
| | Facsimile: (949) 721-6910 |
| 4 | Email: darmerr@howrey.com |
| 5 | Attorneys for Petitioner ROBERT A. LONG |

RECEIVED
JUN 23 2008
CLERK, U.S. ...
ANC...

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case Nos.: |
| Plaintiff, | ) ) ) | 3:02 CR-00031-JVS |
| vs. | ) | 3:04 CV-00286-JWS |
| ROBERT A. LONG, | ) ) | **ORDER RELIEVING APPOINTED COUNSEL OF RECORD** |
| Petitioner. | ) ) ) ) ) ) | [NOTICE AND MOTION; AND DECLARATION OF ROMAN E. DARMER FILED CONCURRENTLY HEREWITH] |
| | ) | Judge: Hon. James V. Selna |

Hearing Date: NONE
Time: NONE
Est. time: NONE

| | |
|---|---|
| 1 | GOOD CAUSE HAVING BEEN SHOWN, |
| 2 | IT IS HEREBY ORDERED that attorney Roman E. Darmer is relieved of |
| 3 | his appointment as counsel for Mr. Long in the above captioned matter. |

Dated: June 23, 2008

**REDACTED SIGNATURE**

HON. JAMES V. SELNA
United States District Court Judge